**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **STRUDEL HOLDINGS LLC and** | § | **Case No. 23-90757 (CML)** |
| **AVR AH LLC,** | § | |
| | § | **(Emergency Relief Requested)** |
| Debtors.[1] | § | **(Joint Administration Requested)** |
| | § | |

## NOTICE OF DESIGNATION AS COMPLEX BANKRUPTCY CASE

On July 27, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed voluntary petitions for relief under title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). The undersigned proposed counsel believes that these chapter 11 cases qualify as complex cases because:

   X    The total liabilities of the Debtors exceed $10 million.

_____  There are more than 50 parties-in-interest in these cases.

_____  Claims against the Debtors are publicly traded.

_____  Other

Accordingly, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto, granting the relief requested herein and such other and further relief as may be just and proper.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The Debtors' service address is: PO Box 4068, Aspen, CO.

14103126

Dated: July 27, 2023
Houston, Texas

          Respectfully submitted,

          */s/ Joshua W. Wolfshohl*
          **PORTER HEDGES LLP**
          Joshua W. Wolfshohl (TX Bar No. 24038592)
          Aaron J. Power (TX Bar No. 24058058)
          Michael B. Dearman (TX Bar No. 24116270)
          1000 Main St., 36th Floor
          Houston, TX 77002
          Tel: (713) 226-6000
          Fax: (713) 226-6248
          jwolfshohl@porterhedges.com
          apower@porterhedges.com
          mdearman@porterhedges.com

          *Proposed Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

    I certify that on July 27, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

          */s/ Joshua W. Wolfshohl*
          Joshua W. Wolfshohl

14103126