Electronic Appearance Sheet

William Hao, ALSTON & BIRD
Client(s): Wilmington Trust National Association

Laura Metzger, Orrick, Herrington & Sutcliffe LLP
Client(s): Nineteen77 Capital Solutions A LP, Bermudez Mutuari, Ltd. and UBS O'Connor LLC

Mark Franke, Orrick, Herrington & Sutcliffe LLP
Client(s): Nineteen77 Capital Solutions A LP, Bermudez Mutuari, Ltd. and UBS O'Connor LLC

Harry Murphy, Orrick, Herrington & Sutcliffe LLP
Client(s): Nineteen77 Capital Solutions A LP, Bermudez Mutuari, Ltd. and UBS O'Connor LLC

Timothy McConn, Yetter Coleman LLP
Client(s): Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their

capacities as trustees of the Souki Family 2016 Trust and proposed Special Counsel to Debtors Strudel Holdings, LLC and AVR AH LLC and Debtors in Possession

Jamie Aycock, Yetter Coleman LLP
Client(s): Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their

capacities as trustees of the Souki Family 2016 Trust and proposed Special Counsel to Debtors Strudel Holdings, LLC and AVR AH LLC and Debtors in Possession

John  Carroll , Cozen O'Connor
Client(s): Craig A. Spencer

craig spencer, none
Client(s): none

Andrew Jimenez, U.S. Department of Justice
Client(s): United States Trustee

Amy Farish, Yetter Coleman LLP
Client(s): Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their

capacities as trustees of the Souki Family 2016 Trust and Proposed Special Counsel for Strudel Holdings, LLC, AVR AH LLC, and Debtors in Possession

William Hao, Alston & Bird LLP
Client(s): Wilmington Trust, National Association