IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-90757 (CML) |
| STRUDEL HOLDINGS LLC and AVR AH LLC, | § | |
| | § | Chapter 11 |
| Debtors.[1] | § | |
| | § | (Jointly Administered) |

### GLOBAL NOTES REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (the "Schedules") and the Statements of Financial Affairs (the "Statements," and collectively with the Schedules, the "Schedules and Statements") filed by AVR AH LLC ("AVR"), and Strudel Holdings LLC ("Strudel" and together with AVR, collectively referred to hereinafter as the "Debtors"), in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court"), were prepared pursuant to section 521 of title 11 of the United States Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtors and are unaudited. While Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are accurate and complete, based upon information that was available to them at the time of preparation, the subsequent receipt of information may result in material changes to the financial data and other information contained therein. The Debtors reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate. These Global Notes regarding Debtors' Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

**The Schedules and Statements and Global Notes should not be relied upon by any person for information relating to current or future financial conditions, events or performance of any of the Debtors.**

1.      Reservation of Rights. The Schedules and Statements are unaudited. Accordingly, although current management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to one or more of the Schedules and Statements; indeed, inadvertent errors, omissions or inaccuracies may exist. Moreover, because the Schedules and Statements contain unaudited information, there can be no assurance that the Schedules and Statements are wholly accurate and complete. The Debtors

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The Debtors' service address is: PO Box 4068, Aspen, CO.

reserve the right to amend and/or supplement any and all of the Schedules and Statements from time to time as they deem necessary or appropriate.

The Debtors' attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. The Debtors' attorneys and financial advisors expressly do not undertake any obligation to revise the information provided herein, or to notify any third party should the information be revised. In no event shall the Debtors' attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including damages arising from the disallowance of a potential claim against the Debtors), whether foreseeable or not and however caused.

2.    Description of the Cases and "as of" Information Date.  On July 27, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief (the "Chapter 11 Cases") under Chapter 11, title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended and modified, the "Bankruptcy Code") in the Bankruptcy Court.  The Chapter 11 Cases are being jointly administered and no trustee or examiner has been appointed.  The Debtors continue to operate their business as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The "as of" information in the Schedules and Statements for all Debtors is July 27, 2023.

The Chapter 11 Cases have been procedurally consolidated for the purpose of joint administration by the Bankruptcy Court under Case No. 23-90757.  Unless otherwise stated, asset and liability information is as of the Petition Date.  Additionally, the Debtors have made every effort to allocate liabilities between the prepetition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available to and further research is conducted by the Debtors, the Debtors' allocation of liabilities between prepetition and post-petition periods may change.

3.    Basis of Presentation.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP").

4.    Summary of Significant Reporting Policies.  The following conventions were adopted by the Debtors in the preparation of the Schedules and Statements.

a.   Book Value.  Unless otherwise noted, each asset and liability of the Debtors is shown on the basis of book value of the asset or liability in accordance with the Debtors' accounting records as of the Petition Date.  DD&A schedules are not presently available for the vast majority of assets.  Unless otherwise noted, the Schedules reflect the carrying value of the assets and liabilities as listed in the Debtors' books and records and are not based upon any estimate of their current market values.

b.   Currency.  All amounts are reflected in U.S. Dollars.

c. <u>Payments Made within 90 Days Prior to the Petition Date</u>.  Payments made by the Debtors within 90 days prior to the Petition Date reflect all payments made to vendors or creditors within 90 days regardless of which Debtor was obligated to make payment.

d. <u>Transfers to Insiders within 1-year</u>.  The following parties have been identified as insiders and have received payments or benefits greater than the $7,575 threshold within one year of the Petition Date: Ajax Holdings; Charif Souki; Coldwell Banker Mason Morse; and AMEX expenditures of a personal nature.  However, inclusion on or exclusion from the Schedules or Statements is not and shall not be construed as an admission or determination as to the legal status of any insider.

e. <u>Officers, Directors, Managing Members, General Partners, Members in Control, Controlling Shareholders</u>.  For preparation of the Schedules and Statements, all purported officers, directors, managing members, general partners, members in control, and controlling shareholders within one year of the Petition Date, regardless of legal status, have been included.  However, inclusion on the Schedules or Statements is not and shall not be construed as an admission or determination as to the legal status of any board member.

f. <u>Setoffs</u>.  The Debtors have not identified a list of parties that are currently applying Debtors' funds, without permission, against amounts currently owed by the Debtors.

g. <u>Real Property</u>.    For asset values, appraisals are available for H2 Residential, H3 Residential, and H5 Residential.  All remaining assets are valued on a cost basis method.

h. <u>Machinery, Equipment, and Vehicles</u>,   There are four vehicle leases that were leased by the Debtors, however, those leases are paid by AVR HOA and are located on AVR HOA's books.  Those leases are comprised of: 1) 2020 Lincoln Navigator; 2) Groundmaster 3500; 3) (4) 2021 Club Cars; and 4) 2021 Mercedes-Benz Sprinter.

i. <u>Causes of Action</u>.  The Debtors have not necessarily set forth all claims or causes of action against third parties as assets in the Schedules and Statements.  The Debtors reserve all of their rights with respect to any such claims or causes of action they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims or causes of action.

j. <u>Secured Claims</u>.  Secured claim amounts have been listed on Schedule D without regard to the value of assets secured thereby.  No attempt was made by the Debtors to estimate the fair market value as of the Petition Date of assets pledged pursuant to a secured obligation.  Accordingly, deficiency claims of secured creditors were not listed on Schedule F and such omission is not an admission by the Debtors as to the sufficiency of collateral related to any secured claim listed on Schedule D. The descriptions provided in Schedule D are intended only to be a summary.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

k.  <u>Nonpriority Unsecured Claims</u>.  Nonpriority unsecured claims related to general trade and other non-lien claims have been placed under Schedule F of the applicable Debtor.  The Debtors reserve all rights to dispute or challenge the amount of any such creditor's claim (or portion thereof) or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.  While reasonable efforts have been made, determination of the date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtors may not list a date for each claim listed on Schedule F.

l.  <u>Executory Contracts</u>.  While every effort has been made to ensure the completeness and accuracy of the listing of executory contracts, inadvertent errors or omissions may have occurred.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  The contracts, agreements and leases listed on Schedule G may have expired, or been terminated, or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppels certificates, letters and other documents, instruments and agreements which may not be listed therein.  Certain of the executory agreements may not have been memorialized and could be subject to dispute.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  Similarly, the absence of a contract or agreement on Schedule G does not constitute an admission that any other contract or agreement to which the Debtors are a party is not executory.  Parties to executory contracts and unexpired leases were not listed on Schedule F, except where past due amounts were recorded in the Debtors' accounts payable.  The Debtors have not listed on Schedule F landlords and executory contract counterparties which may have claims related to contract/lease rejection or other damages.  The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument.

5.  <u>Disputed, Contingent and/or Unliquidated Claims</u>.  Schedules D, E and F permit the Debtors to designate a claim as disputed, contingent and/or unliquidated.  A failure to designate a claim on any of the Schedules as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection by the Debtors.  The Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on the Schedules as to amount, liability or status.

6.  <u>Global Notes Control</u>.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

**Fill in this information to identify the case:**

Debtor name **AVR AH LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **23-90757**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ **103,170,178.48**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ **405,620.36**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................... $ **103,575,798.84**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **109,701.11**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ **17,921,237.38**

4. Total liabilities ...............................................................................................
   Lines 2 + 3a + 3b          $ **18,030,938.49**

| Fill in this information to identify the case: |
| --- |
| Debtor name **AVR AH LLC** |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) **23-90757** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Alpine Bank** | **Checking** | **7644** | **$26,277.76** |
| 3.2. | **Alpine Bank** | **Savings** | **4955** | **$1,688.93** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                              **$27,966.69**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| 7.1. | **First Credit Bank (Security Deposit)** | **$15,000.00** |
| --- | --- | --- |

Debtor    **AVR AH LLC**                                          Case number *(If known)*  **23-90757**
_____
Name

| | | |
|---|---|---|
| 7.2. | **Cecilia DeLise (Security Deposit)** | **$6,700.00** |
| 7.3. | **Auraria Student Lofts (Security Deposit)** | **$400.00** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                          **$22,100.00**
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Leased: Ricoh Copier Scanner** | **Unknown** | | **Unknown** |

Debtor __**AVR AH LLC**__        Case number *(If known)* **23-90757**
     Name

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

|  |
| --- |
| $0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2019 Cadillac Escalade ; VIN: 1GYS4KKJ3R169212** | $97,953.02 | Book Value | $97,953.02 |
| 47.2. **2013 Land Rover Evoque ; VIN: SALVT2BG3DH809270** | $64,318.31 | Book Value | $64,318.31 |
| 47.3. **2020 Audi Q5; VIN: WA1B4AFY4L2016169** | Unknown | N/A | Unknown |
| 47.4. **Lease: 2020 Lincoln Navigator** | $25,866.86 | Net Book Value | $25,886.86 |
| 47.5. **Lease: Groundmaster 3500** | $9,893.13 | Net Book Value | $9,893.13 |
| 47.6. **Lease: 4 2021 Club Cars** | $23,345.93 | Net Book Value | $23,345.93 |
| 47.7. **Lease: 2021 Mercedes-Benz Sprinter** | $43,452.26 | Net Book Value | $43,452.26 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Debtor **AVR AH LLC**                                    Case number *(If known)* **23-90757**
_____
Name

| | |
|---|---|
| 51. | **Total of Part 8.** |
| | Add lines 47 through 50.  Copy the total to line 87. |

$264,849.51

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Homestead 2: 295 Aspen Valley Ranch Rd. Woody Creek, CO 81656** | **Developed Residential** | **$19,320,236.39** | **Appraisal** | **$18,500,000.00** |
| 55.2. **Homestead 3: 425 Aspen Valley Ranch Rd. Woody Creek, CO 81656** | **Developed Residential** | **$17,242,833.08** | **Appraisal** | **$17,500,000.00** |
| 55.3. **Homestead 5: 31 E. Bourg Trl., Woody Creek, CO 81656** | **Developed Residential** | **$17,542,826.66** | **Appraisal** | **$18,000,000.00** |
| 55.4. **Homestead 6: 151 E. Bourg Trl., Woody Creek, CO 81656** | **Undeveloped Residential** | **$9,620,608.19** | **Cost Basis** | **$9,620,608.19** |
| 55.5. **Homestead 7: 160 E. Bourg Trl., Woody Creek, CO 81656** | **Undeveloped Residential** | **$10,687,745.72** | **Cost Basis** | **$10,687,745.72** |
| 55.6. **Aspen Valley Downs Lot 7: 925 Aspen Valley Ranch Rd., Woody Creek, CO 81656** | **Undeveloped Residential** | **$9,620,608.19** | **Cost Basis** | **$9,620,608.19** |

Debtor   **AVR AH LLC**                                                   Case number *(If known)*   **23-90757**
　　　　　Name

| | | | | | |
|---|---|---|---|---|---|
| 55.7. | **Aspen Valley Downs Lot 8: 1025 Aspen Valley Ranch Rd., Woody Creek, CO 81656** | **Undeveloped Residential** | **$9,620,608.19** | Cost Basis | **$9,620,608.19** |
| 55.8. | **Aspen Valley Downs Lot 9: 1075 Aspen Valley Ranch Rd., Woody Creek, CO 81656** | **Undeveloped Residential** | **$9,620,608.19** | Cost Basis | **$9,620,608.19** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$103,170,178.48**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** **https://www.avrresidences.com/** | **Unknown** | | **Unknown** |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

| Debtor | **AVR AH LLC** | Case number *(If known)* | **23-90757** |
|---|---|---|---|
| | Name | | |

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  |  |  | **Current value of debtor's interest** |
|---|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)

| **Other Receivables - Chris Souki** | 51,771.46 | - | 0.00 | = | $51,771.46 |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |
| **Other Receivables - Karim Souki** | 18,137.70 | - | 0.00 | = | $18,137.70 |
| | Total face amount | | doubtful or uncollectible amount | | |
| **Other Receivables - TKCL** | 20,795.00 | - | 0.00 | = | $20,795.00 |
| | Total face amount | | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   | $90,704.16 |
   |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor   **AVR AH LLC**                                       Case number *(If known)*  **23-90757**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $27,966.69 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $22,100.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $264,849.51 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................................> | | $103,170,178.48 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $90,704.16 | |
| 91. **Total.** Add lines 80 through 90 for each column | $405,620.36 | + 91b. $103,170,178.48 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $103,575,798.84 |

**Fill in this information to identify the case:**

Debtor name  **AVR AH LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **23-90757**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1** **Exchange Bank**
Creditor's Name

**PO Box 397**
**Kearney, NE 68848**
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**
**4/12/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**UCC Financing Statement recorded with Colorado Secretary of State 6/11/2021 Filing No. 20212055833**

Describe the lien
**4 2021 Club Cars**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

|  | $23,345.93 | $0.00 |

---

**2.2** **Pitkin County**
Creditor's Name

**530 E. Main St.**
**Aspen, CO 81611**
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Homesteads 2, 3, 5, 6, and 7; Aspen Valley Downs Lots 7, 8, and 9**

Describe the lien
**Tax Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

|  | $76,462.05 | $0.00 |

| Debtor | AVR AH LLC | Case number (if known) | 23-90757 |
|---|---|---|---|
| | Name | | |

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **The Huntington National Bank** | **Describe debtor's property that is subject to a lien** | $9,893.13 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**11100 Wayzata Blvd. Suite 801 Hopkins, MN 55305**
Creditor's mailing address

**UCC Financing Statement recorded with Colorado Secretary of State 7/8/2021 Filing No. 20212065343**

**Describe the lien**
**Toro Groundmaster 3500-D**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/7/2021**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Wilmington Trust, National Association** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**Rodney Square North, 1100 N. Market St. Wilmington, DE 19890**
Creditor's mailing address

**1) UCC Financing Statement recorded with Colorado Secretary of State 4/27/2017 Filing No. 20172039645, Continuation No. 20222035550; 2) UCC Financing Statement recorded with Colorado Secretary of State 4/3/2018 Filing No. 2018202940**

**Describe the lien**
**All Assets**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $109,701.11 |
|---|---|---|

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

Debtor   **AVR AH LLC**
Name
Case number (if known)   **23-90757**

assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name **AVR AH LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **23-90757**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Ajax Holdings LLC**<br>**514 East Hyman Ave.**<br>**Aspen, CO 81611**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Intercompany Loan__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,412,826.04** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**American Express**<br>**PO Box 6031**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Credit Card__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,071.20** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**APEX Security**<br>**410 SW Columbia St.**<br>**Suite 120**<br>**Bend, OR 97702**<br><br>Date(s) debt was incurred 7/6/2023<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Utilities__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,159.43** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Aspen Valley Downs HOA**<br>**PO Box 145**<br>**Woody Creek, CO 81656**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __HOA Dues__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$21,000.00** |

Debtor    **AVR AH LLC**
_____
Name

Case number (if known)    **23-90757**
_____

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Aspen Valley Ranch HOA Inc.**<br>**130 Aspen Valley Ranch Road**<br>**Woody Creek, CO 81656**<br><br>Date(s) debt was incurred  **2/6/2023 - 7/11/2023**<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **HOA Dues**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$789,199.98** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Aspen Waterwise Ltd.**<br>**50 N. St.**<br>**Carbondale, CO 81623**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$235.18** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Black Hills Energy**<br>**PO Box 6001**<br>**Rapid City, SD 57709**<br><br>Date(s) debt was incurred  **7/13/2023**<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Utilities**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$1,051.37** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Coldwell Banker Mason Morse**<br>**514 East Hyman Ave.**<br>**Aspen, CO 81611**<br><br>Date(s) debt was incurred  **7/1/2023**<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$382.45** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Comcast Xfinity**<br>**9602 S. 300 W.**<br>**Suite B**<br>**Sandy, UT 84070-3302**<br><br>Date(s) debt was incurred  **7/13/2023**<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Utilities**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$708.63** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**CPS Distributors, Inc.**<br>**PO Box 841382**<br>**Dallas, TX 75284**<br><br>Date(s) debt was incurred  **5/17/2023-5/22/2023**<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$26,192.19** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Crystal River Spas**<br>**1197 Main St.**<br>**Carbondale, CO 81623**<br><br>Date(s) debt was incurred  **7/17/2023**<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,544.62** |

| Debtor | **AVR AH LLC** | | Case number (if known) | **23-90757** |
|---|---|---|---|---|
| | Name | | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,068.00 |
|---|---|---|---|

**Glenwood Veterinary Clinic**
**2514 Grand Ave.**
**Glenwood Springs, CO 81601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,717.00 |
|---|---|---|---|

**Hansen Contrustion**
**310 Aspen Business Center**
**Aspen, CO 81611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,171.84 |
|---|---|---|---|

**Holy Cross**
**3799 Highway 82**
**Glenwood Springs, CO 81601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/13/2023**

Basis for the claim:  **Utilities**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,180.00 |
|---|---|---|---|

**L.T. Clear Solutions LLC**
**PO Box 1985**
**Carbondale, CO 81623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,578.45 |
|---|---|---|---|

**Mountain West Insurance**
**201 Centenial St.**
**Glenwood Springs, CO 81601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/13/2023**

Basis for the claim:  **Insurance**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,566,151.00 |
|---|---|---|---|

**TKCL Loan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Intercompany Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

| Debtor | **AVR AH LLC** | Case number (if known) | **23-90757** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **17,921,237.38** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **17,921,237.38** |

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Fill in this information to identify the case:**

Debtor name     **AVR AH LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **23-90757**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Commercial General Liability Coverage, Policy No: MOPK10212702**<br>**5/15/2024** | **Arch Insurance Company**<br>**Harborside 3, 210 Hudson St.**<br>**Suite 300**<br>**Jersey City, NJ 07311-1107** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Commercial Inland Marine Coverage, Policy No: 216032-74234626-23**<br>**8/1/2024** | **Auto-Owners Insurance Company**<br>**PO Box 30660**<br>**Lansing, MI 48909-8160** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Commercial Auto Insurance, Policy No: 53-408-182-00**<br>**6/7/2024** | **Auto-Owners Insurance Company**<br>**PO Box 30660**<br>**Lansing, MI 48909-8160** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Hot Tub Maintenance Service Contract**<br><br>**April 15, 2019 and continues month to month thereafter** | **Crystal River Spas**<br>**1197 Main St.**<br>**Carbondale, CO 81623** |

| Debtor 1 | **AVR AH LLC** | | | Case number *(if known)* | **23-90757** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Lease** | |
|---|---|---|---|
| | State the term remaining | **4/1/2025** | |
| | List the contract number of any government contract | | **Exchange Bank**<br>**PO Box 397**<br>**Kearney, NE 68848** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Memerbship Electric Service Agreement - 295 Aspen Valley Ranch Road** | |
|---|---|---|---|
| | State the term remaining | **10/8/2015 and continues until terminated thereafter** | |
| | List the contract number of any government contract | | **Holy Cross Energy**<br>**3799 Highway 82**<br>**Glenwood Springs, CO 81601** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Memerbship Electric Service Agreement - 295 Aspen Valley Ranch Road Irrigation** | |
|---|---|---|---|
| | State the term remaining | **9/22/2015 and continues until terminated thereafter** | |
| | List the contract number of any government contract | | **Holy Cross Energy**<br>**3799 Highway 82**<br>**Glenwood Springs, CO 81601** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Membership and Electric Service Agreement - 425 Aspen Valley Ranch Road** | |
|---|---|---|---|
| | State the term remaining | **9/24/2015 and continues until terminated thereafter** | |
| | List the contract number of any government contract | | **Holy Cross Energy**<br>**3799 Highway 82**<br>**Glenwood Springs, CO 81601** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Membership and Electric Service Agreement - 425 Aspen Valley Ranch Road Irrigation** | |
|---|---|---|---|
| | State the term remaining | **9/22/2015 and continues until terminated thereafter** | |
| | List the contract number of any government contract | | **Holy Cross Energy**<br>**3799 Highway 82**<br>**Glenwood Springs, CO 81601** |

Debtor 1  **AVR AH LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **23-90757**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Membership and Electric Service Agreement - 31 E. Bourg Trail** | |
| | State the term remaining | **12/18/2015 and continues until terminated thereafter** | **Holy Cross Energy** |
| | List the contract number of any government contract | | **3799 Highway 82 Glenwood Springs, CO 81601** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Membership and Electric Service Agreement - 31 E. Bourg Trail Water Vault** | |
| | State the term remaining | **5/26/2017 and continues until terminated thereafter** | **Holy Cross Energy** |
| | List the contract number of any government contract | | **3799 Highway 82 Glenwood Springs, CO 81601** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** | |
| | State the term remaining | **6/6/2024** | **ImageNet Consulting, LLC** |
| | List the contract number of any government contract | | **913 North Broadway Oklahoma City, OK 73102** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Evidence of Property Insurance** | |
| | State the term remaining | **6/17/2024** | **Intact Insurance** |
| | List the contract number of any government contract | | **605 Highway 169 North Suite 800 Plymouth, MN 55441** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Colorado Motor Vehicle Lease Agreement** | |
| | State the term remaining | **4/20/2024** | **Landmark Lincoln** |
| | List the contract number of any government contract | | **5000 South Broadway Englewood, CO 80113** |

| Debtor 1 | **AVR AH LLC** | | | Case number *(if known)* | **23-90757** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Note and Security Agreement** | |
|---|---|---|---|
| | State the term remaining | **8/13/2025** | **Mercedes-Benz Financial Services USA LLC**<br>**PO Box 279319**<br>**Sacramento, CA 95827** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | **7/7/2024** | **The Huntington National Bank**<br>**11100 Wayzata Blvd.**<br>**Suite 801**<br>**Hopkins, MN 55305** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  **AVR AH LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **23-90757**

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Strudel Holdings LLC** | **PO Box 4068 Aspen, CO 81612** | **Wilmington Trust, National Association** | ■ D    **2.4**____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

**Debtor name:** AVR AH LLC

**United States Bankruptcy Court for the:** Southern District of Texas

**Case number (if known):** 23-90757

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8/10/2023
          MM/DD/YYYY

✗   */s/ Douglas J. Brickley* _____
    Signature of individual signing on behalf of debtor

Douglas J. Brickley
Printed name

Chief Restructuring Officer
Position or relationship to debtor