UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| STRUDEL HOLDINGS LLC and AVR AH LLC, | § § § | Case No. 23-90757 (CML) |
| Debtors.[1] | § § § § | (Jointly Administered) |

NOTICE OF HYBRID HEARING SCHEDULED
FOR THURSDAY, SEPTEMBER 21, 2023
[Relates to Doc. No. 6]

**PLEASE TAKE NOTICE** that the hybrid hearing on the *Debtors' Motion Seeking Entry of an Order Precluding Certain Alleged Secured Parties from Submitting Credit Bids Pursuant to Sections 105(A) and 363(K) of the Bankruptcy Code* [Docket No. 6] will be held on **Thursday, September 21, 2023 at 2:30 p.m. CST** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 401, Houston, Texas 77002 (the "Hearing").

Participation at the hearing is permitted in-person and by audio and video connection pursuant to the Court's Post-COVID Reopening Plan.

For participants not attending in person, audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's home page. The meeting code is "JudgeLopez."

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The Debtors' service address is: PO Box 4068, Aspen, CO 81612.

1

Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

The Court will use both audio and video communication. If you want to see the documents as presented to the Court and hear the proceeding you should be (i) dialed in through the audio system, and (ii) logged into the Court's video via GoToMeeting.

All documents filed in these Chapter 11 Cases may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of this page intentionally left blank*]

Dated: August 17, 2023.

        Respectfully submitted,

        */s/ Joshua W. Wolfshohl*
        **PORTER HEDGES LLP**
        Joshua W. Wolfshohl (TX Bar No. 24038592)
        Aaron J. Power (TX Bar No. 24058058)
        Michael B. Dearman (TX Bar No. 24116270)
        Jordan T. Stevens (TX Bar No. 24106467)
        1000 Main St., 36th Floor
        Houston, TX 77002
        Tel: (713) 226-6000
        Fax: (713) 226-6248
        jwolfshohl@porterhedges.com
        apower@porterhedges.com
        mdearman@porterhedges.com
        jstevens@porterhedges.com

        *Proposed Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served on all parties in interest listed on the attached Service List by U.S. mail, first class, postage prepaid, on this the 17th day of August, 2023.

        */s/ Joshua W. Wolfshohl*
        Joshua W. Wolfshohl

3

14131384v1

SERVICE LIST

U.S. Trustee
Attn: Ha Minh Nguyen
Office of the US Trustee
515 Rusk Ave, Ste. 3516
Houston, TX 77002
Email: ha.nguyen@usdoj.gov

U.S. Trustee
Attn: Andrew Jimenez
615 E. Houston Street, Suite 533
San Antonio, TX 78205
Email: andrew.jimenez@usdoj.gov

Internal Revenue Service
Insolvency Section
1919 Smith MAIL STOP HOU 5022
Houston, TX 77002

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

Office of the Attorney General Texas
PO Box 12548
Austin, TX 78711-2548

Office of the Attorney General Colorado
Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

Ajax Holdings LLC
Attn: Will Herndon- Manager
514 E. Hyman Ave.
Aspen CO 81611
Email: will.herndon@ajax-holdings.com

Aspen Valley Ranch HOA Inc.
Attn: Simon Chen VP
P.O. Box 421
Woody Creek CO 81656
Email: simon@avrresidences.com

Pitkin County Treasurer
530 E. Main St
Aspen CO 81611
Email: treasruer@pitkincounty.com

CPS Distributors, Inc
Heritage Landscape Supply Grp.
P.O. Box 841382
Dallas TX 75284
Email: credit@heritageLSG.com

Aspen Valley Downs HOA
Attn: Laura Barbieur, Reese Henry CPA,
P.O. Box 145
Woody Creek CO 81656
Email lbarbieur@reesehenry.com

Glenwood Veterinary Clinic
Attn: Alejandro-Admin
2514 Grand Av.
Glenwood Spgs, CO 81601
Attn: gvc@glenwoodvet.com

Holy Cross
3799 Highway 82
P.O. Box 2150
Glenwood Spgs CO 81602-2150

Mountain West Insurance
Attn: Jess Westley, Agent
201 Centennial St. 4th Floor
Glenwood Spgs CO 81601
Email: jessw@mtnwst.com

Crystal River Spas
1197 Main St.
Carbondale CO 81623
Email: sales@crystalriverspas.com

L.T. Clear Solutions LLC
Attn: Keila Olave
P.O. Box 1985
Carbondale CO 81623
Email: ltclearsolutions@gmail.com

Black Hills Energy - Rapid City SD
Corporate
P.O. Box 6001
Rapid City SD 57709
Email: help@support.blackhillsenergy.com

14105661

SERVICE LIST

Apex Security
Attn: Billing Dept.
410 SW Columbia St., Ste. 120
Bend OR 97702
Email: contact@vyanet.com

Comcast Xfinity
9602 S. 300 W. Ste. B
Sandy UT 84070-3302

Coldwell Banker Mason Morse
Attn: Wendy Bontempo
0290 Highway 133
Carbondale CO 81623
Email: wendyb@masonmorse.com

Aspen Waterwise Ltd
Attn: Kellen Whitworth
50 N. 4th St.
Carbondale CO 81623
Email: sarah@aspenwaterwise.com

Nineteen77 Capital Solutions A LP
One North Wacker Drive, Floor 32
Chicago, IL 60606

Maples Fiduciary Services (Delaware Inc.)
~~4001 Kennet Pike, Suite 302~~
~~Wilmington, DE 19807~~
RETURNED  MAIL

Bermudez Mutari, Ltd.
UBS Tower
One North Wacker Drive, Floor 32
Chicago, IL 60606

UBS O'Conner LLC
Attn: Corporate Creations Network Inc
5444 Westheimer #1000
Houston, TX 77056

Wilmington Trust National Association
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Wilmington Trust National Association
Attn: Agent Corporation Service Company
211 E. 7thSt., Suite 620
Austin, TX 78701

UBS O'Conner LLC
Attn: Darrell S. Cafasso
Harry F. Murphy
Laura Metzger
Mark Franke
Monica Perrigino
Ryan Wooten
David Litterine-Kaufman
Nicholas Poli
Orrick, Herrington & Sutcliffe, LLP
51 West 52nd Street
New York, New York 10019
Email: dcafasso@orrick.com
hmurphy@orrick.com
lmetzger@orrick.com
mfranke@orrick.com
mperrigino@orrick.com
rwooten@orrick.com
dlitterinekaufman@orrick.com
npoli@orrick.com

Wilmington Trust National Association
Alexander S. Lorenzo
Morgan M. Meyer
90 Park Avenue
New York, New York 10016
Email: alexander.lorenzo@alston.com
morgan.meyer@alston.com

Wilmington Trust National Association
c/o Snell & Wilmer, LLP
Michael E. Lindsey
James Snow
1200 Seventeenth St, Ste. 1900
Denver, CO 80202
Email: mlindsay@swlaw.com
jsnow@swlaw.com

Sam Bragg
ALSTON & BIRD LLP
2200 Ross Avenue
Dallas, Texas 75201
Email: Sam.Bragg@alston.com

14105661

SERVICE LIST

William Hao
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Email: William.Hao@alston.com

Chris Riley
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Email: Chris.Riley@alston.com

14105661