# EXHIBIT 1

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

| | |
|---|---|
| NINETEEN77 CAPITAL SOLUTIONS A LP; BERMUDEZ MUTUARI, LTD.; and WILMINGTON TRUST NATIONAL ASSOCIATION,<br><br>Plaintiffs,<br><br>-against-<br><br>CHARIF SOUKI, Individually; KARIM SOUKI, CHRISTOPHER SOUKI, and LINA SOUKI RIZZUTO, as Trustees of the SOUKI FAMILY 2016 TRUST,<br><br>Defendants. | Index No. _____/ 2023<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT IN LIEU OF COMPLAINT** |

PLEASE TAKE NOTICE THAT, upon (i) the Summons dated [August 18], 2023; (ii) the Affirmation of Harry Murphy ("Murphy Aff.") sworn to on August 18, 2023, together with the exhibits annexed thereto; and (iii) Plaintiff's Memorandum of Law in Support of its Motion for Summary Judgment in Lieu of Complaint, Nineteen77 Capital Solutions A LP; Bermudez Mutuari, Ltd., and Wilmington Trust National Association (collectively, "Plaintiffs"), by and through their counsel, will move this Court at the Courthouse, Motion Submission Part, Room 130, located at 60 Centre Street, New York, NY 10007 on October 5, 2023 at 9:30 a.m. or as soon thereafter as counsel may be heard, for an Order, pursuant to CPLR § 3213, directing the entry of summary judgment in favor of Plaintiffs and against Defendants in an amount not less than $99,180,855.69 owed under the parties' agreements, plus interest, costs, and fees (including attorneys' fees).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to CPLR § 3213, answering papers, if any, must be served on the undersigned on or before September 25, 2023.

Dated: New York, New York
August 21, 2023

Respectfully submitted,

*/s/ Darrell S. Cafasso*
Darrell S. Cafasso
Harry F. Murphy
Thomas M. Garvey, Jr.
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
T: (212) 506-5000
dcafasso@orrick.com
hmurphy@orrick.com
tgarvey@orrick.com

*Attorneys for Plaintiffs*
*Nineteen77 Capital Solutions A LP; and*
*Bermudez Mutuari, Ltd.*


*/s/ Alexander S. Lorenzo*
Alexander S. Lorenzo
Morgan M. Meyer
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
T: (212) 210 9400
Alexander.lorenzo@alston.com
Morgan.meyer@alston.com

Christopher A. Riley
(*pro hac vice* motion forthcoming)
1201 West Peachtree Street NW
ALSTON & BIRD LLP
Atlanta, Georgia 30309
T: (404) 881-7000
chris.riley@alston.com

*Attorneys for Plaintiff Wilmington Trust National Association*