# EXHIBIT 14

| | |
|---|---|
| DISTRICT COURT, COUNTY OF PITKIN, STATE OF COLORADO<br>506 E. Main St.<br>Aspen, CO  81611<br>Ph: 970-925-7635 | |
| **In the Matter of the Application of WILMINGTON TRUST, NATIONAL ASSOCATION for an Order Authorizing the Public Trustee of Pitkin County, State of Colorado, to Sell Certain Real Estate under a Power of Sale Contained within a Deed of Trust (Reception No. 646225)** | ▲ COURT USE ONLY ▲ |
| Michael E. Lindsay, #15126<br>James Snow, #58090<br>Snell & Wilmer L.L.P.<br>1200 Seventeenth Street, Suite 1900<br>Denver, Colorado 80202-5854<br>Phone: (303) 634-2000<br>Fax: (303) 634-2020<br>Email:  mlindsay@swlaw.com; jsnow@swlaw.com<br>***Attorneys for Wilmington Trust, National Association*** | Case Number:<br><br>Div: |
| **VERIFIED MOTION FOR ORDER AUTHORIZING SALE OF REAL ESTATE BY THE PUBLIC TRUSTEE PURSUANT TO C.R.C.P. 120** | |

Wilmington Trust, National Association (the "Applicant"), by and through its attorneys, Snell & Wilmer L.L.P., hereby moves this Court for an Order Authorizing Sale pursuant to Colorado Rule of Civil Procedure 120, and as grounds therefore states and alleges as follows:

1. Applicant is the owner and holder of two amended promissory notes executed by AVR AH LLC (the "Notes"). The Notes are incorporated herein by reference and are as follows:

    a. <u>Exhibit 1:</u> an amended and restated promissory note, dated June 26, 2019, in the original principal amount of $6,703,222.00 (which amends an original promissory note, dated January 30, 2019 in the original principal amount of $6,254,224.00).

    b. <u>Exhibit 2:</u> an amended and restated promissory note, dated June 26, 2019, in the original principal amount of $73,372,140.00 (which amends an original promissory note, dated January 30, 2019 in the original principal amount of $68,457,499.00).

2.      The Notes are secured by a deed of trust executed by AVR AH LLC dated and recorded on March 30, 2018 at Reception Number 646225, Pitkin County, Colorado Records, a true and correct copy of which is attached hereto as <u>Exhibit 3</u> and is incorporated herein by this reference (the "Deed of Trust").

3.      Because the subject property is located in Pitkin County and because the Deed of Trust was recorded in the official records of Pitkin County, the foreclosure can proceed in Pitkin County.

4.      Applicant is entitled to foreclose the lien of the Deed of Trust and to have the property described therein sold by the Pitkin County Public Trustee pursuant to statute because the covenants of the Deed of Trust have been violated as follows:  Defaults have occurred under the Deed of Trust, including, but not limited to, the failure to timely make payments as required under the Deed of Trust and the Notes secured thereby, and therefore the Applicant has elected to accelerate the entire indebtedness.

5.      The property to be sold, which is situated in Pitkin County, Colorado, is more particularly described as follows (the "Property"):

Parcel A:

HOMESTEADS 1 THROUGH 9, ACRICULTURAL FACILITIES PARCEL AND PARCELS I THROUGH VII, RURAL AND REMOTE PARCELS, ACCORDING TO THE SECOND AMENDED SUBDIVISION EXEMPTION PLAT, ASPEN VALLEY RANCH, RECORDED OCTOBER 28, 2011 IN PLAT BOOK 98  AT PAGE 49.

COUNTY OF PITKIN, STATE OF COLORADO.

Parcel B:

A TRACT OF LAND SITUATED IN LOT 1, SECTION 4, AND LOT 1, SECTION 5, TOWNSHIP 9 SOUTH, RANGE 85 WEST OF THE 6TH P.M., MORE FULLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE WEST LINE OF SAID LOT 1, SECTION 5, WHENCE THE NORTHWEST CORNER OF SAID LOT 1, SECTION 5 BEARS NORTH 00 DEGREES 06 MINUTES 08 SECONDS WEST 628.22 FEET; THENCE NORTH 00 DEGREES 06 MINUTES 08 SECONDS WEST 628.22 FEET TO THE NORTHWEST CORNER OF SAID LOT 1, SECTION 5; THENCE NORTH 89 DEGREES 59 MINUTES 59 SECONDS EAST 992.08 FEET ALONG THE NORTH LINE OF SAID LOT 1, SECTION 5 AND LOT 1, SECTION 4; THENCE SOUTH 00 DEGREES 00 MINUTES 00 SECONDS WEST 823.12 FEET TO THE CENTER OF DRY WOODY CREEK; THENCE SOUTH 45 DEGREES 11 MINUTES 00 SECONDS WEST 23.22 FEET ALONG THE CENTER OF DRY WOODY CREEK; THENCE

SOUTH 52 DEGREES 12 MINUTES 00 SECONDS WEST 195.35 FEET ALONG THE CENTER OF DRY WOODY CREEK; THENCE SOUTH 79 DEGREES 41 MINUTES 00 SECONDS WEST 263.65 FEET ALONG THE CENTER OF DRY WOODY CREEK; THENCE NORTH 56 DEGREES 00 MINUTES 00 SECONDS WEST 676.38 FEET TO THE POINT OF BEGINNING,

Being historically described as follows:

A TRACT OF LAND SITUATED IN LOT 1, SECTION 4, AND LOT 1, SECTION 5, TOWNSHIP 9 SOUTH, RANGE 85 WEST OF THE 6TH P.M., MORE FULLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE WEST LINE OF SAID LOT 1, SECTION 5 WHENCE THE WITNESS CORNER TO THE SOUTHEAST CORNER OF SAID SECTION 5 BEARS SOUTH 04 DEGREES 33 MINUTES EAST 2572.12 FEET; THENCE NORTH 626.37 FEET TO THE NORTHWEST CORNER OF LOT 1; THENCE EAST 989.82 FEET ALONG THE NORTH LINE OF SAID LOT 1, SECTION 5, AND LOT 1, SECTION 4; THENCE SOUTH 823.52 FEET TO THE CENTER OF DRY WOODY CREEK; THENCE SOUTH 45 DEGREES 11 MINUTES WEST 23.22 FEET ALONG THE CENTER OF DRY WOODY CREEK; THENCE 79 DEGREES 41 MINUTES WEST 263.65 FEET ALONG THE CENTER OF DRY WOODY CREEK; THENCE NORTH 56 DEGREES WEST 674.97 FEET TO THE WEST LINE OF SAID LOT 1, SECTION 5, THE POINT OF BEGINNING,

COUNTY OF PITKIN, STATE OF COLORADO.

Parcel C:

LOTS 6, 7, 8 AND 9, ASPEN VALLEY DOWNS SUBDIVISION P.U.D. ACCORDING TO THE FIRST AMENDED PLAT OF ASPEN VALLEY DOWNS SUBDIVISION P.U.D. RECORDED MARCH 22, 1999 IN PLAT BOOK 49 AT PAGE 2 AT RECEPTION NO. 429063,

COUNTY OF PITKIN, STATE OF COLORADO.

SAVE and EXCEPT the following parcels:

THAT PORTION RELEASED IN PARTIAL RELEASE OF LIEN RECORDED AUGUST 30, 2021 AT RECEPTION NO. 679963, PITKIN COUNTY RECORDS, DESCRIBED AS FOLLOWS:

HOMESTEAD 4, ASPEN VALLEY RANCH, ACCORDING TO THE SECOND AMENDED SUBDIVISION EXEMPTION PLAT, ASPEN VALLEY RANCH, RECORDED OCTOBER 28, 2011 IN PLAT BOOK 98 AT PAGE 49,

COUNTY OF PITKIN, STATE OF COLORADO

and

THAT PORTION RELEASED IN PARTIAL RELEASE OF LIEN RECORDED NOVEMBER 16, 2021 AT RECEPTION NO. 682641, PITKIN COUNTY RECORDS, DESCRIBED AS FOLLOWS:

HOMESTEAD 8, ASPEN VALLEY RANCH, ACCORDING TO THE SECOND AMENDED SUBDIVISION EXEMPTION PLAT, ASPEN VALLEY RANCH, RECORDED OCTOBER 28, 2011 IN PLAT BOOK 98 AT PAGE 49 AND THIRD AMENDMENT TO SUBDIVISION EXEMPTION PLAT OF HOMESTEAD 8 AND THE AGRICULTURAL FACILITIES PARCEL, ASPEN VALLEY RANCH RECORDED AUGUST 22, 2014 IN PLAT BOOK 107 AT PAGE 82.

COUNTY OF PITKIN, STATE OF COLORADO.

HOMESTEAD 9, ASPEN VALLEY RANCH, ACCORDING TO THE SECOND AMENDED SUBDIVISION EXEMPTION PLAT, ASPEN VALLEY RANCH, RECORDED OCTOBER 28, 2011 IN PLAT BOOK 98 AT PAGE 49.

COUNTY OF PITKIN, STATE OF COLORADO.

4. The names of: (a) Grantor; (b) those persons who appear to have acquired a record interest in the Property subsequent to the recording of the Deed of Trust and prior to the recording of the notice of election and demand for sale thereunder; (c) the current record owner of the Property; and (d) any person known or believed by Applicant to be personally liable upon the Note secured by the Deed of Trust or otherwise interested in this proceeding, as well as the address of each such person as such address is given in the recorded instrument evidencing such person's interest (and as to those persons described in (a), (c), and (d) above, their last known addresses as shown by Applicant's records) are shown on <u>Exhibit 4</u> attached hereto and incorporated herein by this reference.

5. Applicant, through its undersigned counsel, represents to this Court that upon information and belief Charif Souki, a natural person obligated to pay the indebtedness evidenced by the Notes, is not entitled to the protections afforded under the Servicemembers Civil Relief Act of 2003 (50 U.S.C. § 501, *et. seq.*). Applicant, through its undersigned counsel, further represents to the Court that AVR AH LLC is not a natural person and is not entitled to the protections afforded under the Servicemembers Civil Relief Act of 2003. (50 U.S.C. §501, *et. seq.*). Hence, enforcement of the power of sale contained within the Deed of Trust and entry of an order authorizing the Public Trustee to sell the Property under the power of sale does not involve enforcement of a deed of trust for which this Court need comply with the requirements

4870-8952-2525.1

of 50 U.S.C. § 532, 50 U.S.C. § 533, or any other provisions of the Servicemembers Civil Relief Act of 2003.

6.     Venue for this proceeding is proper in this Court because the original Notes are secured by the Deed of Trust to a public trustee, and this proceeding does not involve a consumer obligation and may therefore be brought and heard in any county in Colorado under C.R.C.P. 120(f).

WHEREFORE, Applicant respectfully moves this Court for an Order authorizing a Public Trustee's sale under the power of sale contained within the Deed of Trust and pursuant to the provisions of Colorado Rule of Civil Procedure 120.

DATED May 16, 2023.

Respectfully submitted,

SNELL & WILMER L.L.P.

By:    /s/*James Snow*
       Michael E. Lindsay
       James Snow
       1200 17th Street, #1900
       Denver, CO  80202

***Attorneys for Wilmington Trust, National Association***

Address of Applicant:
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

**THIS COMMUNICATION CONCERNS A DEBT WHICH SNELL & WILMER L.L.P. IS ATTEMPTING TO COLLECT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## **VERIFICATION**

Jeffery Rose, Vice President of Wilmington Trust, National Association, being of age and duly sworn, deposes and says: (1) that he is a Vice President of Wilmington Trust, National Association; (2) that he has read the foregoing Verified Motion; and (3) that the contents thereof are true to the best of his knowledge, information and belief.

Wilmington Trust, National Association

By: _____
Jeffery Rose
Vice President


STATE OF _MINNESOTA_ )
                    ) ss.
COUNTY OF _HENNEPIN_ )

Subscribed, sworn to, and acknowledged before me by _Jeffery Rose_ as _Vice President_ of Wilmington Trust, National Association this _15th_ day of _May_, 2023.

Witness my hand and official seal.

[SEAL]

JANE Y SCHWEIGER
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2025

_____
Notary Public
My commission expires: _01-31-2025_

6

4870-8952-2525.1

## CERTIFICATE OF MAILING

I hereby certify that on May 16, 2023, a true and correct copy of the foregoing **VERIFIED MOTION FOR ORDER AUTHORIZING SALE OF REAL ESTATE BY THE PUBLIC TRUSTEE PURSUANT TO C.R.C.P. 120** was placed in the U.S. mail, first class postage prepaid, addressed to the following:

| | |
|---|---|
| AVR AH LLC<br>Attn: Brooke Peterson<br>P.O. Box 4068<br>Aspen, CO 81612 | Wilmington Trust, National Association<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402 |
| AVR AH LLC<br>514 East Hyman Avenue<br>Aspen, CO 91611 | Wilmington Trust, National Association<br>Attn: Alan Glantz<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019 |
| Charif Souki<br>1201 Louisiana Street, Suite 3100<br>Houston, TX 77002 | Charif Souki<br>P.O. Box 4068<br>Aspen, CO 81612 |
| Charif Souki<br>c/o Brooke Peterson<br>P.O. Box 4068<br>Aspen, CO 81612 | Charif Souki, as trustee of the Souki Family 2016 Trust<br>c/o Brooke Peterson<br>P.O. Box 4068<br>Aspen, CO 81612 |
| Charif Souki, as trustee of the Souki Family 2016 Trust<br>1201 Louisiana Street, Suite 3100<br>Houston, TX 77002 | Charif Souki, as trustee of the Souki Family 2016 Trust<br>P.O. Box 4068<br>Aspen, CO 81612 |
| Karim Souki<br>P.O. Box 4068<br>Aspen, CO 81612 | Karim Souki<br>c/o Brooke Peterson<br>P.O. Box 4068<br>Aspen, CO 81612 |
| AJAX<br>P.O. Box 4068<br>Aspen, CO 81612 | AJAX<br>c/o Brooke Peterson<br>P.O. Box 4068<br>Aspen, CO 81612 |

7

4870-8952-2525.1

| | |
|---|---|
| O'Connor Capital Solutions<br>Attn: James Snow<br>Snell & Wilmer LLP<br>1200 Seventeenth Street, Suite 1900<br>Denver, CO 80202-5854 | Aspen Valley Ranch Homeowners Assoc.<br>Attn: Brooke Peterson<br>514 E. Hyman<br>Aspen, CO 81611 |
| Nineteen77 Capital Solutions A LP<br>Attn: Charles Mathys, Baxter Wasson and Rodrigo Trelles<br>UBS Tower<br>One North Wacker Drive, Floor 32<br>Chicago, IL 60606 | Bermudez Mutuari Ltd.<br>Attn: Charles Mathys, Baxter Wasson and Rodrigo Trelles<br>UBS Tower<br>One North Wacker Drive, Floor 32<br>Chicago, IL 60606 |
| O'Connor Capital Solutions<br>787 Seventh Avenue, 13th Floor<br>New York, NY 10019 | O'Connor Capital Solutions<br>Attn: Laura Metzger<br>Orrick Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019-6142 |
| Occupant<br>130 Aspen Valley Ranch Road<br>Woody Creek, CO 81656 | Occupant<br>295 Aspen Valley Ranch Road<br>Woody Creek, CO 81656 |
| Occupant<br>425 Aspen Valley Ranch Road<br>Woody Creek, CO 81656 | Occupant<br>20 W. Bourg Trail<br>Woody Creek, CO 81656 |
| Occupant<br>31 E. Bourg Trail<br>Woody Creek, CO 81656 | Occupant<br>151 E. Bourg Trail<br>Woody Creek, CO 81656 |
| Occupant<br>160 E. Bourg Trail<br>Woody Creek, CO 81656 | Occupant<br>1075 Aspen Valley Downs Road<br>Woody Creek, CO 81656 |
| Occupant<br>925 Aspen Valley Downs Road<br>Woody Creek, CO 81656 | Occupant<br>875 Aspen Valley Downs Road<br>Woody Creek, CO 81656 |

| | |
|---|---|
| Occupant<br>1025 Aspen Valley Downs Road<br>Woody Creek, CO 81656 | Aspen Valley Ranch Homeowners Assoc.<br>295 Aspen Valley Ranch Rd.<br>Woody Creek, CO 81656 |
| | */s/Sandy Braverman* |