# EXHIBIT 16

| | |
|---|---|
| DISTRICT COURT, COUNTY OF PITKIN, STATE OF COLORADO<br>506 E. Main St.<br>Aspen, CO 81611<br>Ph: 970-925-7635 | |
| **In the Matter of the Application of WILMINGTON TRUST, NATIONAL ASSOCATION for an Order Authorizing the Public Trustee of Pitkin County, State of Colorado, to Sell Certain Real Estate under a Power of Sale Contained within a Deed of Trust (Reception No. 646225)** | ▲ COURT USE ONLY ▲ |
| Michael E. Lindsay, #15126<br>James Snow, #58090<br>Snell & Wilmer L.L.P.<br>1200 Seventeenth Street, Suite 1900<br>Denver, Colorado 80202-5854<br>Phone: (303) 634-2000<br>Fax: (303) 634-2020<br>Email:  mlindsay@swlaw.com; jsnow@swlaw.com<br>***Attorneys for Wilmington Trust, National Association*** | Case Number:  2023CV30050<br><br>Div:  6 |

## NOTICE OF RESET HEARING

Please take notice that a hearing on Wilmington Trust, National Association's Verified Motion for Order Authorizing Sale of Real Estate by the Public Trustee Pursuant to C.R.C.P. 120 has been reset and scheduled for **1:00 p.m., July 28, 2023**, in Courtroom/Division A, District Court, County of Garfield, 109 8th Street, Glenwood Springs, Colorado 81601.  You may attend this hearing with or without an attorney in person or via Webex.

DATED June 20, 2023.             Respectfully submitted,

                                                      SNELL & WILMER L.L.P.

                                        By:     */s/Michael E. Lindsay*
                                                      Michael E. Lindsay
                                                      James Snow
                                                      1200 17th Street, #1900
                                                      Denver, CO  80202

                                                      ***Attorneys for Wilmington Trust, National Association***

4856-9454-3722.1

**CERTIFICATE OF MAILING**

      I hereby certify that on June 20, 2023, a true and correct copy of the foregoing **NOTICE OF RESET HEARING** was filed and served via Colorado Courts E-Filing or email, addressed to the following:

Maria Morrow
Anne Marie McPhee
Oates, Knezevich, Gardenswartz, Kelly & Morrow, P.C.
533 E. Hopkins Avenue
Aspen, CO  81611

Timothy S. McConn (via email)
Jamie A. Aycock (via email)
Amy C. Farish (via email)
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, TX  77002
tmcconn@yettercoleman.com
jamieaycock@yettercoleman.com
afarish@yettercoleman.com

                                                    */s/Martha McCleery*

**Your filing has been successfully submitted to the court. Your filing is not considered final until the court accepts it.**

**Filing Information:**

- **Filing ID:** 17533685CF768
- **Court Location:** Pitkin County
- **Case Number:** 2023CV030050
- **Case Caption:** Wilmington Trust National Association v. Avr Ah LLC
- **Authorized Date:** 06/20/2023 1:11 PM
- **Submitted By:** Martha Mccleery

**Filing Party(ies):**

| Party | Type | Status | Attorney |
|---|---|---|---|
| Wilmington Trust National Association | Petitioner | Active | JAMES DAVID GUIHAN SNOW (Snell and Wilmer LLP) MICHAEL EDWARD LINDSAY (Snell and Wilmer LLP) |

**Documents:**

| Document ID | Document | Title | Statutory Fee | Security |
|---|---|---|---|---|
| C9B39DBB316A3 | Notice of Hearing | NOTICE OF RESET HEARING | $0.00 | Public |

**Service:**

| Party | Type | Attorney | Organization | Method |
|---|---|---|---|---|
| Avr Ah Llc | Respondent | Anne Marie Mcphee | Oates, Knezevich, Gardenswartz, Kelly & Morrow, PC | E-Service |
| Avr Ah Llc | Respondent | Maria Morrow | Oates, Knezevich, Gardenswartz, Kelly & Morrow, PC | E-Service |

**Submission Options:**

- **Note To Clerk:** N/A
- **Authorizer:** Michael Edward Lindsay
- **Submit Options:** Submit to the court and serve selected parties.

**Billing Information:**

- **Statutory Filing Fees:** $0.00
- **E-Filing Fees:** $12.00
- **Service Fees:** $12.00
- **Total Fees:** $24.00
- **Billing Reference:** 71904.00001