# EXHIBIT 21

At IAS Part 48 of the Supreme Court of the State of New York in and for the County of New York at the Courthouse located at 60 Centre Street, New York, New York 10007, on the 13th day of June, 2023.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: COMMERCIAL DIVISION

CHARIF SOUKI, Individually, AVR AH LLC, KARIM SOUKI, CHRISTOPHER SOUKI, and LINA SOUKI RIZZUTO, as Trustees of the SOUKI FAMILY 2016 TRUST, and STRUDEL HOLDINGS LLC,

Plaintiffs,

v.

NINETEEN77 CAPITAL SOLUTIONS A LP, BERMUDEZ MUTUARI, LTD, WILMINGTON TRUST NATIONAL ASSOCIATION, and UBS O'CONNOR LLC,

Defendants.

Index No. 651164/2023

**Motion Sequence 9**

**ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION**

Upon reading and filing the annexed Affidavit of Charif Souki, sworn to on June 9, 2023, the Exhibits annexed thereto, and the accompanying Memorandum of Law and upon all other pleadings and proceedings, and good cause having been shown;

Let Defendants Nineteen77 Capital Solutions A LP Bermudez Mutuari, LTD, Wilmington Trust National Association, and UBS O'Connor LLC (collectively "Defendants") show cause before the Honorable Andrea Masley at IAS Part 48 of the Supreme Court of the State of New York in and for the County of New York, Commercial Division at the Courthouse located at 60 Centre Street, New York, New York 10007, on the ___ day of June, 2023 at __________ or as

Declined to sign

1. No CPLR 2217(b) affidavit
2. Motion is effectively one to renew and reargue

soon thereafter as counsel can be heard, why an order to show cause should not be made and entered herein, pursuant to New York Civil Practice Law and Rules ("CPLR") § 6311 preliminarily enjoining Defendants from seizing, foreclosing on, and/or disposing of the equity in Ajax Holdings LLC ("Ajax Shares") pending final resolution of the claims in this case.

Defendants gave notice of their intent to foreclose on the Ajax Shares by auction scheduled for June 26, 2023. Plaintiffs expressly reserve the right to seek more immediate relief should Defendants take further action to foreclose on or otherwise dispose of Plaintiffs' collateral.

ORDERED, that service of a copy of this Order to Show Cause, together with the papers on which it is granted, shall be deemed good and sufficient service if served by NYSCEF and email to counsel for Defendants, on or before the __ day of _____, 2023.

ORDERED, that opposition papers, if any, shall be served by NYSCEF and by email on or before the __ day of ___ at ________.

ORDERED, that reply papers, if any, shall be served by NYSCEF and by email on or before the __ day of ___ at _________.

ENTER

______________________________
J.S.C