# EXHIBIT 22

Case 23-90757   Document 75-23   Filed in TXSB on 08/24/23   Page 2 of 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

CHARIF SOUKI, Individually, AVR AH LLC, KARIM SOUKI, CHRISTOPHER SOUKI, and LINA SOUKI RIZZUTO, as Trustees of the SOUKI FAMILY 2016 TRUST, and STRUDEL HOLDINGS LLC,

Plaintiffs,

-against-

NINETEEN77 CAPITAL SOLUTIONS A LP; BERMUDEZ MUTUARI, LTD.; WILMINGTON TRUST NATIONAL ASSOCIATION; and UBS O'CONNOR LLC,

Defendants.

Index No. 651164/2023

**ORAL ARGUMENT REQUESTED**

---

### NOTICE OF DEFENDANTS'
### MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the Affirmation of Harry F. Murphy, dated July 25, 2023, and the exhibits thereto, Defendants Nineteen77 Capital Solutions A LP, Bermudez Mutuari, Ltd., Wilmington Trust National Association, and UBS O'Connor LLC (collectively "Defendants"), shall move this Court before the Motion Submissions Part, Room 130, 60 Centre Street, New York, New York 10007, on September 13, 2023, at 9:30 a.m., or as soon thereafter as counsel may be heard, for an order dismissing all claims asserted against Defendants in Plaintiffs' Second Amended Complaint (NYSCEF Doc. No. 200), with prejudice, pursuant to CPLR 3211(a)(1) and (a)(7), and awarding such other relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation Regarding Plaintiffs' Motion to Amend and Briefing Schedule for Defendants' Motion to Dismiss the Second

Case 23-90757 Document 75-23 Filed in TXSB on 08/24/23 Page 3 of 3

Amended Complaint (NYSCEF Doc. No. 193), answering papers, if any, are required to be filed

and served by August 29, 2023, and reply papers, if any, are required to be filed and served by

September 12, 2023.

Dated: New York, New York
July 25, 2023

ORRICK, HERRINGTON & SUTCLIFFE LLP      ALSTON & BIRD LLP

By: _/S/ Darrell S. Cafasso_                  By: _/S/ Christopher A. Riley_
     Darrell S. Cafasso                            Alexander S. Lorenzo
     Harry F. Murphy                             Morgan M. Meyer
     Thomas M. Garvey, Jr.                    90 Park Avenue
     51 West 52nd Street                      New York, New York 10016
     New York, New York  10019             T: (212) 210 9400
     T: (212) 506-5000                      Alexander.lorenzo@alston.com
     dcafasso@orrick.com                    Morgan.meyer@alston.com
     hmurphy@orrick.com
     tgarvey@orrick.com

     _Attorneys for Defendants_              Christopher A. Riley (_pro hac vice_)
     _Nineteen77 Capital Solutions A LP; Bermudez_    1201 West Peachtree Street NW
     _Mutuari, Ltd.; and UBS O'Connor LLC_      ALSTON & BIRD LLP
                                           Atlanta, Georgia 30309
                                           T: (404) 881-7000
                                           chris.riley@alston.com

                                           _Attorneys for Defendant Wilmington Trust_
                                           _National Association_

2