IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| STRUDEL HOLDINGS LLC AND AVR AH LLC, | § § § § | Case No. 23-90757 (CML) (Jointly Administered) |
| Debtors.[1] | § § | |

**[PROPOSED] ORDER GRANTING
LENDER PARTIES' MOTION TO DISMISS THE CHAPTER 11 CASES
PURSUANT TO SECTION 1112(b) OF THE BANKRUPTCY CODE**
[Relates to Docket No. __]

Nineteen77 Capital Solutions A LP, Bermudez Mutuari, Ltd., and Wilmington Trust National Association, in its capacity as Administrative Agent, filed their motion pursuant to 11 U.S.C. § 1112(b) to dismiss the jointly administered chapter 11 cases filed by the above-referenced debtors and debtors in possession (the "Motion"). The Court has jurisdiction over the Motion and the relief requested in the Motion pursuant to 28 U.S.C. § 1334. The Motion is a core proceeding pursuant to 28 U.S.C. 157(b)(2) and the Court may enter a final order on the Motion. The movants gave sufficient and proper notice of the Motion and related hearing. Upon consideration of the Motion, all responses thereto, and all arguments on the motion at the related hearing, the Court finds that cause exists to grant the relief requested in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The Debtors' service address is: PO Box 4068, Aspen, CO 81612.

2

     2.     Chapter 11 case numbers 23-90757 and 23-90758 are DISMISSED FOR CAUSE pursuant to 11 U.S.C. § 1112(b), and the Clerk of Court is directed to close these chapter 11 cases.

     3.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Houston, Texas
Dated: _____, 2023

                        _____
                        HONORABLE CHRISTOPHER M. LOPEZ
                        UNITED STATES BANKRUPTCY JUDGE