IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| STRUDEL HOLDINGS LLC and | § | |
| AVR AH LLC, | § | Case No. 23-90757 (CML) |
| | § | |
| DEBTORS.[1] | § | (Jointly Administered) |

**FORD MOTOR CREDIT COMPANY LLC'S
OBJECTION AND RESERVATION OF RIGHTS TO NOTICE OF POTENTIALLY
ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
[Ref. Doc. # 68]

FORD MOTOR CREDIT COMPANY LLC, *doing business as* LINCOLN AUTOMOTIVE FINANCIAL SERVICES hereby submits this objection (the "Objection") to the Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Doc. # 68] (the "Assumption Notice"), and in support thereof, respectfully represents as follows:

1. On April 20, 2021, a Colorado Motor Vehicle Lease Agreement ("Lease Agreement") was executed by Debtor AVR AH LLC ("Debtor"). Pursuant to the Lease Agreement, Landmark Lincoln (Lessor) agreed to lease to Debtor (Lessee) a 2020 Lincoln Navigator, bearing vehicle identification number 5LMJJ3LT2LEL18923 (the "Leased Vehicle"). The Lease Agreement requires thirty-six (36) monthly payments in the amount of $1,564.91, payable on the 20th day of the month commencing April 20, 2021 with a lease termination date of April 20, 2024. The Lease Agreement identifies Ford Motor Credit Company LLC, *doing business as* Lincoln Automotive Financial Services ("Ford Credit") as Finance Company.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The location of the Debtors' corporate headquarters and the Debtors' service address is: PO Box 4068, Aspen, CO 81612.

2.      A true and correct copy of the Lease Agreement is attached hereto, marked as Exhibit "1."

3.      As of August 25, 2023, Debtor is past due for the Lease payment due August 20, 2023.

## Ford Credit's Objections

4.      The Lease Agreement is an "unexpired lease" as that term is used in section 365(b)(1) of the Bankruptcy Code. In order to assume an unexpired lease under which there has been a default, the debtor in possession must, at the time of assumption: (a) cure, or provide adequate assurance that it will promptly cure, such default; (b) compensate or provide adequate assurance that it will promptly compensate the counter-party for actual pecuniary losses resulting from such default, and (c) provide adequate assurance of future performance under such lease. 11 U.S.C. § 365(b)(1).

5.      Ford Credit files this Objection to give notice of the omission of any Proposed Cure Amount listed in the Potential Assumption List. As of August 25, 2023, the Cure Amount is $1,564.91.

6.      Ford Credit further makes Objection to the naming convention for the Counterparty. The Counterparty for the Lease Agreement is Ford Credit Motor Credit LLC, *doing business as* Lincoln Automotive Financial Services.

## Reservation of Rights

7.      Ford Credit reserves all rights with respect to the Lease Agreement, the Assumption Notice, the Potential Assumption List, and all other pending pleadings in these cases, and as against

the Debtor or any other party under the Lease Agreement, the Bankruptcy Code, and other applicable law. Ford Credit expressly reserves the right to amend or supplement this Objection, including with respect to the Cure Cost and/or requirements under section 365(b)(1), at any time prior to any assumption or assignment of the Lease Agreement, to assert additional defaults or any rights for indemnification or contribution against the Debtor under the Lease Agreement, and to assert any further objections as Ford Credit deems necessary or appropriate and as the evidence may allow at any hearing thereon.

        Respectfully submitted,

*/s/ Donald L. Turbyfill*
DONALD L. TURBYFILL
State Bar of Texas # 20296380
dturbyfill@dntlaw.com [E-MAIL]
ATTORNEY FOR CREDITOR
AND PARTY-IN-INTEREST
FORD MOTOR CREDIT COMPANY LLC,
*doing business as*
LINCOLN AUTOMOTIVE FINANCIAL SERVICES

OF COUNSEL:

DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.
5120 Woodway Drive, Suite 9000
Houston, Texas 77056-1725
(713) 622-8338 [PHONE]
(713) 586-7053 [FACSIMILE]

## CERTIFICATE OF SERVICE

I hereby certify that, on August 25, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing (ECF) system for the United States Bankruptcy Court for the Southern District of Texas on all parties registered to receive electronic notices in this case.

/s/ Donald L. Turbyfill
DONALD L. TURBYFILL