IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| STRUDEL HOLDINGS LLC and AVR AH LLC, | § § § | Case No. 23-90757 (CML) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § | |

**NOTICE OF FILING OF REDLINE**
(Relates to Docket No. 72)

**PLEASE TAKE NOTICE THAT** attached as Exhibit A is a redline showing revisions made at the request of the U.S. Trustee against the proposed *Order (I) Authorizing Retention and Employment of Stout Risius Ross, LLC as Financial Advisor for the Debtors and Debtors in Possession, (II) Authorizing Designation of Douglas J. Brickley as Chief Restructuring Officer, and (III) Granting Related Relief* (the "Proposed Order") filed on August 18, 2023 at Docket No. 72-3.

**PLEASE TAKE FURTHER NOTICE THAT** a clean version of the revised Proposed Order is also attached hereto.

[*Remainder of Page Intentionally Blank*]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The Debtors' service address is: PO Box 4068, Aspen, CO 81612.

14153868

Dated: August 30, 2023.                    Respectfully submitted,

*/s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
Aaron J. Power (TX Bar No. 24058058)
Michael B. Dearman (TX Bar No. 24116270)
1000 Main St., 36th Floor
Houston, TX 77002
Tel: (713) 226-6000
Fax: (713) 226-6248
jwolfshohl@porterhedges.com
apower@porterhedges.com
mdearman@porterhedges.com

*Proposed Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on August 30, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

14153868