UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>STRUDEL HOLDINGS LLC and<br>AVR AH LLC,<br>　　　　　　Debtors[1].<br>AVR AH LLC; STRUDEL HOLDINGS LLC; CHARIF SOUKI; and KARIM SOUKI, CHRISTOPHER SOUKI, and LINA RIZZUTO, as Trustees of the SOUKI FAMILY 2016 TRUST.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NINETEEN77 CAPITAL SOLUTIONS A LP; BERMUDEZ MUTUARI, LTD; WILMINGTON TRUST NATIONAL ASSOCIATION, and UBS O'CONNOR LLC,<br><br>　　　　Defendants. | Chapter 11<br><br>Case No. 23-90757 (CML)<br><br>(Jointly Administered)<br><br>Adv. Pro. No. 23-09003 |

**If you object to the relief requested, you must respond in writing. Unless otherwise directed by the Court, you must file your response electronically at https://ecf.txsb.uscourts.gov/ within twenty-one days from the date this motion was filed. If you do not have electronic filing privileges, you must file a written objection that is actually received by the clerk within twenty-one days from the date this motion was filed. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**

**MOTION TO WITHDRAW AS ATTORNEY**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The location of the Debtors' corporate headquarters and the Debtors' service address is: PO Box 4068, Aspen, CO 81612.

Creditors/Defendants Nineteen77 Capital Solutions A LP, Bermudez Mutuari, Ltd., and UBS O'Connor LLC, by and through its undersigned counsel, respectfully submits this Motion to Withdraw as Attorney in the above-captioned jointly administered Bankruptcy Cases and Adversary Proceeding.

1. Attorney Monica Perrigino is an attorney with Orrick, Herrington & Sutcliffe LLP.

2. Attorney Perrigino will be ending her employment with Orrick and will no longer represent the above-listed creditors/defendants.

3. Nineteen77 Capital Solutions A LP, Bermudez Mutuari, Ltd., and UBS O'Connor LLC continue to be represented in the above-captioned Bankruptcy Cases and Adversary Proceeding by Ryan Wooten, Darrell Cafasso (*pro hac vice*), Laura Metzger (*pro hac vice*), David Litterine-Kaufman (*pro hac vice*), Harry Murphy (*pro hac vice*) and Mark Franke (*pro hac vice*).

WHEREFORE, Nineteen77 Capital Solutions A LP, Bermudez Mutuari, Ltd., and UBS O'Connor LLC respectfully request to be permitted to withdraw Monica Perrigino a as *pro hac vice* counsel, and that she be removed from the Court's electronic notification system and all service lists in this case.

Dated: August 31, 2023                     Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Monica Perrigino*
Monica Perrigino
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
E-mail: mperrigino@orrick.com

*Attorneys for Nineteen77 Capital Solutions A LP, Bermudez Mutuari, Ltd., and UBS O'Connor LLC*