Electronic Appearance Sheet

William Hao, Alston & Bird
Client(s): Wilmington Trust National Association

Joshua Wolfshohl, Porter Hedges LLP
Client(s): Debtors

Amy Farish, Yetter Coleman LLP
Client(s): Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their capacities as trustees of the Souki Family 2016 Trust and Proposed Special Counsel for the Debtors Strudel Holding, LLC and AVR AH, LLC and Debtors in Possession

Timothy McConn, Yetter Coleman LLP
Client(s): Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their capacities as trustees of the Souki Family 2016 Trust and Proposed Special Counsel for the Debtors Strudel Holding, LLC and AVR AH, LLC and Debtors in Possession

Laura Metzger, Orrick Herrington & Sutcliffe LLP
Client(s): Nineteen77 Capital Solutions A LP, Bermudez Mutuari, Ltd., UBS

O'Connor LLC

David Litterine-Kafuman, Orrick, Herrington & Sutcliffe LLP
Client(s): Nineteen77 Capital Solutions A LP, Bermudez Mutuari, Ltd., UBS O'Connor LLC

William Hao, Alston & Bird LLP
Client(s): Wilmington Trust, National Association

William Hao, Alston & Bird
Client(s): Wilmington  Trust  National Association

William Hao, Alston & Bird LLP
Client(s): Wilmington Trust National Association

Laura Metzger, Orrick, Herrington & Sutcliffe
Client(s): Nineteen77 Capital Solutions A LP, Bermudez Mutuari, Ltd. and UBS O'Connor LLC

David Litterine-Kaufman, Orrick, Herrington, and Sutcliffe LLP
Client(s): Nineteen77 Capital Solutions A LP, Bermudez Mutuari, Ltd. and UBS O'Connor LLC

Laura  Metzger, Orrick Herrington & Sutcliffe
Client(s): Nineteen 77 Capital Solutions A LP and Bermudez Mutari, Ltd., as Secured Lenders

David Litterine-Kaufman, Orrick Herrington & Sutcliffe
Client(s): Nineteen 77 Capital Solutions A LP and Bermudez Mutari, Ltd., as Secured Lenders

Timothy McConn, Yetter Coleman LLP

Electronic Appearance Sheet

Client(s): Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their capacities as trustees of the Souki Family 2016 Trust and Proposed Special Counsel for the Debtors Strudel Holding, LLC and AVR AH, LLC and Debtors in Possession

Jamie Aycock, Yetter Coleman LLP
Client(s): Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their capacities as trustees of the Souki Family 2016 Trust and Proposed Special Counsel for the Debtors Strudel Holding, LLC and AVR AH, LLC and Debtors in Possession