# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter: 11 |
| STRUDEL HOLDINGS LLC and AVR AH LLC, | Case No: 23-90757 (CML) |
| | (Jointly Administered) |
| Debtor. | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that Jeffrey A. Weinman of Allen Vellone Wolf Helfrich & Factor P.C. enters his appearance as counsel for Aspen Valley Downs HOA, a creditor, and requests, under Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure that all notices required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

Jeffrey A. Weinman, Esq.
Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street, Suite 1900, Denver, Colorado 80202
Phone Number: (303) 534-4499 | Facsimile: (303) 893-8332
jweinman@allen-vellone.com

**PLEASE TAKE FURTHER NOTICE** that consistent with Rule 2002 the foregoing request includes the notices and papers referred to in the Bankruptcy Rules specified above, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, schedules of assets and liabilities, complaint or demand, plan or disclosure statement, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed, manually or electronically, concerning the above-captioned cases or proceedings therein.

Dated this 6th day of September 2023.

>Respectfully submitted,
>
>ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.
>
>*/s/ Jeffrey A. Weinman*
>Patrick D. Vellone, Esq.
>Jeffrey A. Weinman, Esq.
>Lance Henry, Esq.
>1600 Stout Street, Suite 1900
>Denver, CO 80202
>Telephone: (303) 534-4499
>pvellone@allen-vellone.com
>jweinman@allen-vellone.com
>lhenry@allen-vellone.com
>
>Counsel for Aspen Valley Downs HOA

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September 2023, a true and correct copy of the foregoing was served upon all counsel of record via the Court's ECF system.

/s/    Terri M. Novoa
ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.