## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **In re:** | § |
| | § **Chapter 11** |
| | § |
| **STRUDEL HOLDINGS LLC and** | § **Case No. 23-90757 (CML)** |
| **AVR AH LLC,** | § |
| | § **(Jointly Administered)** |
| **Debtors.[1]** | § |
| | § |

## NOTICE OF AMENDED BID DEADLINES
[Relates to Doc. No. 53]

**PLEASE TAKE NOTICE** that, on August 10, 2023, the Court entered the *Order (I) Approving the Bidding Procedures, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief* (Doc. No. 53) (the "Bidding Procedures Order");[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Debtors' authority to modify the Bid Procedures (*see* Bidding Procedure Order at ¶ 21), the following deadlines shall apply to the submission of bids:

- The General Bid Deadline for all Potential Bidders to submit a bid shall be September 25, 2023, at 5:00 p.m. Central Time.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426).  The Debtors' service address is:  PO Box 4068, Aspen, CO 81612.

[2]   All capitalized terms not specifically defined in this Notice are ascribed the meaning given them in the Bidding Procedures Order.

1

14168260v1

- The location of the Auction (if any) will be at the Debtors' Aspen Valley Ranch in Aspen, Colorado, and will begin at 9:00 a.m. Mountain Time on September 27, 2023, and any Qualified Bidder may alternatively participate in the auction remotely via videoconference.

**PLEASE TAKE FURTHER NOTICE** that all others dates set forth in the Bidding Procedures Order, including the Auction, objection deadline, sale hearing and closing date, remain the same and have not been modified.

Dated: September 8, 2023.

Respectfully submitted,

*/s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
Aaron J. Power (TX Bar No. 24058058)
Michael B. Dearman (TX Bar No. 24116270)
Jordan T. Stevens (TX Bar No. 24106467)
1000 Main St., 36th Floor
Houston, TX 77002
Tel: (713) 226-6000
Fax: (713) 226-6248
jwolfshohl@porterhedges.com
apower@porterhedges.com
mdearman@porterhedges.com
jstevens@porterhedges.com

*Proposed Counsel for the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading has been served by ECF on all parties appearing in the case on this the 8th day of September, 2023.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

14168260v1