UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| STRUDEL HOLDINGS LLC and AVR AH LLC, | § | Case No. 23-90757 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

**SECOND NOTICE OF AMENDED BID DEADLINES**
[Relates to Doc. No. 53]

**PLEASE TAKE NOTICE** that, on August 10, 2023, the Court entered the *Order (I) Approving the Bidding Procedures, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief* (Doc. No. 53) (the "Bidding Procedures Order");[2]

**PLEASE TAKE FURTHER NOTICE** that, on September 21, 2023, the Court entered the *Stipulation and Agreed Order Regarding Motion Seeking Entry of an Order Precluding Certain Alleged Secured Parties from Submitting Credit Bids Pursuant to Section 105(a) and 363(k) of the Bankruptcy Code* (the "Agreed Order") (Doc. No. 143);

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Agreed Order, the following deadlines shall apply to the submission of bids under the Bidding Procedures Order:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The Debtors' service address is: PO Box 4068, Aspen, CO 81612.

[2] All capitalized terms not specifically defined in this Notice are ascribed the meaning given them in the Bidding Procedures Order.

1

14198458v1

| General Bid Deadline | September 29, 2023, at 5:00 p.m. Central Time |
| --- | --- |
| Auction (If Required) | October 3, 2023, at 9:00 a.m. Mountain Time, which such auction to take place in person at the AVR property in Aspen, Colorado; provided that any Qualified Bidder may alternatively participate in the auction remotely via videoconference |
| Deadline for Objections to Approval of any Winning Bid (including Back-Up Bids), including objections based on the manner in which the Auction was conducted and the identity of the Winning Bidder, whether submitted prior to, on, or after the Bid Deadline (the "Sale Objection Deadline") | October 4, 2023, at 5:00 p.m. Central Time |
| Sale Hearing | October 5, 2023, at 2:00 p.m. Central Time |
| Closing Date Deadline | The date that is 15 days after entry of an order approving any Sale |

Dated: September 21, 2023.

Respectfully submitted,

*/s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
Aaron J. Power (TX Bar No. 24058058)
Michael B. Dearman (TX Bar No. 24116270)
Jordan T. Stevens (TX Bar No. 24106467)
1000 Main St., 36th Floor
Houston, TX 77002
Tel: (713) 226-6000
Fax: (713) 226-6248
jwolfshohl@porterhedges.com
apower@porterhedges.com
mdearman@porterhedges.com
jstevens@porterhedges.com

*Proposed Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served by ECF on all parties appearing in the case on this the 21st day of September, 2023.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

14198458v1