# EXHIBIT A

**AVR AH LLC & STRUDEL HOLDINGS, LLC**
**7-WEEK DIP BUDGET**

|  | Forecast 1 Week Ending 9/10/2023 | Forecast 2 Week Ending 9/17/2023 | Forecast 3 Week Ending 9/24/2023 | Forecast 4 Week Ending 10/1/2023 | Forecast 5 Week Ending 10/8/2023 | Forecast 6 Week Ending 10/15/2023 | Forecast 7 Week Ending 10/22/2023 | Total |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Cash Receipts** | | | | | | | | |
| *Receipts* | | | | | | | | |
| AVR Rental Sales | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL CASH RECEIPTS** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Cash Disbursements** | | | | | | | | |
| *Operating Disbursements* | | | | | | | | |
| HOA Dues | $ - | $ - | $ - | $ - | $ 250,000 | $ - | $ 217,737 | $ 467,737 |
| Homestead Sale Obligations | - | - | - | 87,000 | - | - | - | $ 87,000 |
| Insurance Expense | - | - | - | 6,040 | 6,040 | - | 6,040 | $ 18,119 |
| Payroll & Benefits | - | - | - | - | - | - | - | $ - |
| Ranch Maintenance, Equipment, and Supplies | - | - | - | 13,000 | 13,000 | - | 13,000 | $ 39,000 |
| Utilities | - | - | - | 7,250 | 7,250 | - | 7,250 | $ 21,750 |
| Landscape services | - | - | - | 9,000 | - | - | - | $ 9,000 |
| Miscellaneous Ranch Expenses | - | - | - | 10,587 | 7,887 | - | 12,887 | $ 31,361 |
| **Total Operating Disbursements** | $ - | $ - | $ - | $ 132,877 | $ 284,177 | $ - | $ 256,913 | $ 673,967 |
| **OPERATING CASH FLOW** | $ - | $ - | $ - | $ (132,877) | $ (284,177) | $ - | $ (256,913) | $ (673,967) |
| *Other Disbursements* | | | | | | | | |
| Professional Fees - Estate | $ - | $ - | $ - | $ 480,000 | $ - | $ - | $ 1,306,857 | $ 1,786,857 |
| Professional Fees - DIP Lender Legal | - | - | - | 200,000 | 150,000 | - | 150,000 | $ 500,000 |
| DIP Interest and Fees | - | - | - | - | - | - | - | $ - |
| CAPEX | - | - | - | - | - | - | - | $ - |
| Adequate Protection | - | - | - | - | - | - | - | $ - |
| **Total Other Disbursements** | $ - | $ - | $ - | $ 680,000 | $ 150,000 | $ - | $ 1,456,857 | $ 2,286,857 |
| **TOTAL DISBURSEMENTS** | $ - | $ - | $ - | $ 812,877 | $ 434,177 | $ - | $ 1,713,770 | $ 2,960,824 |
| **NET CASH FLOW** | $ - | $ - | $ - | $ (812,877) | $ (434,177) | $ - | $ (1,713,770) | $ (2,960,824) |
| **Cash Reconciliation** | | | | | | | | |
| Beginning Cash Balance | $ 71,538 | $ 71,538 | $ 71,538 | $ 71,538 | $ 508,661 | $ 324,484 | $ 574,484 | $ 71,538 |
| DIP Advance/(Paydown) | - | - | - | 1,250,000 | 250,000 | 250,000 | 1,434,427 | $ 3,184,427 |
| Net Cash Flow | - | - | - | (812,877) | (434,177) | - | (1,713,770) | $ (2,960,824) |
| **Ending Cash Balance** | $ 71,538 | $ 71,538 | $ 71,538 | $ 508,661 | $ 324,484 | $ 574,484 | $ 295,141 | $ 295,141 |
| **DIP Reconciliation** | | | | | | | | |
| Undrawn Balance | $ - | $ - | $ 3,700,000 | $ 3,184,427 | $ 1,934,427 | $ 1,684,427 | $ 1,434,427 | |
| Accrued Post-Petition Member Advances | $ - | $ - | $ 515,573 | $ - | $ - | $ - | $ - | |
| DIP Advance/(Paydown) | - | - | - | 1,250,000 | 250,000 | 250,000 | 1,434,427 | |
| **Ending Undrawn DIP Balance** | $ - | $ - | $ 3,184,427 | $ 1,934,427 | $ 1,684,427 | $ 1,434,427 | $ - | |
| **Estimated Accrual of Professional Fees (Estate & DIP Lender Legal)** | | | | | | | | |
| Stout Risius Ross, LLC | $ 60,000 | $ 60,000 | $ 60,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 340,000 |
| Porter Hedges LLP | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | $ 630,000 |
| DIP Lender Legal | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | $ 262,500 |
| **Estimated Accrued Total** | $ 187,500 | $ 187,500 | $ 187,500 | $ 167,500 | $ 167,500 | $ 167,500 | $ 167,500 | $ 1,232,500 |
| **Professional Fees Reconciliation (Estate & DIP Lender Legal)** | | | | | | | | |
| Beginning Balance | $ 1,030,357 | $ 1,217,857 | $ 1,405,357 | $ 1,592,857 | $ 1,080,357 | $ 1,097,857 | $ 1,265,357 | |
| Accrual/(Disbursements) | 187,500 | 187,500 | 187,500 | (512,500) | 17,500 | 167,500 | (1,265,357) | |
| **Ending Balance** | $ 1,217,857 | $ 1,405,357 | $ 1,592,857 | $ 1,080,357 | $ 1,097,857 | $ 1,265,357 | $ - | |
| **Accrued DIP Interest & Fees** | | | | | | | | |
| DIP Interest | $ - | $ - | $ - | $ 1,246 | $ 2,740 | $ 3,239 | $ 4,917 | $ 12,142 |
| Origination Fee | - | - | - | 37,000 | - | - | - | $ 37,000 |
| **Total DIP Interest & Fees** | $ - | $ - | $ - | $ 38,246 | $ 2,740 | $ 3,239 | $ 4,917 | $ 49,142 |

**AVR AH LLC & STRUDEL HOLDINGS, LLC**
*7-WEEK DIP BUDGET*

<u>Notes:</u>
1) *This DIP Budget presents a $3.7M DIP Commitment.*
2) *Beginning the 1st week of Ch. 11 filing, check disbursements will be recognized as cash outflow in the week in which they are distributed.*
3) *Professional fees payment timing is subject to interim compensation procedure.*
4) *Estimated Accrual of Professional Fees does not impact the cash flow and it presented for budget reporting purposes. Order approving use of cash collateral to provide carve out for full amount of accrued professional fees shown. Accrued professional fees excludes fees related to U.S. Trustee.*
5) *DIP Interest & Fees are PIK'd and will be paid in full at closing of sale of ranch. Terms: Interest - WSJ Prime (8.25% as of July 26) + 2%; Fees - Origination fee of 1%.*
6) *Accrued Post-Petition Member Advances are payments made by Charif Souki to AVR HOA and various vendors for the benefit of the Debtors. Post-petition advances are subject to review.*