Electronic Appearance Sheet

Timothy McConn, Yetter Coleman LLP
Client(s): Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their capacities as trustees of the Souki Family 2016 Trust and Proposed Special Counsel for the Debtors Strudel Holding, LLC and AVR AH, LLC and Debtors in Possession

Laura  Metzger, Orrick, Herrington & Sutcliffe
Client(s): Nineteen77 Capital Solutoins A LP, Bermudez Mutuari LTD and UBS O'Connor