UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>STRUDEL HOLDINGS LLC and<br>AVR AH LLC,<br><br>Debtors.[1] | § Chapter 11<br>§<br>§ Case No. 23-90757 (CML)<br>§<br>§ (Jointly Administered)<br>§ |

NOTICE OF AMENDED AUCTION
[Relates to Doc. No. 53]

**PLEASE TAKE NOTICE** that, on August 10, 2023, the Court entered the *Order (I) Approving the Bidding Procedures, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief* (Doc. No. 53) (the "Bidding Procedures Order");[2]

**PLEASE TAKE FURTHER NOTICE** that, on September 21, 2023, the Debtors filed the Second Notice of Amended Bid Deadlines (Doc. No. 145), which scheduled the Auction for October 3, 2023 at 9:00 a.m. Mountain Time to take place in person at the AVR property in Aspen, Colorado and via video conference;

**PLEASE TAKE FURTHER NOTICE** that the Auction shall take now take place on **October 4, 2023, at 9:00 a.m. Central Time** via video conference;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The Debtors' service address is: PO Box 4068, Aspen, CO 81612.

[2] All capitalized terms not specifically defined in this Notice are ascribed the meaning given them in the Bidding Procedures Order.

1

14215000v1

**PLEASE TAKE FURTHER NOTICE** that the other deadlines set forth in the Second Notice of Amended Bid Deadlines remain the same.

Dated: October 3, 2023.

        Respectfully submitted,

        */s/ Joshua W. Wolfshohl*
        **PORTER HEDGES LLP**
        Joshua W. Wolfshohl (TX Bar No. 24038592)
        Aaron J. Power (TX Bar No. 24058058)
        Michael B. Dearman (TX Bar No. 24116270)
        Jordan T. Stevens (TX Bar No. 24106467)
        1000 Main St., 36th Floor
        Houston, TX 77002
        Tel: (713) 226-6000
        Fax: (713) 226-6248
        jwolfshohl@porterhedges.com
        apower@porterhedges.com
        mdearman@porterhedges.com
        jstevens@porterhedges.com

        *Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served by ECF on all parties appearing in the case on this the 3rd day of October, 2023.

        */s/ Joshua W. Wolfshohl*
        Joshua W. Wolfshohl