United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 03, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| STRUDEL HOLDINGS LLC and AVR AH LLC, | § | Case No. 23-90757 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

### ORDER GRANTING DEBTORS' MOTION SEEKING ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CO-LISTING AGREEMENT *NUNC PRO TUNC* TO THE PETITION DATE AND GRANTING RELATED RELIEF

The above-referenced debtors and debtors in possession (the "**Debtors**") filed their *Motion Seeking Entry of an Order Authorizing the Rejection of Co-Listing Agreement* Nunc Pro Tunc *to the Petition Date and Granting Related Relief* (the "**Motion**").[2] The Court has jurisdiction over the Motion and the relief requested in the Motion pursuant to 28 U.S.C. § 1334 and venue is proper in this District pursuant to 11 U.S.C. § 1408. The Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and the Court may enter a final order on the Motion. The relief requested by the Motion is in the best interests of the Debtors, their estate, creditors, stakeholders, and other parties in interest and the Debtors gave sufficient and proper notice of the Motion. Upon consideration of the Motion and after hearing statements in support of the Motion during proceedings before this Court, if any, the Court finds that good cause exists to grant the requested relief.

It is therefore **ORDERED THAT:**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The Debtors' service address is: PO Box 4068, Aspen, CO 81612.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

14154428

1. The requirements of Bankruptcy Code section 365 and Federal Rule of Bankruptcy Procedure 6006 have been satisfied with respect to the Debtors' rejection of the Co-Listing Agreement.

2. The Co-Listing Agreement, including any amendments and modifications related thereto, is rejected as of the Petition Date.

3. Any claims based on the rejection of the Co-Listing Agreement shall be filed in accordance with the bar date for filing proofs of claims, to be established by the Court at a later date.

4. Nothing in the Motion or this Order shall prohibit the Debtors from filing one or more motions to reject executory contracts or unexpired leases.

5. The Debtors reserve all rights to contest any rejection claims.

6. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

7. The Debtors shall serve a copy of this Order on the parties that received service of the Motion within three (3) business days of the entry of this Order.

Signed: October 03, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

14154428