United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 04, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| STRUDEL HOLDINGS LLC AND | § | Case No. 23-90757 (CML) |
| AVR AH LLC, | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

### ORDER REGARDING COORDINATED SCHEDULE
### FOR CONTESTED MATTER AND ADVERSARY PROCEEDING
[Relates to Docket No. 100]

Counsel for Nineteen77 Capital Solutions A LP and Bermudez Mutuari, Ltd. filed a certificate of counsel representing that the parties thereto have agreed upon coordinated schedules for certain events in the contested matter concerning the Debtors' Motion Seeking Entry of an Order Precluding Certain Alleged Secured Parties from Submitting Credit Bids Pursuant to Sections 105(a) and 363(k) of the Bankruptcy Code (ECF No. 6) (the "Credit Bid Disallowance Motion") and in adversary proceeding number 23-09003 (the "Adversary Proceeding"). Upon consideration of the proposed coordinated schedules and the parties' agreement thereto, the Court finds that the proposed schedules are appropriate under the circumstances and that good cause exists to alter all existing deadlines affected thereby.

**IT IS HEREBY ORDERED THAT:**

1. The schedules annexed hereto, including all footnotes therein, are effective immediately and *nunc pro tunc* for all deadlines set forth therein that predate this Order.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The Debtors' service address is: PO Box 4068, Aspen, CO 81612.

2. All discovery taken in the contested matter concerning the Credit Bid Disallowance Motion may also be used in the Adversary Proceeding and all discovery taken in the Adversary Proceeding may also be used in the contested matter concerning the Credit Bid Disallowance Motion.

3. This Order is without prejudice to any party's right to request a modification of the schedules annexed hereto.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: October 04, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

**Credit Bid Disallowance Motion Schedule**

| Event | Deadline |
|---|---|
| Deadline for service of discovery requests[1] | Friday, August 11 |
| Deadline for Debtors to identify expert witnesses and topics of anticipated testimony[2] | Friday, August 25 |
| Deadline to serve responses and objections to discovery requests[3] | Friday, August 25 |
| Deadline to serve any corporate representative notice of deposition[4] | Saturday, August 26 |
| Deadline to meet and confer regarding responses and objections to discovery requests | Sunday, August 27 |
| Deadline for Lenders to identify expert witnesses and topics of anticipated testimony | Thursday, August 31 |
| Deadline to substantially complete production of documents in response to discovery requests | Friday, September 1 |
| Depositions of fact and expert witnesses | Saturday, September 2 through Friday, September 8 |
| Deadline for Lenders' response to credit bid disallowance motion | Friday, September 8 |
| Deadline for Debtors' reply to Lenders' response | Friday, September 15 |
| Hearing | Thursday, September 21 |

---

[1]   The parties may serve additional document requests after August 11 and will meet and confer regarding a final deadline for service of any additional Requests. To the extent a party serves additional document requests after August 11, additional responses and objections will be due 3 three days thereafter, and the receiving party will attempt in good faith to produce documents promptly and in advance of the deadline to substantially complete document production.

[2]   Both the Debtors and the Lenders shall be limited to at most one expert witness per side, who will opine on the topic of credit bid chilling.

[3]   In addition to the discovery requests served by each party pursuant to Bankruptcy Rules 7026, 7034, 9014, and/or 9016, this deadline shall also include responses to the Lenders' First Set of 2004 Examinations pursuant to Bankruptcy Rule 2004 served on the Debtors, Lina Souki Rizzuto, the Souki Family 2016 Trust, Charif Souki, Christopher Souki, Karim Souki, and Ajax Holdings LLC.

[4]   The Debtors shall be limited to one fact witness deposition, which will be a corporate representative deposition. However, if the Lenders plan to present testimony at the September 21, 2023 hearing from someone other than their corporate representative, the Lenders shall promptly disclose the identity of the individual and the parties will cooperate in good faith to facilitate a deposition of the individual in advance of the hearing. Additionally, if either side wishes to present the testimony of an individual at the September 21, 2023 hearing who was not deposed during the deposition period, such side will promptly disclose the identity of the individual and the parties will cooperate in good faith to facilitate a deposition of the individual in advance of the hearing.

**Adversary Proceeding Schedule**

| Event | Deadline |
|---|---|
| Deadline for service of initial discovery requests | Friday, August 11 |
| Deadline to respond to initial discovery requests | Friday, August 25 |
| Deadline to substantially complete production of documents in response to initial requests for production | Friday, September 22 |
| Plaintiffs' deadline to serve expert reports | Thursday, September 28 |
| Defendants' deadline to serve expert reports | Wednesday, October 25 |
| Discovery cutoff | Wednesday, November 1 |
| Deadline to file dispositive motions | Monday November 6 |
| Deadline to file responses to dispositive motions | Monday, November 13 |
| Deadline to file replies in support of dispositive motions | Friday, November 17 |
| Deadline to file joint pretrial order | Friday, November 17 |
| Pretrial/status conference | Monday, November 20 |
| Trial | To be scheduled |