UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**STRUDEL HOLDINGS, LLC AND AVR AH, LLC,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90757<br><br>**(Jointly Administered)** |

## DEBTORS' EXHIBIT AND WITNESS LIST
## FOR HEARING ON OCTOBER 11, 2023

The above-referenced debtors and debtors in possession (the "**Debtors**") file this Exhibit and Witness List for the hearing to be held on October 11, 2023, at 1:30 p.m. (prevailing Central Time) before the Honorable Christopher Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002.

## **EXHIBITS**

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Purchase Agreement between Chiron AVR LLC, as Buyer, and AVR AH, LLC, as Seller [To Come] | | | | | | |
| 2. | Order (I) Approving the Bidding Procedures, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief (Doc. No. 53) | | | | | | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The Debtors' service address is: PO Box 4068, Aspen, CO 81612.

1

14217643

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 3. | Notice of Auction for the Sale of the Debtors' Assets Free and Clear of Any and All Claims, Interests, and Encumbrances (Doc. No. 71) | | | | | | |
| 4. | Notice of Amended Bid Deadlines (Doc. No. 107) | | | | | | |
| 5. | Stipulation and Agreed Order Regarding Motion Seeking Entry of an Order Precluding Certain Alleged Secured Parties From Submitting Credit Bids Pursuant to Sections 105 (a) and 363(k) of the Bankruptcy Code (Doc. No. 143) | | | | | | |
| 6. | Second Notice of Amended Bid Deadlines (Doc. No. 145) | | | | | | |
| 7. | Notice of Amended Auction (Doc. No. 176) | | | | | | |
| 8. | Notice of Winning Bid and Back-Up Bid (Doc. No. 181) | | | | | | |
| 9. | Purchase and Sale Agreement between Fleeger Family First LP, as Purchaser, and AVR AH LLC, as Seller | | | | | | |
| 10. | Auction Transcript [To Come] | | | | | | |
| 11. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 case | | | | | | |
| 12. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | | |
| 13. | Any exhibit listed by any other party | | | | | | |

14217643

**WITNESSES**

1. Doug Brickley, Debtors' Chief Restructuring Officer
2. Randal Johnson
3. Matt Fleeger
4. Rebuttal witnesses as necessary.
5. Any witness listed by any other party.

The Debtors reserve the right to amend or supplement this Exhibit and Witness List as necessary in advance of the Hearing. The Debtors reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. The Debtors finally reserve the right to introduce exhibits previously admitted.

Dated: October 9, 2023

Respectfully submitted,

**PORTER HEDGES LLP**

By: */s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl (TX Bar No. 24038592)
Aaron J. Power (TX Bar No. 24058058)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
apower@porterhedges.com

**COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION**

**CERTIFICATE OF SERVICE**

I certify that on October 9, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System in the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

14217643