**REQUEST FOR ☐ FULL ☐ PARTIAL RELEASE OF DEED OF TRUST AND RELEASE**
BY HOLDER OF THE EVIDENCE OF DEBT WITHOUT PRODUCTION OF EVIDENCE OF DEBT
PURSUANT TO § 38-39-102(1)(a) AND (3), COLORADO REVISED STATUTES

_____  Date
_____  Original Grantor (Borrower)
                                            Current Address of Original Grantor, Assuming Party,
                                            or Current Owner

☐ Check here if current address is unknown.

_____  Original Beneficiary (Lender)
_____  Date of Deed of Trust
_____  Date of Recording and/or Re-Recording of Deed of Trust
                                            Recording Information
_____
County Reception No. and/or Film No. and/or Book/Page No. and/or Torrens Reg. No.

TO THE PUBLIC TRUSTEE OF _____ COUNTY (The County of the Public Trustee who is the appropriate grantee to whom the above Deed of Trust should grant an interest in the property described in the Deed of Trust)

PLEASE EXECUTE AND RECORD A RELEASE OF THE DEED OF TRUST DESCRIBED ABOVE. The indebtedness secured by the Deed of Trust has been fully or partially paid and/or the purpose of the Deed of Trust has been fully or partially satisfied in regard to the property encumbered by the Deed of Trust as described in the Deed of Trust as to a full release or, in the event of a partial release, only that portion of the real property described as:

(IF NO LEGAL DESCRIPTION IS LISTED THIS WILL BE DEEMED A FULL RELEASE.)

Pursuant to § 38-39-102(3), C.R.S., in support of this Request for Release of Deed of Trust, the undersigned, as the holder of the evidence of debt secured by the Deed of Trust described above, or as a title insurance company authorized to request the release of a Deed of Trust pursuant to § 38-39-102(3)(c), C.R.S., in lieu of the production or exhibition of the original evidence of debt with this Request for Release, certifies as follows:

1. The purpose of the Deed of Trust has been fully or partially satisfied.
2. The original evidence of debt is not being exhibited or produced with this Request for Release of Deed of Trust.
3. It is one of the following entities (check applicable box):
   a. ☐ The holder of the original evidence of debt that is a qualified holder, as specified in § 38-39-102(3)(a), C.R.S., that agrees that it is obligated to indemnify the Public Trustee for any and all damages, costs, liabilities, and reasonable attorney fees incurred as a result of the action of the Public Trustee taken in accordance with this Request for Release;
   b. ☐ The holder of the evidence of debt requesting the release of a Deed of Trust without producing or exhibiting the original evidence of debt that delivers to the Public Trustee a corporate surety bond as specified in § 38-39-102(3)(b), C.R.S.; or
   c. ☐ A title insurance company licensed in Colorado, as specified in § 38-39-102(3)(c), C.R.S., that agrees that it is obligated to indemnify the Public Trustee pursuant to statute as a result of the action of the Public Trustee taken in accordance with this Request for Release and that has caused the indebtedness secured by the Deed of Trust to be satisfied in full, or in the case of a partial release, to the extent required by the holder of the indebtedness.
   d. ☐ A holder, as specified in § 38-39-102(3)(d)(I), C.R.S., that agrees that it is obligated to indemnify the Public Trustee pursuant to statute as a result of the action of the Public Trustee taken in accordance with this Request for Release and that has caused the indebtedness secured by the Deed of Trust to be satisfied in full, or in the case of a partial release, to the extent required by the holder of the indebtedness.

_____
Name and Address of the Current Holder of the Evidence of Debt Secured by Deed of Trust (Lender) or
Name and Address of the Title Insurance Company Authorized to Request the Release of a Deed of Trust.

_____
Name, Title, and Address of Officer, Agent, or Attorney of the Holder of the Evidence of Debt Secured by Deed of Trust (Lender).

_____      _____
 Signature                                              Signature

State of _____, County of _____   Witness my hand and official seal.
The foregoing Request for Release was acknowledged before me on
_____ (date), by *

_____.
                          Date Commission Expires
*If applicable, insert title of officer and name of current holder.      Notary Public

{A0187739-1}(Page 1 of 1)

## RELEASE OF DEED OF TRUST

    WHEREAS, the Grantor(s) named above, by Deed of Trust, granted certain real property described in the Deed of Trust to the Public Trustee of the County referenced above, in the State of Colorado, to be held in trust to secure the payment of the indebtedness referred to in the Deed of Trust; and

    WHEREAS, the indebtedness secured by the Deed of Trust has been fully or partially paid and/or the purpose of the Deed of Trust has been fully or partially satisfied according to the written request of the holder of the evidence of debt or Title Insurance Company authorized to request the release of the Deed of Trust;

    NOW THEREFORE, in consideration of the premises and the payment of the statutory sum, receipt of which is hereby acknowledged, I, as the Public Trustee in the County named above, do hereby fully and absolutely release, cancel and forever discharge the Deed of Trust or that portion of the real property described above in the Deed of Trust, together with all privileges and appurtenances belonging to the Real Property.

_____
Public Trustee                                         Date

_____
Deputy Public Trustee                                  Date

_____
(If applicable, name and address of person creating new legal description as required by § 38-35-106.5, C.R.S.)

Original Note and Deed of Trust Returned to: _____

When Recorded Return to: _____

Prepared/Received by: _____

{A0187739-1}(Page 2 of 1)