**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| STRUDEL HOLDINGS LLC and | § | Case No. 23-90757 (CML) |
| AVR AH LLC, | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

# NOTICE OF POSTPONEMENT OF CLOSING
(Relates to Doc No. 245)

Pursuant to the Court's Sale Order at Docket No. 245, the Debtor was to file a notice with the Court of its intent to close with the Back-Up Bidder if there was no closing under the terms of the Purchase and Sale Agreement by November 22, 2023. Due to an unforeseen nationwide data breach with Fidelity Title, the title company handling the sale, the parties were informed that no sale could occur on November 22, 2023 and that the earliest possible sale date would be November 28, 2023. Accordingly, the parties have executed an amendment to extend the sale date to November 28, 2023. The Debtor has notified the Back-Up Bidder of the extended sale date and requested a similar extension of the deadline to close under the Back-Up Bid.

[*Remainder of Page Intentionally Blank*]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The Debtors' service address is: PO Box 4068, Aspen, CO 81612.

1

Dated: November 23, 2023.                    Respectfully submitted,

*/s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
Aaron J. Power (TX Bar No. 24058058)
Michael B. Dearman (TX Bar No. 24116270)
1000 Main St., 36th Floor
Houston, TX 77002
Tel: (713) 226-6000
Fax: (713) 226-6248
jwolfshohl@porterhedges.com
apower@porterhedges.com
mdearman@porterhedges.com

*Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on November 23, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas and by U.S. first-class mail on the parties listed on the attached service list.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

15034409

SERVICE LIST

U.S. Trustee
Attn: Ha Minh Nguyen
Office of the US Trustee
515 Rusk Ave, Ste. 3516
Houston, TX 77002
Email: ha.nguyen@usdoj.gov

U.S. Trustee
Attn: Andrew Jimenez
615 E. Houston Street, Suite 533
San Antonio, TX 78205
Email: andrew.jimenez@usdoj.gov

Internal Revenue Service
Insolvency Section
1919 Smith MAIL STOP HOU 5022
Houston, TX 77002

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

Office of the Attorney General Texas
PO Box 12548
Austin, TX 78711-2548

Office of the Attorney General Colorado
Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

Ajax Holdings LLC
Attn: Will Herndon- Manager
514 E. Hyman Ave.
Aspen CO 81611
Email: will.herndon@ajax-holdings.com

Aspen Valley Ranch HOA Inc.
Attn: Simon Chen VP
P.O. Box 421
Woody Creek CO 81656
Email: simon@avrresidences.com

Pitkin County Treasurer
530 E. Main St
Aspen CO 81611
Email: treasruer@pitkincounty.com

CPS Distributors, Inc
Heritage Landscape Supply Grp.
P.O. Box 841382
Dallas TX 75284
Email: credit@heritageLSG.com

Aspen Valley Downs HOA
Attn: Laura Barbieur, Reese Henry CPA,
P.O. Box 145
Woody Creek CO 81656
Email lbarbieur@reesehenry.com

Glenwood Veterinary Clinic
Attn: Alejandro-Admin
2514 Grand Av.
Glenwood Spgs, CO 81601
Attn: gvc@glenwoodvet.com

Holy Cross Energy
3799 Highway 82
P.O. Box 2150
Glenwood Spgs CO 81602-2150

Mountain West Insurance
Attn: Jess Westley, Agent
201 Centennial St. 4th Floor
Glenwood Spgs CO 81601
Email: jessw@mtnwst.com

Crystal River Spas
1197 Main St.
Carbondale CO 81623
Email: sales@crystalriverspas.com

L.T. Clear Solutions LLC
Attn: Keila Olave
P.O. Box 1985
Carbondale CO 81623
Email: ltclearsolutions@gmail.com

Black Hills Energy - Rapid City SD
Corporate
P.O. Box 6001
Rapid City SD 57709
Email: help@support.blackhillsenergy.com

14136160

SERVICE LIST

Apex Security
Attn: Billing Dept.
410 SW Columbia St., Ste. 120
Bend OR 97702
Email: contact@vyanet.com

Comcast Xfinity
9602 S. 300 W. Ste. B
Sandy UT 84070-3302

Coldwell Banker Mason Morse
Attn: Wendy Bontempo
0290 Highway 133
Carbondale CO 81623
Email: wendyb@masonmorse.com

Aspen Waterwise Ltd
Attn: Kellen Whitworth
50 N. 4th St.
Carbondale CO 81623
Email: sarah@aspenwaterwise.com

Nineteen77 Capital Solutions A LP
One North Wacker Drive, Floor 32
Chicago, IL 60606

Maples Fiduciary Services (Delaware Inc.)
~~4001 Kennet Pike, Suite 302~~
~~Wilmington, DE 19807~~
RETURNED MAIL

Bermudez Mutari, Ltd.
UBS Tower
One North Wacker Drive, Floor 32
Chicago, IL 60606

UBS O'Conner LLC
Attn: Corporate Creations Network Inc
5444 Westheimer #1000
Houston, TX 77056

Wilmington Trust National Association
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Wilmington Trust National Association
Attn: Agent Corporation Service Company
211 E. 7th St., Suite 620
Austin, TX 78701

UBS O'Conner LLC
Attn: Darrell S. Cafasso
Harry F. Murphy
Laura Metzger
Mark Franke
Monica Perrigino
Ryan Wooten
David Litterine-Kaufman
Nicholas Poli
Orrick, Herrington & Sutcliffe, LLP
51 West 52nd Street
New York, New York 10019-6142
Email: dcafasso@orrick.com
hmurphy@orrick.com
lmetzger@orrick.com
mfranke@orrick.com
mperrigino@orrick.com
rwooten@orrick.com
dlitterinekaufman@orrick.com
npoli@orrick.com

Wilmington Trust National Association
Alexander S. Lorenzo
Morgan M. Meyer
90 Park Avenue
New York, New York 10016
Email: alexander.lorenzo@alston.com
morgan.meyer@alston.com

Wilmington Trust National Association
c/o Snell & Wilmer, LLP
Michael E. Lindsey
James Snow
1200 Seventeenth St, Ste. 1900
Denver, CO 80202
Email: mlindsay@swlaw.com
jsnow@swlaw.com

Sam Bragg
ALSTON & BIRD LLP
2200 Ross Avenue
Dallas, Texas 75201
Email: Sam.Bragg@alston.com

14136160

SERVICE LIST

William Hao
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Email: William.Hao@alston.com

Chris Riley
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Email: Chris.Riley@alston.com

Vision Service Plan Insurance Company
3333 Quality Drive
Rancho Cordova, CA 95670

Arch Insurance Company
Harborside 3
210 Hudson St. Suite 300
Jersey City, NJ 07311-1107

Auto-Owners Insurance Company
PO Box 30660
Lansing, MI 48909-8160

Exchange Bank
PO Box 397
Kearney, NE 68848

ImageNet Consulting, LLC
913 North Broadway
Oklahoma City, OK 73102

Intact Insurance
605 Highway 169 North Suite 800
Plymouth, MN 55441

Landmark Lincoln
5000 South Broadway
Englewood, CO 80113

Mercedes-Benz Financial Services
USA LLC
PO Box 279319
Sacramento, CA 95827

The Huntington National Bank
11100 Wayzata Blvd. Suite 801
Hopkins, MN 55305

Christie's
Attn: Mark Haldeman
520 E Durant Ave., Ste. 205
Aspen, Colorado 81611

Coldwell Banker
Attn: Chris Souki
514 East Hyman
Aspen, Colorado 81611

R. Paul Yetter
Timothy S. McConn
Jamie A. Aycock
Amy C. Farish
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
Email: pyetter@yettercoleman.com
       tmcconn@yettercoleman.com
       jamieaycock@yettercoleman.com
       afarish@yettercoleman.com

Donald L. Turbyfill
Email: dturbyfill@dntlaw.com

Lance Henry
Patrick D. Vellone
Jeffrey A. Weinman
Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street, Suite 1900
Denver, Colorado 80202
Email: lhenry@allen-vellone.com
       pvellone@allen-vellone.com
       jweinman@allen-vellone.com

John J. Sparacino
S. Margie Venus
McKool Smith, PC
600 Travis Street, Suite 7000
Houston, Texas 77002

14136160