IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>STRUDEL HOLDINGS LLC AND AVR AH LLC,<br><br>                                 Debtors.[1] | Chapter 11<br><br>Case No. 23-90757 (CML)<br><br>(Jointly Administered) |

**APPELLANTS' STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL
AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE
RECORD ON APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Nineteen77 Capital Solutions A LP and Bermudez Mutuari, Ltd. (together, the "Lenders"), Wilmington Trust National Association, in its capacity as Administrative Agent (the "Administrative Agent" and together with the Lenders, the "Lenders Parties" or the "Appellants"), by and through their undersigned counsel, respectfully submit this statement of issues on appeal and designation of items to be included in the record on appeal, in connection with the *Notice of Appeal* dated November 9, 2023 [ECF No. 246].

**I.     Statement of Issues to be Presented on Appeal**

On October 27, 2023, the Bankruptcy Court held a hearing on the Secured Parties' *Motion to Dismiss the Chapter 11 Cases Pursuant to Section 1112(b) of the Bankruptcy Code* [ECF No.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426).  The Debtors' service address is:  PO Box 4068, Aspen, CO 81612.

75] (the "MTD") filed on August 24, 2023.  After hearing argument, the Bankruptcy Court issued an oral bench ruling denying the MTD.  An order denying the MTD was entered the same day.  The issues to be presented on appeal are:

1. Whether the Bankruptcy Court erred in denying the MTD by misapplying the legal standards for a bad faith chapter 11 filing under *Little Creek Dev. Co. v. Commonwealth Mortg. Corp. (In re Little Creek Development Co.)*, 779 F.2d 1068 (5th Cir. 1986), and other applicable law.

2. Whether the Bankruptcy Court erred in denying the MTD as to the Debtor Strudel Holdings LLC by finding that its bankruptcy petition was filed in good faith.

3. Whether the Bankruptcy Court erred in denying the MTD as to the Debtor AVR AH LLC by finding that its bankruptcy petition was filed in good faith.

II.     **Designation of Items to be Included in the Record on Appeal[2]**

Appellants designate the following items for inclusion in the record on appeal.  Each designation of a pleading or matter of record includes all exhibits, appendices, and other items, if any, that are attached or referred to in such pleading or matter of record.

A.     **Docket Entries from Bankruptcy Case No. 23-90757**

| Items No. | Bankr. D.I. | Date | Description |
|---|---|---|---|
| 1 | 75 | 8/24/2023 | Lender Parties Motion to Dismiss ("MTD") and Declaration of James W. Burke in Support, including all Exhibits identified therein or attached thereto. |
| 2 | 121 | 9/14/2023 | Debtors' Response in Opposition to MTD |
| 3 | 211 | 10/19/2023 | Official Transcript of Hearing Held on 10/19/2023 (order form filed at Dkt. No. 206) |
| 4 | 213 | 10/25/2023 | Lenders' Exhibit and Witness List for MTD Hearing |

---

[2]     Pursuant to paragraph 6 of the Court's notice at ECF No. 258, true and correct copies of the Lenders' Exhibits and the Debtors' Exhibits admitted into evidence at the October 27, 2023 hearing are attached hereto as Exhibit A and Exhibit B, respectively.  Such exhibits also are designated in the chart below because they were also filed on the bankruptcy docket.  *See* ECF Nos. 213 & 216.

| Items No. | Bankr. D.I. | Date | Description |
|---|---|---|---|
| 5 | 213-1 | 8/21/2023 | Notice of Motion for Summary Judgment in Lieu of Complaint filed in *Nineteen77 Capital Solutions A LP v. Souki*, Index No. 654043/2023 (N.Y. Sup. Ct. N.Y. Cnty.) |
| 6 | 213-12 | 5/26/2022 | Email from Wilmington Trust, N.A. to Charif Souki, and attachments thereto, as retrieved from public docket for *Nineteen77 Capital Solutions A LP v. Souki*, Index No. 654043/2023 (N.Y. Sup. Ct. N.Y. Cnty.) |
| 7 | 213-13 | 8/22/2023 | Affidavit in Support of Plaintiffs' Motion for Summary Judgment in Lieu of Complaint filed in *Nineteen77 Capital Solutions A LP v. Souki*, Index No. 654043/2023 (N.Y. Sup. Ct. N.Y. Cnty.) |
| 8 | 213-14 | 05/16/2023 | Verified Motion for Order Authorizing Sale of Real Estate by the Public Trustee Pursuant to C.R.C.P. 120 filed in *Wilmington Trust National Association v. AVR AH, LLC*, No. 2023 CV 30050 (Colo. Dist. Ct. Pitkin Cnty.) |
| 9 | 213-15 | 06/09/2023 | Response to Verified Motion for Order Authorizing Sale of Real Estate by the Public Trusteed Pursuant to C.R.C.P. 120 filed in *Wilmington Trust National Association v. AVR AH, LLC*, No. 2023 CV 30050 (Colo. Dist. Ct. Pitkin Cnty.) |
| 10 | 213-16 | 06/20/2023 | Notice of Reset Hearing filed in *Wilmington Trust National Association v. AVR AH, LLC*, No. 2023 CV 30050 (Colo. Dist. Ct. Pitkin Cnty.) |
| 11 | 213-17 | 07/20/023 | Notice of New Auction Date and Change of Location for Pledged Ajax Holdings Interests sent by Wilmington Trust, N.A. to Charif Souki |
| 12 | 213-18 | 07/10/2023 | Second Amended Complaint filed in *Souki v. Nineteen77 Capital Solutions A LP*, Index No. 651164/2023 (N.Y. Sup. Ct. N.Y. Cnty.) |
| 13 | 213-19 | 04/03/2023 | Memorandum of Law in Support of Order to Show Cause for a Preliminary Injunction and Expedited Discovery filed in *Souki v. Nineteen77 Capital Solutions A LP*, Index No. 651164/2023 (N.Y. Sup. Ct. N.Y. Cnty.) |
| 14 | 213-20 | 05/01/2023 | Transcript of hearing before Justice Andrea Masley in *Souki v. Nineteen77 Capital Solutions A LP*, Index No. 651164/2023 (N.Y. Sup. Ct. N.Y. Cnty.) |
| 15 | 213-21 | 06/14/2023 | Decision to decline to sign an Order to Show Cause for a Preliminary Injunction in *Souki v. Nineteen77 Capital Solutions A LP*, Index No. 651164/2023 (N.Y. Sup. Ct. N.Y. Cnty.) |
| 16 | 213-22 | 07/25/2023 | Notice of Defendants' Motion to Dismiss filed in *Souki v. Nineteen77 Capital Solutions A LP*, Index No. 651164/2023 (N.Y. Sup. Ct. N.Y. Cnty.) |

| Items No. | Bankr. D.I. | Date | Description |
|---|---|---|---|
| 17 | 213-23 | 08/10/2023 | Strudel Holdings LLC's Statement of Financial Affairs, Case No. 23-90757, ECF No. 55 |
| 18 | 213-24 | 08/10/2023 | AVR AH LLC's Statement of Financial Affairs, Case No. 23-90757, ECF No. 57 |
| 19 | 213-25 | 08/10/2023 | Strudel Holdings LLC's Summary of Assets and Liabilities, Case No. 23-90757, ECF No. 54 |
| 20 | 213-26 | 07/27/2023 | AVR AH LLC's Voluntary Petition for Non-Individuals Filing Bankruptcy Petition, Case No. 23-90758, ECF No. 1 |
| 21 | 213-27 | 08/10/2023 | AVR AH LLC's Summary of Assets and Liabilities, Case No. 23-90758, ECF No. 56 |
| 22 | 213-28 | 07/27/2023 | Objection to Claims and Complaint, Adv. No. 23-09003, ECF No. 1 |
| 23 | 213-29 | 10/23/2023 | AVR AH LLC's Monthly Operating Report, Case No. 23-90757, ECF No. 207 |
| 24 | 213-30 | 10/23/2023 | Strudel Holdings LLC's Monthly Operating Report, Case No. 23-90757, ECF No. 208 |
| 25 | 213-31 | 10/23/2023 | Statement of Cash Receipts and Disbursements, Exhibit to Strudel Holdings LLC's Monthly Operating Report, Case No. 23-90757, ECF No. 208-1 |
| 26 | 213-32 | 09/27/2023 | Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief, Case No. 23-90757, ECF No. 163 |
| 27 | 213-33 | 07/27/2023 | Strudel Holdings LLC's Voluntary Petition for Non-Individuals Filing Bankruptcy Petition, Case No. 23-90757, ECF No. 1 |
| 28 | 216 | 10/25/2023 | Debtors' Exhibit and Witness List for MTD Hearing |
| 29 | 216-1 | 8/10/2023 | Order (I) Approving the Bidding Procedures, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief (Dkt. No. 53) |
| 30 | 216-2 | 8/10/2023 | Strudel Summary of Assets and Liabilities Schedules for Non-Individual, Schedule A/B: Property Non-Individual, Schedule D: Non-Individual Creditors Having Claims Secured by Property, Schedule E/F: Creditors Who Have Unsecured Claims Non-Individual, Schedule G Non-Individual Executory Contracts and Unexpired Contracts and Unexpired Leases, Schedule H Non-Individual Codebtors, Declaration About Individual Debtors' Schedules (Dkt. No. 54) |

| Items No. | Bankr. D.I. | Date | Description |
|---|---|---|---|
| 31 | 216-3 | 8/10/2023 | AVR Schedule A/B: Property Non-Individual, Schedule D: Non-Individual Creditors Having Claims Secured by Property, Schedule E/F: Creditors Who Have Unsecured Claims Non-Individual, Schedule G: Non-Individual Executory Contracts and Unexpired Leases, Schedule H: Non-Individual Codebtors, Summary of Assets and Liabilities Schedules for Non-Individual, Declaration About Individual Debtor's Schedules (Dkt. No. 56). |
| 32 | 216-4 | 9/1/2023 | Order Granting, in Part, Plaintiff's Emergency Motion to Compel Discovery and Request for Status Conference (Dkt. No. 92) |
| 33 | 216-5 | 9/21/2023 | Stipulation and Agreed Order Regarding Motion Seeking Entry of an Order Precluding Certain Alleged Secured Parties from Submitting Credit Bids Pursuant to Sections 105 (a) and 363(k) of the Bankruptcy Code (Dkt. No. 143) |
| 34 | 216-6 | 9/27/2023 | Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief (Dkt. No. 163) |
| 35 | 216-7 | 10/3/2023 | Order Granting Debtors' Omnibus Motion Seeking Entry of an Order (I) Authorizing the Assumption and Assignment of Certain Unexpired Leases and (II) Granting Related Relief (Dkt. No. 178) |
| 36 | 216-8 | 10/3/2023 | Order Granting Debtors' Motion Seeking Entry of an Order Authorizing the Rejection of Co-Listing Agreement Nunc Pro Tunc to the Petition Date and Granting Related Relief (Dkt. No. 179) |
| 37 | 216-9 | 10/4/2023 | Order Regarding Coordinated Schedule for Contested Matter and Adversary Proceeding (Dkt. No. 180) |
| 38 | 216-10 | 10/4/2023 | Notice of Winning Bid and Back-Up Bid (Dkt. No. 181) |
| 39 | 216-11 | 10/24/2023 | Notice of Final Selection of Highest and Best Bid and Back-Up Bid for Sale Hearing Scheduled for October 27, 2023 (Dkt. No. 209), inclusive of exhibits thereto |
| 40 | 216-12 | N/A | Claim #1 filed by ClCPS Distributors on August 14, 2023 (Claim 1-1) |
| 41 | 216-13 | 10/25/2023 | October 4, 2023 Auction Transcript |
| 42 | 216-14 | 10/24/2023 | Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, and (IV) Approving Notice of Bar Dates (Dkt. No. 210) |

| Items No. | Bankr. D.I. | Date | Description |
|---|---|---|---|
| 43 | 216-15 | 8/11/2023 | Discovery Requests |
| 44 | 216-16 | 8/16/2023 | Deposition Notices and Subpoenas |
| 45 | 216-17 | 8/17/2023 | Notice of Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases (Dkt. No. 68), inclusive of exhibits thereto |
| 46 | 216-18 | 8/17/2023 | Notice of Auction for the Sale of the Debtors' Assets Free and Clear of Any and All Claims, Interests, and Encumbrances (Dkt. No. 69), inclusive of exhibits thereto |
| 47 | 216-19 | 9/10/2023 | Debtors' Emergency Motion to Terminate Consultation Rights and Immediately Disqualify Credit Bid (Dkt. No. 114) |
| 48 | 216-20 | 10/25/2023 | In re Strudel Holdings LLC and AVR AH LLC Docket Sheet |
| 49 | 216-21 | 3/15/2023 | March 15, 2023 Notice of Foreclosure |
| 50 | 216-22 | 7/20/2023 | Notice of New Auction Date and Change of Location for Pledged Ajax Holdings Interests |
| 51 | 218 | 10/25/2023 | Appellants' Reply in Support of the MTD and Declaration of James W. Burke, including Exhibits |
| 52 | 219 | 10/25/2023 | SEALED Appellants' Reply in Support of the MTD and Declaration of James W. Burke, including Exhibits |
| 53 | 223 | 10/25/2023 | AVR's Combined Plan of Liquidation and Disclosure Statement |
| 54 | 225 | 10/26/2023 | Ajax Holdings LLC's Joinder to Debtors' Response in Opposition to MTD |
| 55 | 229 | 10/27/2023 | Order Denying MTD |
| 56 | 238 | N/A | Official Transcript of Hearing Held on October 27, 2023 (order form filed at Dkt. No. 244) |
| 57 | 246 | 11/9/2023 | Appellants' Notice of Appeal |

B.   **Docket Entries from Adversary Proceeding Case No. 23-09003**

| Items No. | Bankr. D.I. | Date | Description |
|---|---|---|---|
| 58 | 9 | 8/2/2023 | Debtors' First Amended Complaint |

Dated: November 24, 2023                                        Respectfully Submitted,

ORRICK HERRINGTON & SUTCLIFFE LLP

/s/ Laura Metzger
Richard A. Jacobsen*
Darrell S. Cafasso*
Laura Metzger*
David Litterine-Kaufman*
Nicholas A. Poli*
Mark Franke*
Harry F. Murphy*
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Email: rjacobsen@orrick.com
dcafasso@orrick.com
lmetzger@orrick.com
dlitterinekaufman@orrick.com
npoli@orrick.com
mfranke@orrick.com
hmurphy@orrick.com

Ryan Wooten
Texas Bar No. 24075308
S.D. Tex. Bar No. 1259974
609 Main Street, 40th Floor
Houston, TX 77002
Telephone: (713) 658-6617
Email: rwooten@orrick.com

James W. Burke*
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 339-8400
Email: jburke@orrick.com

Nick Sabatino*
400 Capital Mall, Suite 3000
Sacramento, CA 95814
Telephone: (916) 447-9200
Email: nsabatino@orrick.com

*Attorneys for Nineteen77 Capital Solutions A LP, Bermudez Mutuari, Ltd., and UBS O'Connor LLC*

ALSTON & BIRD LLP

/s/ Sam Bragg
Sam Bragg
Texas Bar No. 24097413
S.D. Tex. Bar No. 3395594
2200 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: Sam.Bragg@alston.com

William Hao*
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: William.Hao@alston.com

Chris Riley*
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: Chris.Riley@alston.com

*Attorneys for Wilmington Trust National Association*

*Admitted pro hac vice