## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>STRUDEL HOLDINGS LLC and<br>AVR AH LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-90757 (CML)<br><br>(Jointly Administered) |

## SECURED PARTIES' EXHIBIT AND WITNESS LIST FOR
## NOVEMBER 30, 2023 STATUS CONFERENCE

Nineteen77 Capital Solutions A LP, Bermudez Mutuari, Ltd. ("Lenders") and UBS O'Connor LLC (collectively the "Secured Parties"), file this Exhibit and Witness List for the status conference to be held on November 30, 2023 before the Honorable Christopher Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002 (the "Hearing").

## EXHIBITS

| Exhibit Number | Date | Description | Docket |
|---|---|---|---|
| Secured Parties Exhibit 1 | 10/24/2023 | Fully Executed Purchase Agreement between Chiron AVR LLC and AVR AH LLC | Dkt. 276-2 |
| Secured Parties Exhibit 2 | 11/15/2023 | Draft DIP Budget Provided by Debtors' to Secured Parties | Dkt. 276-3 |
| Secured Parties Exhibit 3 | 11/20/2023 | Estoppel Certificate Provided by Debtors' to Secured Parties. | Dkt. 276-4 |
| Secured Parties Exhibit 4 | 11/27/2023 | HOA Pre-Petition and Post-Petition Liabilities | Dkt. 276-5 |
| Secured Parties Exhibit 5 | 11/27/2023 | Chiron AVR LLC's Account Balance | Dkt. 276-6 |

| Secured Parties Exhibit 6 | 11/27/2023 | Draft Second Amendment Addressing the Outstanding Unpaid HOA Liabilities | Dkt. 276-6 |
|---|---|---|---|
| Secured Parties Exhibit 7 | 11/19/2023 | Fidelity National Financial, Inc., Form 8-K | Dkt. 276-7 |
| Secured Parties Exhibit 8 | 9/27/2023 | Order Authorizing the Debtors to Obtain Postpetition Financing | Dkt. 163 |
| Secured Parties Exhibit 9 | 9/27/2023 | Order Authorizing Retention and Employment of Stout Risius Ross, LLC | Dkt. 166 |
| Secured Parties Exhibit 10 | 11/09/2023 | Order Authorizing and Approving the Sale of Assets Free and Clear of All Liens, Claims, and Encumbrances | Dkt. 245 |
| Secured Parties Exhibit 11 | 11/27/2023 | Debtors' Emergency Motion for Status Conference | Dkt. 265 |
| Secured Parties Exhibit 12 | 11/21/2023 | Notice of Default under Purchase Agreement | Dkt. 265-1 |
| Secured Parties Exhibit 13 | 11/22/2023 | First Amendment to Agreement for Purchase and Sale of Real Property | Dkt. 265-3 |
| Secured Parties Exhibit 14 | 11/29/2023 | Monthly Operating Report | Dkt. 270 |
| Secured Parties Exhibit 15 | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party. | | |
| Secured Parties Exhibit 16 | Any exhibit listed by any other party. | | |

## WITNESSES

1.  Randal Johnson (Remote).

2.  Rebuttal witnesses as necessary.

3.  Any witness listed by any other party.

The Secured Parties reserve the right to amend or supplement this Exhibit and Witness

List as necessary in advance of the Hearing.  The Secured Parties reserve the right to use any

exhibits presented by any other party and to ask the Court to take judicial notice of any

document.  The Secured Parties reserve the right to introduce exhibits previously admitted.


Dated:  New York, New York                ORRICK HERRINGTON & SUTCLIFFE LLP
             November 30, 2023


                                           */s/ Laura Metzger*
                                           Laura Metzger (*pro hac vice*)
                                           Darrell S. Cafasso (*pro hac vice*)
                                           David Litterine-Kaufman (*pro hac vice*)
                                           Mark Franke (*pro hac vice*)
                                           Nicholas A. Poli (*pro hac vice*)
                                           Harry F. Murphy (*pro hac vice*)
                                           Orrick, Herrington & Sutcliffe LLP
                                           51 W 52nd St.
                                           New York, NY 10019
                                           T: (212) 506-5149
                                           F: (212) 506-5151
                                           lmetzger@orrick.com
                                           dcafasso@orrick.com
                                           dlitterinekaufman@orrick.com
                                           npoli@orrick.com
                                           mfranke@orrick.com
                                           hmurphy@orrick.com

                                           Ryan C. Wooten
                                           State Bar No. 24075308
                                           S.D. Tex. Bar No. 1259974
                                           Orrick, Herrington & Sutcliffe LLP
                                           609 Main St. 40th Fl.
                                           Houston, TX 77002
                                           T: (713) 658-6400
                                           F: (713) 658-6401
                                           rwooten@orrick.com

                                           James W. Burke (*pro hac vice*)
                                           1152 15th Street, N.W.
                                           Washington, D.C. 20005
                                           T: (202) 339-8400
                                           jburke@orrick.com

                                           *Attorneys for Nineteen77 Capital Solutions A LP,*
                                           *Bermudez Mutuari, Ltd, and UBS O'Connor LLC*

                                                      3