Electronic Appearance Sheet

William Hao, ALSTON & BIRD
Client(s): Wilmington Trust National Association

Timothy McConn, Yetter Coleman LLP
Client(s): Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their capacities as trustees of the Souki Family 2016 Trust and Special Counsel for the Debtors Strudel Holding, LLC and AVR AH, LLC and Debtors in Possession

Michael Warner, Pachulski Stang Ziehl & Jones LLP
Client(s): Beyond the Beach, LLC

Benjamin Wallen, Pachulski Stang Ziehl & Jones LLP
Client(s): Beyond the Beach, LLC

Andrew Jimenez, U.S. Department of Justice
Client(s): U.S. Trustee

William Hao, Alston & Bird LLP
Client(s): Wilmington Trust National Association

Michael Warner, Pachulski Stang Ziehl & Jones LLP
Client(s): Beyond the Beach

Benjamin Wallen, Pachulski Stang Ziehl & Jones LLP
Client(s): Beyond the Beach

Tim McConn, Yetter Coleman LLP
Client(s): Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their capacities as trustees of the Souki Family 2016 Trust and Special Counsel for the Debtors Strudel Holding, LLC and AVR AH, LLC and Debtors in Possession

Laura Metzger, Orrick, Herrington & Sutcliffe LLP
Client(s): Nineteen77 Capital Solutions A LP, Bermudez Mutuari Ltd., and UBS O'Connor LLC

David Litterine-Kaufman, Orrick, Herrington & Sutcliffe LLP
Client(s): Nineteen77 Capital Solutions A LP, Bermudez Mutuari, Ltd., and UBS O'Connor LLC

Tad Davidson, Hunton Andrews Kurth LLP
Client(s): Ajax Holdings, LLC

John Sparacino, McKool Smith
Client(s): Three Dolphins LLC

Laura Metzger, Orrick, Herrington & Sutcliffe
Client(s): Secured Parties and Purchaser