UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| STRUDEL HOLDINGS LLC AND AVR AH LLC | § | Civil Action No.  4:23cv4401 |
|     Debtor | § | |
| | § | Bankruptcy Case No.  23bk90757 |
| Nineteen77 Capital Solutions A LP | § | |
|     Appellant | § | |

## Notice of Deficiency

1. The notice of appeal was filed in the bankruptcy court on 11/9/2023. The designation of the record was due on 11/24/2023. *See* Fed. R. Bankr. P. 8009.

2. If the appellant does not cure these deficiencies within 14 days, the district court may dismiss the appeal without further notice.

　　☒ The filing fee has not been paid.

　　☒ The record has not been designated.

　　☐ The record designated by the appellant includes transcripts that have not been ordered.

　　☐ The appellant has not arranged to pay for the transcripts designated.

Date: December 11, 2023

Nathan Ochsner, Clerk of Court
<u>H. Lerma</u>
Deputy Clerk