IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| STRUDEL HOLDINGS LLC and | § | Case No. 23-90757 (CML) |
| AVR AH LLC[1] | § | |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**FOURTH INTERIM MONTHLY FEE STATEMENT OF STOUT RISIUS ROSS, LLC
FOR THE PERIOD NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

NAME OF APPLICANT:         Stout Risius Ross, LLC

ROLE IN THE CASE:            Financial Advisor and Chief Restructuring Officer to the Debtors

DATE OF RETENTION:         September 27, 2023 [ECF #167]

TIME PERIOD:                    November 1, 2023 through November 30, 2023

CURRENT APPLICATION:   Total Fees:  $60,810.00

                                              Fee Payment Request (80%):   $48,648.00

                                              Total Expenses:  $0.00

                                              Expense Payment Request (100%):   $0.00

                                              Aggregate Interim Payment Request: $48,648.00

Stout Risius Ross, LLC ("Stout"), Financial Advisor and Douglas J. Brickley, Chief Restructuring Officer for Strudel Holdings and AVR AH LLC, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), in accordance with the Order Establishing Procedures for the Interim Compensation and Reimbursement of Expenses of Professionals [ECF # 142] (the "Interim Compensation Order"), submit our monthly fee statement (the

---

[1] The debtors in these chapter 11 cases (the "Bankruptcy Case(s)"), along with the last four digits of each Debtor's federal tax identification number, as applicable, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The Debtors' service address is:  PO Box 4068, Aspen, CO 81612.

"Monthly Statement") for the period of November 1, 2023 through November 30, 2023 (the "Monthly Statement Fee Period").

1. Attached as **Exhibit A** are itemized time records of Stout's professionals and paraprofessionals for the chapter 11 case during the Monthly Statement Fee Period.

### Fees & Expenses Sought for the Fee Application Period

2. Stout incurred fees totaling $60,810.00 for services rendered and $0.00 in expenses in representing the Debtors during the Monthly Statement Fee Period. The full amount of fees will be sought in fee applications to be filed at (approximately) three-month intervals.

3. Pursuant to the Interim Compensation Order, Stout seeks payment of $48,648.00, which represents 80% of Stout's fees for services rendered plus 100% of the expenses incurred on behalf of the Debtors during the Monthly Statement Fee Period.

### Notice and Objections

4. Pursuant to the Interim Compensation Order, notice of this Monthly Statement has been served upon the following parties (collectively, the "Fee Parties"): (i) the Debtors; (ii) Debtors' counsel; (iii) counsel to the O'Connor Defendants; and (iv) the Office of the United States Trustee for the Southern District of Texas.

5. In the event that a Fee Party objects to this Monthly Fee Statement, the objecting Fee Party shall serve its Objection in writing to Stout and the other Fee Parties on or before the Objection Deadline. For the avoidance of doubt, the Objection shall not be filed on the docket in the Chapter 11 Cases. The Objection must identify with specificity the objectionable fees or expenses, including the amount of such fees or expenses, and the basis for such Objection.

6. If no Objections are served, the Debtors will pay Stout the amount due in the ordinary course of business, subject only to applicable Orders of the Court and the approved Budgets.

**DATED**:  December 11, 2023

                                                **STOUT RISIUS ROSS, LLC**

                                                By:_____/s/ *Douglas J. Brickley*_____
                                                    Douglas J. Brickley
                                                    dbrickley@stout.com

                                              **CHIEF RESTRUCTURING OFFICER AND FINANCIAL ADVISOR TO THE DEBTORS**

Exhibit A - Stout Risius Ross LLC - Fee Detail
**STRUDEL HOLDINGS LLC and AVR AH LLC**
Case No. 23-90757

| Professional | Title | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Douglas Brickley | Managing Director | $ 750.00 | 36.9 | $ 27,675.00 |
| Niall Ledwidge | Managing Director | $ 750.00 | 1.4 | $ 1,050.00 |
| Joshua Caldwell | Senior Manager | $ 450.00 | 30.8 | $ 13,860.00 |
| Sidharth Kandoi | Manager | $ 425.00 | 24.9 | $ 10,582.50 |
| David Jones | Analyst | $ 325.00 | 20.4 | $ 6,630.00 |
| Carla Elliott | Admin | $ 125.00 | 8.1 | $ 1,012.50 |
| **Total** | | | **122.5** | **$ 60,810.00** |

Exhibit A - Stout Risius Ross LLC - Fee Detail
**STRUDEL HOLDINGS LLC and AVR AH LLC**
Case No. 23-90757

| Date | Timekeeper | Description | Hours | Rates | Fees |
|---|---|---|---|---|---|
| 11/1/2023 | David Jones | Reviewed and reconciled Excluded Asset list. | 0.5 | $ 325.00 | $ 162.50 |
| 11/1/2023 | David Jones | Call with J. Caldwell (Stout) to discuss Excluded Assets list. | 0.2 | $ 325.00 | $ 65.00 |
| 11/1/2023 | Douglas Brickley | Reviewed and approved motion to extend Strudel exclusivity. | 0.3 | $ 750.00 | $ 225.00 |
| 11/1/2023 | Douglas Brickley | Call with J. Caldwell (Stout) on excluded assets. | 0.1 | $ 750.00 | $ 75.00 |
| 11/1/2023 | Joshua Caldwell | Call with D. Brickley (Stout) on excluded assets. | 0.1 | $ 450.00 | $ 45.00 |
| 11/1/2023 | Joshua Caldwell | Call with D. Jones (Stout) over additional excluded assets needed for exhibit. | 0.2 | $ 450.00 | $ 90.00 |
| 11/1/2023 | Joshua Caldwell | Reviewed updated excluded assets exhibit and sent to counsel. | 0.3 | $ 450.00 | $ 135.00 |
| 11/2/2023 | David Jones | Updated APA list of Excluded Assets for Bourg Cabin and Independence House. | 0.8 | $ 325.00 | $ 260.00 |
| 11/2/2023 | Douglas Brickley | Corresponded with OCS and the HOA staff regarding upcoming OCS site visit. | 0.5 | $ 750.00 | $ 375.00 |
| 11/2/2023 | Douglas Brickley | Reviewed excluded HOA assets hit and latest sales order and corresponded with counsel regarding the same. | 1.2 | $ 750.00 | $ 900.00 |
| 11/2/2023 | Joshua Caldwell | Corresponded with bank on deposits. | 0.1 | $ 450.00 | $ 45.00 |
| 11/2/2023 | Joshua Caldwell | Reviewed and finalized excluded assets schedule. | 0.4 | $ 450.00 | $ 180.00 |
| 11/2/2023 | Joshua Caldwell | Excluded assets schedule coordination and correspondence. | 0.5 | $ 450.00 | $ 225.00 |
| 11/2/2023 | Joshua Caldwell | Call with N. Ledwidge (Stout) over case progress and DIP facility. | 0.4 | $ 450.00 | $ 180.00 |
| 11/2/2023 | Niall Ledwidge | Call with J. Caldwell (Stout) over case progress and DIP facility. | 0.4 | $ 750.00 | $ 300.00 |
| 11/7/2023 | Douglas Brickley | Corresponded with counsel regarding current status of DIP fundings. | 0.6 | $ 750.00 | $ 450.00 |
| 11/8/2023 | Joshua Caldwell | Reviewed Ajax post-petition payments with correspondence with project team. | 0.2 | $ 450.00 | $ 90.00 |
| 11/8/2023 | Sidharth Kandoi | Reconciled Ajax funding for HOA reconciliation task. | 0.6 | $ 425.00 | $ 255.00 |
| 11/9/2023 | Joshua Caldwell | Call with S. Kandoi (Stout) on member advances reconciliation. | 0.2 | $ 450.00 | $ 90.00 |
| 11/9/2023 | Joshua Caldwell | Continued review of second interim fee statement. | 0.9 | $ 450.00 | $ 405.00 |
| 11/9/2023 | Sidharth Kandoi | Reconciled the Ajax funding to the Members funding amount included in the DIP budget. | 0.6 | $ 425.00 | $ 255.00 |
| 11/9/2023 | Sidharth Kandoi | Call with J. Caldwell (Stout) on member advances reconciliation | 0.2 | $ 425.00 | $ 85.00 |
| 11/10/2023 | Douglas Brickley | Reviewed fee statements and corresponded with Stout and counsel. | 0.5 | $ 750.00 | $ 375.00 |
| 11/10/2023 | Douglas Brickley | Corresponded with the bank, counsel, and Stout regarding DIP account balance and potential for increasing interest earned on deposit. | 0.7 | $ 750.00 | $ 525.00 |
| 11/10/2023 | Joshua Caldwell | Corresponded with project team on Schedule G review. | 0.4 | $ 450.00 | $ 180.00 |
| 11/10/2023 | Joshua Caldwell | Reviewed member advance schedule with edits returned to project team. | 0.3 | $ 450.00 | $ 135.00 |
| 11/10/2023 | Niall Ledwidge | Reviewed and edited fee statement. | 0.6 | $ 750.00 | $ 450.00 |
| 11/10/2023 | Sidharth Kandoi | Reconciled the Members funding in the DIP budget to identify variances. | 0.8 | $ 425.00 | $ 340.00 |
| 11/13/2023 | Carla Elliott | Coordinated professional fee detail to prepare first draft of 3rd interim fee statement. | 2.4 | $ 125.00 | $ 300.00 |
| 11/13/2023 | David Jones | Corresponded with E. Jurick (Debtor) to confirm list of contracts. | 0.3 | $ 325.00 | $ 97.50 |
| 11/13/2023 | David Jones | Call with J. Caldwell (Stout) to discuss schedule detailing expenses to be paid. | 0.1 | $ 325.00 | $ 32.50 |
| 11/13/2023 | David Jones | Prepared schedule of expenses to be paid with DIP Draw. | 0.8 | $ 325.00 | $ 260.00 |
| 11/13/2023 | David Jones | Call with J. Caldwell (Stout) to discuss review of debtor contracts. | 0.1 | $ 325.00 | $ 32.50 |
| 11/13/2023 | David Jones | Reviewed contracts, agreements, and leases in data room. | 1.4 | $ 325.00 | $ 455.00 |
| 11/13/2023 | David Jones | Call with J. Caldwell (Stout) to discuss review of debtor contracts. | 0.3 | $ 325.00 | $ 97.50 |
| 11/13/2023 | David Jones | Reviewed debtor contracts and HOA contracts in data room and on Schedule G. | 1.1 | $ 325.00 | $ 357.50 |
| 11/13/2023 | David Jones | Call with J. Caldwell (Stout) over Charif and Ajax members advance reconciliations. | 0.1 | $ 325.00 | $ 32.50 |
| 11/13/2023 | Douglas Brickley | Corresponded with counsel and Stout regarding future DIP draws and professional fee statements and timing. | 0.7 | $ 750.00 | $ 525.00 |
| 11/13/2023 | Douglas Brickley | Corresponded on status of DIP account and online access with Stout team. | 0.4 | $ 750.00 | $ 300.00 |
| 11/13/2023 | Douglas Brickley | Call with counsel regarding DIP draw schedules and DIP budget variances. | 0.5 | $ 750.00 | $ 375.00 |
| 11/13/2023 | Douglas Brickley | Reviewed information on invoice payment timing and proposed DIP draw report. | 0.3 | $ 750.00 | $ 225.00 |
| 11/13/2023 | Douglas Brickley | Call with J. Caldwell (Stout) over requested DIP budget needs. | 0.1 | $ 750.00 | $ 75.00 |
| 11/13/2023 | Joshua Caldwell | Reviewed AVR DIP budget with edits provided to project team. | 0.5 | $ 450.00 | $ 225.00 |
| 11/13/2023 | Joshua Caldwell | Reviewed schedule G contracts and analysis sent over by project team. | 0.6 | $ 450.00 | $ 270.00 |
| 11/13/2023 | Joshua Caldwell | Updates made to second interim fee statement time entries and circulated for final review. | 1.4 | $ 450.00 | $ 630.00 |
| 11/13/2023 | Joshua Caldwell | Draw request schedule and email created for DIP provider. | 0.7 | $ 450.00 | $ 315.00 |
| 11/13/2023 | Joshua Caldwell | Email correspondence with ANB Bank on setting up wires for payment. | 0.4 | $ 450.00 | $ 180.00 |
| 11/13/2023 | Joshua Caldwell | Email correspondence with counsel and D. Brickley (Stout) on updates to DIP budget. | 0.5 | $ 450.00 | $ 225.00 |
| 11/13/2023 | Joshua Caldwell | Call with D. Jones (Stout) over Charif and Ajax member advances reconciliation. | 0.1 | $ 450.00 | $ 45.00 |
| 11/13/2023 | Joshua Caldwell | Call with E. Jurrick (Ajax) over any missing schedule G contracts. | 0.2 | $ 450.00 | $ 90.00 |
| 11/13/2023 | Joshua Caldwell | Call with S. Kandoi (Stout) over schedule G contracts. | 0.1 | $ 450.00 | $ 45.00 |
| 11/13/2023 | Joshua Caldwell | Call with D. Brickley (Stout) over requested DIP budget needs. | 0.1 | $ 450.00 | $ 45.00 |
| 11/13/2023 | Joshua Caldwell | Call with S. Kandoi (Stout) to update DIP budget. | 0.2 | $ 450.00 | $ 90.00 |
| 11/13/2023 | Joshua Caldwell | Call with D. Jones (Stout) to discuss schedule detailing expenses to be paid. | 0.1 | $ 450.00 | $ 45.00 |
| 11/13/2023 | Joshua Caldwell | Call with D. Jones (Stout) to discuss review of debtor contracts. | 0.1 | $ 450.00 | $ 45.00 |
| 11/13/2023 | Joshua Caldwell | Call with D. Jones (Stout) to discuss review of debtor contracts. | 0.1 | $ 450.00 | $ 45.00 |
| 11/13/2023 | Sidharth Kandoi | Reconciled the Professional Fees in the DIP budget. | 1.3 | $ 425.00 | $ 552.50 |
| 11/13/2023 | Sidharth Kandoi | Call with J. Caldwell (Stout) to discuss Schedule G contracts. | 0.1 | $ 425.00 | $ 42.50 |
| 11/13/2023 | Sidharth Kandoi | Call with J. Caldwell (Stout) to discuss updates to the DIP budget. | 0.2 | $ 425.00 | $ 85.00 |

Exhibit A - Stout Risius Ross LLC - Fee Detail
**STRUDEL HOLDINGS LLC and AVR AH LLC**
Case No. 23-90757

| Date | Timekeeper | Description | Hours | Rates | Fees |
|---|---|---|---|---|---|
| 11/13/2023 | Sidharth Kandoi | Reconciled the post petition payments of the debtors. | 0.7 | $ 425.00 | $ 297.50 |
| 11/13/2023 | Sidharth Kandoi | Prepared the updated reconciliation of Funding by Member of the debtors. | 0.8 | $ 425.00 | $ 340.00 |
| 11/13/2023 | Sidharth Kandoi | Call with E. Jurrick (Ajax) to discuss HOA payments and Ajax funding. | 0.3 | $ 425.00 | $ 127.50 |
| 11/13/2023 | Sidharth Kandoi | Reconciled the October HOA payments with the DIP budget. | 1.1 | $ 425.00 | $ 467.50 |
| 11/14/2023 | David Jones | Reviewed interim fee statements and applications for professional fee payments. | 0.2 | $ 325.00 | $ 65.00 |
| 11/14/2023 | David Jones | Prepared DIP Budget updates and edits. Updated DIP Draw, timing of expenses and professional fee payments, and member funding. | 1.3 | $ 325.00 | $ 422.50 |
| 11/14/2023 | Douglas Brickley | Reviewed revised DIP budget compared to previous budget and payment listing, and corresponded with Stout team regarding the same. | 1.6 | $ 750.00 | $ 1,200.00 |
| 11/14/2023 | Douglas Brickley | Reviewed Porter Hedges 2nd interim monthly fee statement. | 0.4 | $ 750.00 | $ 300.00 |
| 11/14/2023 | Douglas Brickley | Reviewed and signed documents required by title company for closing of sale to OCS. | 0.9 | $ 750.00 | $ 675.00 |
| 11/14/2023 | Douglas Brickley | Corresponded with Stout team and ANB regarding outgoing wires for admin expenses. | 0.4 | $ 750.00 | $ 300.00 |
| 11/14/2023 | Joshua Caldwell | Updated DIP budget, draw request schedule, and email to DIP facility provider. | 2.2 | $ 450.00 | $ 990.00 |
| 11/14/2023 | Joshua Caldwell | Finalized Stout's second interim fee statement and circulated to counsel. | 0.4 | $ 450.00 | $ 180.00 |
| 11/14/2023 | Niall Ledwidge | Reviewed and edited fee statement. | 0.4 | $ 750.00 | $ 300.00 |
| 11/14/2023 | Sidharth Kandoi | Updated the DIP budget and finalized with the changes. | 0.7 | $ 425.00 | $ 297.50 |
| 11/14/2023 | Sidharth Kandoi | Reconciled AP to include in the DIP budget. | 1.4 | $ 425.00 | $ 595.00 |
| 11/14/2023 | Sidharth Kandoi | Updated the payment reconciliation to be included in the DIP budget. | 0.7 | $ 425.00 | $ 297.50 |
| 11/15/2023 | Carla Elliott | Reviewed fee statement as it related to professional call logs and adjusted and edited professional call logs, where necessary. | 2.9 | $ 125.00 | $ 362.50 |
| 11/15/2023 | Joshua Caldwell | Edits made to Member Advance schedule and sent to HAK. | 0.3 | $ 450.00 | $ 135.00 |
| 11/15/2023 | Joshua Caldwell | Call with S. Kandoi (Stout) over member advance analysis schedule. | 0.4 | $ 450.00 | $ 180.00 |
| 11/15/2023 | Sidharth Kandoi | Call with J. Caldwell (Stout) over member advance analysis schedule. | 0.4 | $ 425.00 | $ 170.00 |
| 11/16/2023 | Carla Elliott | Reviewed fee statements as it related to professional call logs and prepared PDF exhibits and reconciled to professional worksheets. | 2.8 | $ 125.00 | $ 350.00 |
| 11/16/2023 | David Jones | Reviewed data to be used for Monthly Operating Report. | 0.6 | $ 325.00 | $ 195.00 |
| 11/16/2023 | David Jones | Call with J. Caldwell (Stout) over needed items to update member advance schedule. | 0.1 | $ 325.00 | $ 32.50 |
| 11/16/2023 | Douglas Brickley | Reviewed information regarding vehicle ownership/regulation information and corresponded with Stout and counsel regarding the same. | 0.2 | $ 750.00 | $ 150.00 |
| 11/16/2023 | Joshua Caldwell | Email correspondence with E. Jurrick (Ajax) and counsel over vehicles. | 0.7 | $ 450.00 | $ 315.00 |
| 11/16/2023 | Joshua Caldwell | Call with HAK and S. Kandoi (Stout) over member advance reconciliation. | 0.6 | $ 450.00 | $ 270.00 |
| 11/16/2023 | Joshua Caldwell | Call with D. Jones (Stout) over needed items to update member advance schedule. | 0.1 | $ 450.00 | $ 45.00 |
| 11/16/2023 | Sidharth Kandoi | Updated the DIP budget following call with HAK. | 0.7 | $ 425.00 | $ 297.50 |
| 11/16/2023 | Sidharth Kandoi | Updated the Member Funding reconciliation. | 0.4 | $ 425.00 | $ 170.00 |
| 11/16/2023 | Sidharth Kandoi | Updated the HOA payment reconciliation. | 0.6 | $ 425.00 | $ 255.00 |
| 11/16/2023 | Sidharth Kandoi | Call with J. Caldwell (Stout), J. Rovira (HAK) and P. Guffy (HAK) to review the Members funding reconciliation. | 0.6 | $ 425.00 | $ 255.00 |
| 11/17/2023 | David Jones | Prepared Schedule 1 to Cure Notice with executory contracts and cure amounts. | 0.8 | $ 325.00 | $ 260.00 |
| 11/17/2023 | David Jones | Prepared Monthly Operating Report for October 2023 for the Debtors. | 1.1 | $ 325.00 | $ 357.50 |
| 11/17/2023 | David Jones | Reviewed pre-petition claim amounts and member funding reconciliation. | 0.4 | $ 325.00 | $ 130.00 |
| 11/17/2023 | David Jones | Call with J. Caldwell (Stout) over cure cost schedule. | 0.1 | $ 325.00 | $ 32.50 |
| 11/17/2023 | Joshua Caldwell | Call with D. Jones (Stout) over cure cost schedule. | 0.1 | $ 450.00 | $ 45.00 |
| 11/20/2023 | David Jones | Continued to prepare October 2023 Monthly Operating Reports. | 1.4 | $ 325.00 | $ 455.00 |
| 11/20/2023 | David Jones | Prepared October 2023 Monthly Operating Reports. | 1.2 | $ 325.00 | $ 390.00 |
| 11/20/2023 | David Jones | Call with S. Kandoi (Stout) to discuss October MOR. | 0.6 | $ 325.00 | $ 195.00 |
| 11/20/2023 | David Jones | Pulled documents for request for information from title company. | 0.7 | $ 325.00 | $ 227.50 |
| 11/20/2023 | David Jones | Call with J. Caldwell (Stout) to discuss title company request for documents and information. | 0.1 | $ 325.00 | $ 32.50 |
| 11/20/2023 | Douglas Brickley | Reviewed analysis of HOA fee issue from counsel and corresponded with counsel and Stout. | 0.6 | $ 750.00 | $ 450.00 |
| 11/20/2023 | Douglas Brickley | Discussed issue regarding HOA fees with counsel and Stout and reviewed APA language related to the same. | 0.7 | $ 750.00 | $ 525.00 |
| 11/20/2023 | Douglas Brickley | Reviewed correspondence from OCS regarding HOA dues (pre- and post- petition) and corresponded with Stout and counsel regarding the same. | 1.6 | $ 750.00 | $ 1,200.00 |
| 11/20/2023 | Douglas Brickley | Reviewed draft settlement statement from Fidelity National Title for OCS sale and corresponded with counsel. | 0.8 | $ 750.00 | $ 600.00 |
| 11/20/2023 | Douglas Brickley | Call with J. Caldwell (Stout) over HOA fees reconciliation and closing items. | 0.3 | $ 750.00 | $ 225.00 |
| 11/20/2023 | Joshua Caldwell | Call with D. Brickley (Stout) over HOA dues. | 0.1 | $ 450.00 | $ 45.00 |
| 11/20/2023 | Joshua Caldwell | Call with C. McGee (P&H) over closing documents. | 0.2 | $ 450.00 | $ 90.00 |
| 11/20/2023 | Joshua Caldwell | Call with D. Brickley (Stout) over HOA fees reconciliation and closing items. | 0.3 | $ 450.00 | $ 135.00 |
| 11/20/2023 | Joshua Caldwell | Analysis performed to reconcile HOA fees. | 1.6 | $ 450.00 | $ 720.00 |
| 11/20/2023 | Joshua Caldwell | Multiple email correspondence with counsel on HOA fees owed by AVR AH. | 0.7 | $ 450.00 | $ 315.00 |
| 11/20/2023 | Joshua Caldwell | Call with C. McGee (P&H) over documents needed for closing. | 0.1 | $ 450.00 | $ 45.00 |

Exhibit A - Stout Risius Ross LLC - Fee Detail
**STRUDEL HOLDINGS LLC and AVR AH LLC**
Case No. 23-90757

| Date | Timekeeper | Description | Hours | Rates | Fees |
|---|---|---|---|---|---|
| 11/20/2023 | Joshua Caldwell | Call with D. Jones (Stout) over closing documents needed. | 0.1 | $ 450.00 | $ 45.00 |
| 11/20/2023 | Joshua Caldwell | Coordinated and corresponded with E. Jurrick (Ajax) to produce documents needed for closing. | 0.4 | $ 450.00 | $ 180.00 |
| 11/20/2023 | Sidharth Kandoi | Call with D. Jones (Stout) to review the MOR. | 0.6 | $ 425.00 | $ 255.00 |
| 11/20/2023 | Sidharth Kandoi | Reviewed the third-party payments for the purpose of Oct MOR. | 0.6 | $ 425.00 | $ 255.00 |
| 11/21/2023 | David Jones | Call with J. Caldwell (Stout) to discuss edits to October MOR. | 0.5 | $ 325.00 | $ 162.50 |
| 11/21/2023 | David Jones | Continued to incorporate updates and edits to October 2023 MOR. | 1.1 | $ 325.00 | $ 357.50 |
| 11/21/2023 | David Jones | Call with J. Caldwell (Stout) to discuss edits to October MOR. | 0.2 | $ 325.00 | $ 65.00 |
| 11/21/2023 | David Jones | Corresponded with Stout team regarding updates and edits to the October 2023 MOR. | 0.3 | $ 325.00 | $ 97.50 |
| 11/21/2023 | David Jones | Incorporated updates and edits to October 2023 MOR. | 0.5 | $ 325.00 | $ 162.50 |
| 11/21/2023 | David Jones | Incorporated second round of updates and edits to October 2023 MOR. | 0.7 | $ 325.00 | $ 227.50 |
| 11/21/2023 | David Jones | Call with S. Kandoi (Stout) to discuss October MOR. | 0.2 | $ 325.00 | $ 65.00 |
| 11/21/2023 | David Jones | Pulled HOA formation documents for counsel. | 0.3 | $ 325.00 | $ 97.50 |
| 11/21/2023 | Douglas Brickley | Reviewed current cash balance for AVR and corresponded with Stout team regarding accrued expenses. | 0.4 | $ 750.00 | $ 300.00 |
| 11/21/2023 | Douglas Brickley | Reviewed notice of default from OCS and corresponded with counsel and Stout team regarding the same. | 0.8 | $ 750.00 | $ 600.00 |
| 11/21/2023 | Douglas Brickley | Reviewed October MOR's and corresponded with Stout team. | 0.6 | $ 750.00 | $ 450.00 |
| 11/21/2023 | Douglas Brickley | Reviewed latest HOA fee reconciliation and corresponded with Stout and AJAX management regarding the same. | 1.1 | $ 750.00 | $ 825.00 |
| 11/21/2023 | Douglas Brickley | Reviewed HOA balances and corresponded with counsel regarding HOA fee issues. | 0.7 | $ 750.00 | $ 525.00 |
| 11/21/2023 | Douglas Brickley | Call with J. Caldwell (Stout) over case status updates. | 0.1 | $ 750.00 | $ 75.00 |
| 11/21/2023 | Joshua Caldwell | Correspondence with AVR HOA to pull documents needed for closing. | 0.3 | $ 450.00 | $ 135.00 |
| 11/21/2023 | Joshua Caldwell | Reviewed AVR AH and Strudel October MOR's with edits returned to project team. | 1.8 | $ 450.00 | $ 810.00 |
| 11/21/2023 | Joshua Caldwell | HOA reconciliation correspondence with project team and counsel. | 0.8 | $ 450.00 | $ 360.00 |
| 11/21/2023 | Joshua Caldwell | Call with S. Kandoi (Stout) over HOA dues reconciliation and edits needed. | 0.3 | $ 450.00 | $ 135.00 |
| 11/21/2023 | Joshua Caldwell | Call with D. Brickley (Stout) over case status updates. | 0.1 | $ 450.00 | $ 45.00 |
| 11/21/2023 | Joshua Caldwell | Call with E. Jurrick (Stout) over HOA dues reconciliation. | 0.1 | $ 450.00 | $ 45.00 |
| 11/21/2023 | Joshua Caldwell | Call with S. Kandoi (Stout) over HOA dues reconciliation. | 0.3 | $ 450.00 | $ 135.00 |
| 11/21/2023 | Joshua Caldwell | Call with S. Kandoi (Stout) over HOA fee schedule. | 0.2 | $ 450.00 | $ 90.00 |
| 11/21/2023 | Joshua Caldwell | Reviewed and finalized October MOR's for AVR AH and Strudel. | 0.3 | $ 450.00 | $ 135.00 |
| 11/21/2023 | Joshua Caldwell | Edits made to AVR HOA dues schedule and sent to counsel for review. | 0.6 | $ 450.00 | $ 270.00 |
| 11/21/2023 | Joshua Caldwell | Call with D. Jones (Stout) to discuss edits to October MOR. | 0.5 | $ 450.00 | $ 225.00 |
| 11/21/2023 | Joshua Caldwell | Call with D. Jones (Stout) to discuss edits to October MOR. | 0.2 | $ 450.00 | $ 90.00 |
| 11/21/2023 | Sidharth Kandoi | Call with J. Caldwell (Stout) to review the HOA dues reconciliation and edits needed. | 0.3 | $ 425.00 | $ 127.50 |
| 11/21/2023 | Sidharth Kandoi | Call with E. Jurick (AVR) to review the HOA dues reconciliation. | 0.5 | $ 425.00 | $ 212.50 |
| 11/21/2023 | Sidharth Kandoi | Reviewed and edited the HOA dues summary to finalize. | 0.4 | $ 425.00 | $ 170.00 |
| 11/21/2023 | Sidharth Kandoi | Updated the HOA dues rec based on suggested changes. | 0.4 | $ 425.00 | $ 170.00 |
| 11/21/2023 | Sidharth Kandoi | Updated the HOA dues schedule based on suggested changes by E. Jurick (Ajax). | 0.3 | $ 425.00 | $ 127.50 |
| 11/21/2023 | Sidharth Kandoi | Revised the AVR AP backup based on discussion with E. Jurick (Ajax). | 0.6 | $ 425.00 | $ 255.00 |
| 11/21/2023 | Sidharth Kandoi | Prepared the HOA dues schedule in different scenarios. | 0.9 | $ 425.00 | $ 382.50 |
| 11/21/2023 | Sidharth Kandoi | Reconciled the HOA AR with AVR AP files. | 0.7 | $ 425.00 | $ 297.50 |
| 11/21/2023 | Sidharth Kandoi | Prepared the HOA dues schedule from the HOA AR file sent by the lenders. | 1.1 | $ 425.00 | $ 467.50 |
| 11/21/2023 | Sidharth Kandoi | Reviewed the HOA dues file sent by the lenders. | 0.6 | $ 425.00 | $ 255.00 |
| 11/21/2023 | Sidharth Kandoi | Call with J. Caldwell (Stout) to discuss the HOA payment rec. | 0.3 | $ 425.00 | $ 127.50 |
| 11/21/2023 | Sidharth Kandoi | Call with J. Caldwell (Stout) to discuss the HOA payment rec. | 0.2 | $ 425.00 | $ 85.00 |
| 11/21/2023 | Sidharth Kandoi | Call with D. Jones (Stout) to review the MOR. | 0.2 | $ 425.00 | $ 85.00 |
| 11/22/2023 | Douglas Brickley | Reviewed correspondence from AJAX counsel and corresponded with counsel regarding the same. | 0.3 | $ 750.00 | $ 225.00 |
| 11/22/2023 | Douglas Brickley | Prepared for and participated in call with OCS regarding HOA dues and other open items regarding to closings. | 0.9 | $ 750.00 | $ 675.00 |
| 11/22/2023 | Douglas Brickley | Reviewed proposed amendment to APA from an extension of the closing date and corresponded with counsel and Stout team. | 0.8 | $ 750.00 | $ 600.00 |
| 11/22/2023 | Douglas Brickley | Reviewed information on Fidelity National data breach and corresponded with counsel regarding status of closing. | 1.3 | $ 750.00 | $ 975.00 |
| 11/22/2023 | Douglas Brickley | Reviewed latest HOA fee reconciliation and corresponded with Stout team regarding the same. | 0.9 | $ 750.00 | $ 675.00 |
| 11/22/2023 | Douglas Brickley | Call with J. Caldwell (Stout) over alternative scenario to HOA dues. | 0.4 | $ 750.00 | $ 300.00 |
| 11/22/2023 | Joshua Caldwell | Updated HOA dues analysis and sent to counsel. | 0.3 | $ 450.00 | $ 135.00 |
| 11/22/2023 | Joshua Caldwell | Call with D. Brickley (Stout) over alternative scenario to HOA dues. | 0.4 | $ 450.00 | $ 180.00 |
| 11/24/2023 | Douglas Brickley | Prepared for and participated in call with OCS regarding HOA fee issues and reconciliation. | 1.2 | $ 750.00 | $ 900.00 |

Exhibit A - Stout Risius Ross LLC - Fee Detail
**STRUDEL HOLDINGS LLC and AVR AH LLC**
Case No. 23-90757

| Date | Timekeeper | Description | Hours | Rates | Fees |
|---|---|---|---|---|---|
| 11/25/2023 | Douglas Brickley | Reviewed HOA fee reconciliation and corresponded with counsel and Stout regarding the same. | 1.2 | $ 750.00 | $ 900.00 |
| 11/25/2023 | Douglas Brickley | Reviewed correspondence between OCS and the HOA regarding open HOA fee amounts and corresponded with Stout and counsel. | 0.8 | $ 750.00 | $ 600.00 |
| 11/25/2023 | Douglas Brickley | Prepared for and participated in call with OCS, OCS's counsel, and debtor's counsel regarding HOA fees and proposed resolution of open issues. | 1.1 | $ 750.00 | $ 825.00 |
| 11/25/2023 | Joshua Caldwell | Reviewed additional HOA fee information sent with correspondence email sent to project team to update analysis. | 1.4 | $ 450.00 | $ 630.00 |
| 11/26/2023 | David Jones | Call with J. Caldwell (Stout) to discuss reconciliation of HOA invoices for AVR AH LLC. | 0.1 | $ 325.00 | $ 32.50 |
| 11/26/2023 | Douglas Brickley | Reviewed HOA fee analysis from HOA staff and discussed with Stout team and counsel. | 0.6 | $ 750.00 | $ 450.00 |
| 11/26/2023 | Douglas Brickley | Prepared for and participated in call with counsel, AJAX, and AJAX counsel regarding status of sale and path forward. | 1.2 | $ 750.00 | $ 900.00 |
| 11/26/2023 | Douglas Brickley | Prepared for and participated in call with counsel and counsel to AJAX regarding status of sale. | 0.5 | $ 750.00 | $ 375.00 |
| 11/26/2023 | Douglas Brickley | Call with counsel regarding HOA dues issues and status of sale to OCS and the status of the backup bidder. | 0.4 | $ 750.00 | $ 300.00 |
| 11/26/2023 | Joshua Caldwell | Continued review of HOA data with reconciliation adjusted as such. | 0.8 | $ 450.00 | $ 360.00 |
| 11/26/2023 | Joshua Caldwell | Updates made to HOA dues reconciliation and send to project team for final review. | 1.7 | $ 450.00 | $ 765.00 |
| 11/26/2023 | Joshua Caldwell | Call with D. Jones (Stout) to discuss reconciliation of HOA invoices for AVR AH LLC. | 0.1 | $ 450.00 | $ 45.00 |
| 11/27/2023 | David Jones | Prepared reconciliation of the US Trustee quarterly fees paid versus owed. | 0.3 | $ 325.00 | $ 97.50 |
| 11/27/2023 | David Jones | Call with J. Caldwell (Stout) and S. Kandoi (Stout) to discuss updates to reconciliation of HOA invoices. | 0.1 | $ 325.00 | $ 32.50 |
| 11/27/2023 | David Jones | Call with E. Jurick (Ajax) and AVR HOA team to discuss reconciliation of HOA Invoices. | 0.9 | $ 325.00 | $ 292.50 |
| 11/27/2023 | David Jones | Call with S. Kandoi (Stout) to further discuss reconciliation of HOA Invoices for AVR AH LLC. | 0.2 | $ 325.00 | $ 65.00 |
| 11/27/2023 | David Jones | Call with S. Kandoi (Stout) to discuss reconciliation of HOA Invoices for AVR AH LLC. | 0.2 | $ 325.00 | $ 65.00 |
| 11/27/2023 | David Jones | Reviewed correspondence re: reconciliation of HOA invoices for AVR AH LLC. | 0.3 | $ 325.00 | $ 97.50 |
| 11/27/2023 | Douglas Brickley | Reviewed OCS's HOA fee analysis and corresponded with Stout regarding the same. | 0.6 | $ 750.00 | $ 450.00 |
| 11/27/2023 | Douglas Brickley | Reviewed revised HOA fee reconciliation and corresponded with counsel regarding the same. | 0.4 | $ 750.00 | $ 300.00 |
| 11/27/2023 | Douglas Brickley | Reviewed proposed 2nd amendment to PSA from OCS. | 0.3 | $ 750.00 | $ 225.00 |
| 11/27/2023 | Douglas Brickley | Reviewed proof of finds from OCS and corresponded with AJAX and counsel regarding the same. | 0.2 | $ 750.00 | $ 150.00 |
| 11/27/2023 | Douglas Brickley | Reviewed motion for emergency status conference and corresponded with counsel. | 0.2 | $ 750.00 | $ 150.00 |
| 11/27/2023 | Douglas Brickley | Corresponded with counsel regarding HOA dues resolution and other open issues for closing. | 0.5 | $ 750.00 | $ 375.00 |
| 11/27/2023 | Douglas Brickley | Prepared for and participated in call with OCS and Stout to discuss the HOA fee reconciliations. | 0.7 | $ 750.00 | $ 525.00 |
| 11/27/2023 | Douglas Brickley | Reviewed HOA fee reconciliations from the HOA and corresponded with Stout team regarding the same. | 1.3 | $ 750.00 | $ 975.00 |
| 11/27/2023 | Joshua Caldwell | Reviewed updated HOA reconciliation analysis. | 1.1 | $ 450.00 | $ 495.00 |
| 11/27/2023 | Joshua Caldwell | Call with lenders and D. Brickley (Stout) to discuss HOA dues reconciliation. | 0.5 | $ 450.00 | $ 225.00 |
| 11/27/2023 | Joshua Caldwell | Call with AVR HOA, Stout, and Ajax to reconcile HOA dues. | 0.9 | $ 450.00 | $ 405.00 |
| 11/27/2023 | Joshua Caldwell | Call with S. Kandoi (Stout) to review the HOA dues reconciliation. | 0.5 | $ 450.00 | $ 225.00 |
| 11/27/2023 | Joshua Caldwell | Call with D. Jones (Stout) & S. Kandoi (Stout) to review the HOA dues summary. | 0.2 | $ 450.00 | $ 90.00 |
| 11/27/2023 | Sidharth Kandoi | Call with D. Jones (Stout) to review the HOA dues reconciliation. | 0.2 | $ 425.00 | $ 85.00 |
| 11/27/2023 | Sidharth Kandoi | Call with J. Caldwell (Stout) to review the HOA dues reconciliation. | 0.5 | $ 425.00 | $ 212.50 |
| 11/27/2023 | Sidharth Kandoi | Updated the HOA dues rec for the suggested changes by HOA. | 0.2 | $ 425.00 | $ 85.00 |
| 11/27/2023 | Sidharth Kandoi | Reconciled the Member's funding application to the Monthly membership dues. | 0.7 | $ 425.00 | $ 297.50 |
| 11/27/2023 | Sidharth Kandoi | Reviewed and finalized the Member funding application and HOA dues outstanding. | 0.8 | $ 425.00 | $ 340.00 |
| 11/27/2023 | Sidharth Kandoi | Updated and edited the HOA dues reconciliation. | 0.7 | $ 425.00 | $ 297.50 |
| 11/27/2023 | Sidharth Kandoi | Call with D. Brickley (Stout), J. Caldwell (Stout), R. Johnson (UBS) and L. Kauffman (UBS) to review the HOA dues summary. | 0.5 | $ 425.00 | $ 212.50 |
| 11/27/2023 | Sidharth Kandoi | Call with J. Caldwell (Stout), D. Jones (Stout), E. Jurick (AVR), S. Chen (HOA) and J. Kohl (HOA) to review the HOA dues summary | 0.9 | $ 425.00 | $ 382.50 |
| 11/27/2023 | Sidharth Kandoi | Call with D. Jones (Stout) & J. Caldwell (Stout) to review the HOA dues summary | 0.2 | $ 425.00 | $ 85.00 |
| 11/27/2023 | Sidharth Kandoi | Call with J. Caldwell (Stout) and D. Jones (Stout) to discuss updates to reconciliation of HOA invoices. | 0.1 | $ 425.00 | $ 42.50 |
| 11/27/2023 | Sidharth Kandoi | Call with D. Jones (Stout) to further review the HOA dues reconciliation. | 0.2 | $ 425.00 | $ 85.00 |
| 11/28/2023 | Douglas Brickley | Reviewed proof of funds information for OCS. | 0.2 | $ 750.00 | $ 150.00 |

**Exhibit A - Stout Risius Ross LLC - Fee Detail**
**STRUDEL HOLDINGS LLC and AVR AH LLC**
Case No. 23-90757

| Date | Timekeeper | Description | Hours | Rates | Fees |
|---|---|---|---|---|---|
| 11/28/2023 | Douglas Brickley | Reviewed final reconciliation of HOA dues and corresponded with OCS regarding the same. | 1.2 | $ 750.00 | $ 900.00 |
| 11/29/2023 | David Jones | Pulled and reviewed 3 appraisals done on AVR AH property. | 0.2 | $ 325.00 | $ 65.00 |
| 11/30/2023 | Douglas Brickley | Call with OCS representative regarding sale and status conference. | 0.6 | $ 750.00 | $ 450.00 |
| 11/30/2023 | Douglas Brickley | Corresponded with counsel regarding status conference. | 0.4 | $ 750.00 | $ 300.00 |
| 11/30/2023 | Douglas Brickley | Prepared for and participated in status conference. | 1.6 | $ 750.00 | $ 1,200.00 |
| | | **TOTAL** | **122.5** | $ 496.41 | $ 60,810.00 |