Electronic Appearance Sheet

William Hao, Alston & Bird
Client(s): Wilmington Trust National Association

Timothy McConn, Yetter Coleman LLP
Client(s): Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their capacities as trustees of the Souki Family 2016 Trust and Special Counsel for the Debtors Strudel Holding, LLC and AVR AH, LLC and Debtors in Possession

Amy Farish, Yetter Coleman LLP
Client(s): Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their capacities as trustees of the Souki Family 2016 Trust and Special Counsel for the Debtors Strudel Holding, LLC and AVR AH, LLC and Debtors in Possession

Jamie Aycock, Yetter Coleman LLP
Client(s): Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their capacities as trustees of the Souki Family 2016 Trust and Special Counsel for the Debtors Strudel Holding, LLC and AVR AH, LLC and Debtors in Possession

Tad Davidson, Hunton Andrews Kurth LLP
Client(s): Ajax Holdings, LLC

Philip Guffy, Hunton Andrews Kurth LLP
Client(s): Ajax Holdings, LLC

Timothy McConn, Yetter Coleman LLP
Client(s): Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their capacities as trustees of the Souki Family 2016 Trust and Proposed Special Counsel for the Debtors Strudel Holding, LLC and AVR AH, LLC and Debtors in Possession

Jamie Aycock, Yetter Coleman LLP
Client(s): Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their capacities as trustees of the Souki Family 2016 Trust and Proposed Special Counsel for the Debtors Strudel Holding, LLC and AVR AH, LLC and Debtors in Possession

Amy Farish, Yetter Coleman LLP
Client(s): Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their capacities as trustees of the Souki Family 2016 Trust and Proposed Special Counsel for the Debtors Strudel Holding, LLC and AVR AH, LLC and Debtors in Possession

William Hao, Alston & Bird LLP
Client(s): Wilmington Trust National Association

Laura  Metzger, Orrick, Herrington & Sutcliffe
Client(s): Secured Parties

Timothy McConn, Yetter Coleman LLP

Electronic Appearance Sheet

Client(s): Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their capacities as trustees of the Souki Family 2016 Trust and Special Counsel for the Debtors Strudel Holding, LLC and AVR AH, LLC and Debtors in Possession

Jamie Aycock, Yetter Coleman LLP
Client(s): Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their capacities as trustees of the Souki Family 2016 Trust and Special Counsel for the Debtors Strudel Holding, LLC and AVR AH, LLC and Debtors in Possession

Amy Farish, Yetter Coleman LLP
Client(s): Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their capacities as trustees of the Souki Family 2016 Trust and Special Counsel for the Debtors Strudel Holding, LLC and AVR AH, LLC and Debtors in Possession

Joshua Wolfshohl, Porter Hedges LLP
Client(s): Debtors/Plaintiffs

Joshua Wolfshohl, Porter Hedges LLP
Client(s): Debtors/Plaintiffs

Aaron Power, Porter Hedges LLP
Client(s): Debtors/Plaintiffs

Josh Wolfshohl, Porter Hedges LLP
Client(s): Debtors

Aaron Power, Porter Hedges LLP
Client(s): Debtors

Timothy  McConn, Yetter Coleman LLP
Client(s): Plaintiffs AVR AH LLC, Strudel Holdings LLC, Charif Souki, and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, as Trustees of the Souki Family 2016 Trust

Barrett Reasoner, Gibbs & Bruns LLP
Client(s): Fleeger Family First LP

Mark  Giugliano, Gibbs & Bruns LP
Client(s): Fleeger Family First LP

Patrick Hughes, Haynes and Boone, LLP
Client(s): Fleeger Family First LP

Michael Warner, Pachulski Stang Ziehl & Jones, LLP
Client(s): Beyond the Beach LLC

Benjamin Wallen, Pachulski Stang Ziehl & Jones, LLP
Client(s): Beyond the Beach LLC

Electronic Appearance Sheet

Joseph Rovira, Hunton Andrews Kurth LLP
Client(s): Ajax Holdings LLC

Joshua Wolfshohl, Porter Hedges LLP
Client(s): Debtors' Counsel

Laura Metzger, Orrick, Herrington & Sutcliffe LLP
Client(s): Secured Parties

David Litterine-Kaufman, Orrick, Herrington & Sutcliffe LLP
Client(s): Secured Parties