United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 04, 2024
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | § Chapter 11 §|
| STRUDEL HOLDINGS LLC and AVR AH LLC, | § Case No. 23-90757 (CML) § |
| | § (Jointly Administered) § |
| Debtors.[1] | § |

# ORDER GRANTING DEBTORS' MOTION TO STRIKE PORTIONS OF APPELLANTS' DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL
**(Relates to Docket No. 262)**

The Court has considered the Debtors' Motion to Strike Portion of Appellants' Designation of Items to be Included in the Record on Appeal (the "Motion").[2] The Court finds that the Motion has merit and should be granted. Further, the Court finds that the Improper Designations were not considered by the Court at the Sale Hearing, and that such items should not be part of the record on appeal. Therefore, pursuant to Rule 8009(e) of the Federal Rules of Bankruptcy Procedure, it is:

**ORDERED** that the Motion is GRANTED as set forth herein; and it is further

**ORDERED** that the Improper Designations, including the Burke Declarations themselves as well as the following documents attached thereto, are stricken from the record on appeal:

| Burke Declaration Exhibit No. | Bankr. D.I. | Description |
|---|---|---|
| Ex. 2 | 75-3 | 2017 Loan Agreement |
| Ex. 3 | 75-4 | 2018 Loan Agreement |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The Debtors' service address is: PO Box 4068, Aspen, CO 81612.

[2] Defined terms used but not otherwise defined herein shall have the meaning provided in the Motion.

15045267

| Burke Declaration Exhibit No. | Bankr. D.I. | Description |
|---|---|---|
| Ex. 4 | 75-5 | 2017 Pledge Agreement |
| Ex. 5 | 75-6 | 2018 Pledge Agreement |
| Ex. 6 | 75-7 | 2017 Deed of Trust |
| Ex. 7 | 75-8 | 2018 Deed of Trust |
| Ex. 8 | 75-9 | Amendment No. 6 to the 2017 Loan Agreement |
| Ex. 9 | 75-10 | Amendment No. 4 to the 2018 Loan Agreement |
| Ex. 10 | 75-11 | 2017 Bridge Agreement |
| Ex. 11 | 75-12 | 2018 Bridge Agreement |
| Ex. 23 | 218-2 | Excerpts from the Transcript of the October 12, 2023 Deposition of Charif Souki |
| Ex. 24 | 218-3 | Excerpts from the Transcript of the September 6, 2023 Deposition of Douglas Brickley |

Signed: January 04, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

15045267