United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 11, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-90757 |
| STRUDEL HOLDINGS LLC, *et al.*, § | |
| Debtors. § | Jointly Administered |
| § | CHAPTER 11 |

### ORDER REGARDING EMERGENCY MOTION FOR EXPEDITED DISCOVERY FROM NONPARTY FIDELITY NATIONAL FINANCE INC. FILED BY 3RD PARTY PLAINTIFF FLEEGER FAMILY FIRST LP
**(RE: Docket No. 339)**

On January 10, 2024, Fleeger Family First LP ("**Fleeger**") filed its Emergency Motion ("**Motion**") for Expedited Discovery from Nonparty Fidelity National Financial Inc. at Docket No. 339. The Motion asks the Court to enter an order authorizing Fleeger to issue an expedited subpoena to Fidelity National Financial Inc. and/or its affiliate ("**Fidelity**") to sit for a remote deposition and produce documents by January 19, 2024, and requiring Fidelity to raise any objection to the subpoena—not the Motion—by Saturday, January 13, 2024.

The certificate of service annexed to the Motion states that Fleeger's counsel caused a copy of the Motion to be served by the ECF System for the United States Bankruptcy Court for the Southern District of Texas. It does not appear that Fidelity received notice of the Motion via the ECF System as a recipient. So there is no proof that Fidelity was served with a copy of the Motion.

The Court grants Fleeger leave to file a supplemental certificate of service evidencing that Fidelity was served with a copy of the Motion. The Court will then consider an emergency hearing about the Motion.

Signed: January 11, 2024

Christopher Lopez
United States Bankruptcy Judge