United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-90757 |
| STRUDEL HOLDINGS LLC, *et al.*, § | |
| Debtors. § | Jointly Administered |
| § | CHAPTER 11 |

**ORDER REGARDING MOTION TO COMPEL DISCOVERY**
**[Relates to: Docket No. 349]**

Fleeger Family First LP's Emergency Motion to Compel Discovery from the Secured Parties [Docket No. 349] is granted to extent provided by the Court on the record at the hearing held on January 17, 2023.

Signed: January 17, 2024

_____
Christopher Lopez
United States Bankruptcy Judge