United States Bankruptcy Court
Southern District of Texas

**ENTERED**

January 20, 2024

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-90757 |
| STRUDEL HOLDINGS LLC, *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

### ORDER RELATING TO THE
### CHARIF SOUKI STATEMENT AT DOCKET NO. 355

The Court reviewed the Statement of Charif Souki in Connection with Funding of Professional Fees at Docket No. 355[1] and several objections to the Statement filed at Docket Nos. 359, 363, and 364.

There is a hearing in this case on January 22 about unrelated matters. The Court will not discuss the Statement this hearing. Parties seeking a hearing about matters discussed in the Statement—including the alleged default under the DIP Credit Agreement—should file a request on the docket. But for the avoidance of doubt, and to provide some guidance, the Court orders:

Any agreement that has been, or may be, reached about the "Incurred Professional Fees" —as described in the Statement—is subject to the Bankruptcy Code, the Bankruptcy Rules, a hearing on proper notice, and an order from this Court approving any such agreement. Professionals may not accept payment on account of Incurred Professional Fees without an order from this Court.

Signed:  January 20, 2024

Christopher Lopez
United States Bankruptcy Judge

---

[1] The Statement is not signed by Mr. Souki. Instead, it is signed by one of his lawyers.