**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **STRUDEL HOLDINGS LLC and** | § | **Case No. 23-90757 (CML)** |
| **AVR AH LLC,** | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | |
| | § | |

**SIXTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2024 THROUGH JANUARY 31, 2024**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Debtors and Debtors-In-Possession |
| **Date of Retention Order:** | September 27, 2023 (Doc. No. 164) |
| **Period for which Fees and Expenses are Incurred:** | January 1, 2024 through and including January 31, 2024 |
| **Interim Fees Incurred:** | $125,313.50 |
| **Interim Payment of Fees Requested (80%):** | $100,250.80 |
| **Interim Expenses Incurred:** | $266.17 |
| **Total Fees and Expenses Due:** | $100,516.97 |

This is the Sixth Monthly Fee Statement.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  AVR AH LLC (0148) and Strudel Holdings LLC (5426).  The Debtors' service address is: PO Box 4068, Aspen, CO 91612.

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Debtors and Debtors-In-Possession (the "Debtors' Counsel") submits this Fifth Monthly Fee Statement (the "Fee Statement") for the period from January 1, 2024 through January 31, 2024 (the "Application Period") in accordance with the Order Granting Debtors' Motion for an Order Under 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Docket No. 142] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $125,313.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $266.17 (the "Expenses"), for the period from January 1, 2024 through January 31, 2024.  Eighty percent (80%) of the fees equals $100,250.80 and one hundred percent (100%) of the Expenses equals $266.17 for a total requested amount of $100,516.97.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively.  A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoices for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $100,250.80 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $266.17 in the total amount of $100,516.97.

Dated:  February 9, 2023
   Houston, Texas

         **PORTER HEDGES LLP**

       By: */s/ Joshua W. Wolfshohl*
         Joshua W. Wolfshohl (TX Bar No. 24038592)
         Aaron J. Power (TX Bar No. 24058058)
         Michael B. Dearman (TX Bar No. 24116270)
         1000 Main St., 36th Floor
         Houston, TX 77002
         Tel: (713) 226-6000
         Fax: (713) 226-6248
         jwolfshohl@porterhedges.com
         apower@porterhedges.com
         mdearman@porterhedges.com

         **COUNSEL FOR DEBTORS**
         **AND DEBTORS IN POSSESSION**

<u>**CERTIFICATE OF SERVICE**</u>

  This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on February 9, 2024.

         */s/ Joshua W. Wolfshohl*
         Joshua W. Wolfshohl

15201613v1

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Case Administration | .60 | 207.00 |
| Asset Disposition | 129.50 | 99,661.50 |
| Claims Administration and Objections | 0.00 | 0.00 |
| Asset Analysis/Recovery | 0.00 | 0.00 |
| Adversary Proceedings/Litigation | .50 | 280.50 |
| Business Operations | 0.00 | 0.00 |
| Fee/Employment Applications | 13.80 | 9,363.00 |
| Financing/Cash Collateral | 13.90 | 11,370.50 |
| Meetings and Communications with Creditors | 0.00 | 0.00 |
| Relief from Stay/Adequate Protection | 0.00 | 0.00 |
| Assumption/Rejection of Leases and Contracts | 0.00 | 0.00 |
| Hearings | 3.10 | 1,321.50 |
| Plan and Disclosure Statement | 4.10 | 2,584.50 |
| Reporting | 1.00 | 525.00 |
| | | |
| **TOTAL** | **166.50** | 125,313.50 |

## <u>EXHIBIT 2</u>

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Assisted Legal Research | 207.55 |
| Delivery Service | 58.62 |
| | |
| **TOTAL** | **$ 266.17** |

15201613v1

**EXHIBIT 3**

**SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF**

| Professional | Hourly Rate | Total Hours |
|---|---:|---:|
| Joshua W. Wolfshohl | $875.00 | 69.00 |
| Heather K. Hatfield | $800.00 | 0.00 |
| Aaron J. Power | $795.00 | 59.50 |
| Anders T. C. Gibson | $725.00 | 0.00 |
| Michael B. Dearman | $565.00 | 0.00 |
| Jordan T. Stevens | $550.00 | 0.00 |
| Charles C. McGee | $545.00 | 10.50 |
| Kenesha L. Starling | $525.00 | 6.60 |
| Carey A. Sakert | $445.00 | 12.20 |
| Mitzie L. Webb | $405.00 | .30 |
| Eliana Garfias | $345.00 | 8.40 |
| | | |
| **TOTAL** | | **166.50** |

6

15201613v1

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 559419 |
| Date | 02/09/24 |
| | 018111-0002 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Case Administration**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $207.00 |
| Disbursements | 266.17 |
| Total Current Invoice | $473.17 |
| **TOTAL AMOUNT DUE** | **$473.17** |

EXHIBIT 4

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 559419 |
| Date | 02/09/24 |
| | 018111-0002 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through January 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/02/24 | EG | Review docket updates for upcoming deadlines and scheduled hearings. | 0.20 | 69.00 |
| 01/12/24 | EG | Attention to docketing of scheduled depositions. | 0.20 | 69.00 |
| 01/16/24 | EG | Review docket updates for scheduled hearings and upcoming deadlines. | 0.20 | 69.00 |
| **Total Services** | | | **0.60** | **$207.00** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|--------------------------|--|-------|-------|------|--------|
| EG | Eliana Garfias | Paralegal | 0.60 | 345.00 | 207.00 |

**Disbursements Summary**

| Description | Value |
|-------------|-------|
| Computer Assisted Legal Research | 207.55 |
| Delivery Service | 58.62 |
| **Total Disbursements** | **$266.17** |

| | |
|---|---|
| **Invoice Total** | **$473.17** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 559420 |
| Date | 02/09/24 |
| | 018111-0004 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Asset Disposition**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $99,661.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $99,661.50 |
| **TOTAL AMOUNT DUE** | **$99,661.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

———————————————

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 559420 |
| Date | 02/09/24 |
| | 018111-0004 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through January 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/24 | CCM | Correspondence with opposing counsel regarding new closing docs and closing procedure. | 0.20 | 109.00 |
| 01/02/24 | AJP | Attention to emails regarding status of KYC for escrow account (.3); review lenders' response to Fleeger's emergency motion (.3); review PSA and lenders' argument regarding right to proxy vote at HOA meeting (.3); review draft escrow agreement (.2); calls with J. Wolfshohl and D. Brickley regarding issues related to closing and pending motion filed by Fleeger (.6); call with M. Warner regarding potential settlement discussion and email D. Brickley summary of same (.3); review ComputerShare comments to escrow agreement and circulate comments (.1). | 2.10 | 1,669.50 |
| 01/02/24 | JWW | Several emails with Orrick and CRO regarding sale timeline and closing documents (1.0); conference with D. Brickley and A. Power regarding same (1.2); review notice of hearing and emails regarding same (.2). | 2.40 | 2,100.00 |
| 01/03/24 | AJP | Call with J. Wolfshohl and D. Brickley regarding strategy for status conference (.5); review Fleeger's response in support of emergency motion (.1); attention to emails regarding structure of proposed escrow agreement (.1); call with J. Wolfshohl regarding preparation and strategy for status conference on Fleeger's emergency motion (.3); attend emergency status conference on Fleeger motion (1.4). | 2.40 | 1,908.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 559420 |
| Date | 02/09/24 |
| | 018111-0004 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/03/24 | JWW | Meet with A. Power and conferences with D. Brickley regarding hearing on motion to reconsider (.5); review motion and response in preparation for hearing (.2); conference with T. Davidson and J. Rovira regarding same (.6); meet with A. Power (.2); conference with A. Power and D. Brickley regarding hearing and status of sale documents (.5); conference with P. Hughes (.4); prepare for and attend hearing (2.0); follow-up call with J. Rovira (.2); conferences with D. Brickley regarding sale status and DIP funding (.5); conference with L. Metzger regarding same (.6); conference and emails with J. Sparacino regarding same (.5); conference with A. Power regarding next steps with sale (.2). | 6.40 | 5,600.00 |
| 01/04/24 | CCM | Correspondence with title company regarding closing docs (.1); correspondence with A. Power and buyer's counsel regarding closing (.1). | 0.20 | 109.00 |
| 01/04/24 | AJP | Attention to emails regarding status of closing documents. | 0.20 | 159.00 |
| 01/05/24 | CAS | Email communications with A. Power, J. Wolfshohl, and with K. Haass (CIO) regarding collection of internal PH email in anticipation of discovery requests. | 0.30 | 133.50 |
| 01/05/24 | AJP | Review lenders' letter response in advance of hearing (.2); several conferences with J. Wolfshohl regarding strategy for hearing (.5); attention to emails regarding revisions to second amendment and escrow agreement (.3); attention to emails regarding KYC issues (.2); conference with D. Brickley and J. Wolfshohl after the hearing on next steps (.2); begin working with C. Sakert on PH document collection for discovery related to first amendment (1.0). | 2.40 | 1,908.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 4 |
| Inv# | 559420 |
| Date | 02/09/24 |
| | 018111-0004 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/05/24 | JWW | Review pleadings in preparation for hearing on motion to reconsider (.8); meet with A. Power regarding same and finalizing sale issues and Second Amendment (.5); review Second Amendment and emails with Orrick regarding same (.3); conference call with L. Metzger regarding hearing (.4); attend hearing (1.9); conference with J. Rovira regarding sale and DIP issues (.3). | 4.20 | 3,675.00 |
| 01/08/24 | CCM | Correspondence with title company regarding closing documents. | 0.20 | 109.00 |
| 01/08/24 | CAS | Continued email communications with A. Power, J. Wolfshohl, and with K. Haass (CIO) regarding collection of internal PH email. | 0.20 | 89.00 |
| 01/08/24 | AJP | Attention to emails regarding document collection for anticipated discovery requests. | 0.20 | 159.00 |
| 01/08/24 | JWW | Emails with D. Brickley and A. Power regarding next steps in sale process (.2); conference call regarding same and discovery/budgetary issues related to sale (.6); follow-up emails with counsel for DIP Lender (.2); review budget for sale transaction closing and provide comments to same (.2); emails with C. McGee regarding remaining open issues for sale with Lenders (.2). | 1.40 | 1,225.00 |
| 01/09/24 | KLS | Prepare initial draft of Debtors' Responses to Fleeger Family First LP's First Set of Requests for Production for A. Power's review. | 0.70 | 367.50 |

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                5
Inv#            559420
Date        02/09/24
          018111-0004
JOSHUA W. WOLFSHOHL

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/09/24 | CAS | Communications with K. Haass and A. Power regarding internal collection of email (.3); receive data collection from K. Haass (.2); process and de-dupe 250MB pst file (.7); conduct preliminary review to eliminate non-responsive items (.6); load new data into Eclipse database (.5); apply keyword management and persistent highlighting to facilitate more efficient review by attorneys (.3); conduct searches to identity and segregate any emails strictly internal to Porter Hedges for privilege review (.3); create review set for A. Power (.1); communications with A. Power regarding review and findings (.1). | 3.10 | 1,379.50 |
| 01/09/24 | AJP | Review discovery requests and correspondence from Fleeger and discuss responses with J. Wolfshohl (.5); internal emails and calls with Porter Hedges staff regarding collection of emails in response to document requests (.5); attention to emails with Fleeger and Lenders counsel regarding status of closing documents and open items for each (.3); review lender parties' discovery requests to Fleeger (.1) review and revise draft written responses to Fleeger request for production (.1). | 1.50 | 1,192.50 |
| 01/09/24 | JWW | Review discovery letter and requests for production (.3); meet with A. Power regarding same and collection of documents and discovery process (.2); conference with A. Power and D. Brickley regarding same (.4); conference with T. Davidson and J. Rovira regarding next steps in sale process and Soukis position on HOA issues (.8); further conferences with D. Brickley and A. Power (.3); emails with Fleeger's counsel and Lenders' counsel regarding discovery and status of closing after hearing (.4). | 2.40 | 2,100.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                    6
Inv#              559420
Date            02/09/24
                018111-0004
JOSHUA W. WOLFSHOHL

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/10/24 | CAS | Communications with A. Power and J. Wolfshohl regarding collection of text messages responsive to discovery requests (.2); communications with A. Power regarding document review project (.2). | 0.40 | 178.00 |
| 01/10/24 | AJP | Calls with J. Wolfshohl regarding document review and discovery responses (.5); emails with K. Starling regarding written responses to discovery (.2); emails with PH staff regarding collection of internal emails and text messages (.4); begin document review and drafting timeline of events for deposition prep (.6). | 1.70 | 1,351.50 |
| 01/10/24 | JWW | Multiple emails with Fleeger and Lender counsel regarding sale and closing issues (.5); conference with T. Davidson regarding discovery issues (.2); conference with A. Power regarding same and emails with C. McGee (.3); conference with N. Poli regarding discovery issues related to sale dispute (.3); conference with M. Doran regarding Fidelity information (.2); emails regarding same (.2); all hands conference call with Lender and Fleeger counsel regarding discovery (.6). | 2.30 | 2,012.50 |
| 01/11/24 | CAS | Communications with J. Caldwell at Stout regarding collection of email (.2); receive 200MB pst file from J. Caldwell (.2); begin processing new data (.4). | 0.80 | 356.00 |
| 01/11/24 | AJP | Review lender parties' 30(b)(6) depo notice and emails with D. Brickley regarding same (.1); emails and call with Fleeger counsel regarding potential emergency hearing on motion to take discovery from Fidelity (.2); attention to emails regarding status of second amendment (.1); continue document review and drafting detailed timeline of events (5.6); call with J. Wolfshohl regarding timeline (.4). | 6.40 | 5,088.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

Page 7
Inv# 559420
Date 02/09/24
018111-0004
JOSHUA W. WOLFSHOHL

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/11/24 | JWW | Work on discovery issues (1.2); emails and phone conference with A. Power regarding closing issues and next steps with sale hearing (.4); emails regarding issues with data recovery and document review (.5). | 2.10 | 1,837.50 |
| 01/12/24 | KLS | Review and revise Debtors' letter to the New York state court regarding the adversary trial proceeding (.3); revise initial draft of Debtors' Objections and Responses to Fleeger Family First LP's First Set of Requests for Production to incorporate comments from A. Power (.5); conduct research regarding ███████████████████████ ███████████████████████ ███ (3.4). | 4.20 | 2,205.00 |
| 01/12/24 | CAS | Email communications with J. Wolfshohl regarding PH collected email (.1); conduct searches in database to locate specific documents for A. Power and J. Wolfshohl (.2); continue processing and de-duping J. Caldwell's email data (.5); conduct preliminary review to eliminate non-responsive data (.3); load J. Caldwell's email into database (.3); create review set of Caldwell's email for A. Power (.3); receive additional PH email collection from K. Haass (.2); process and de-duping additional PH email collection (.7); review additional PH email collection to eliminate non-responsive data (.4); add roughly 300 new documents to database (.4); create review set for A. Power (.2); conduct review of email in database and identify additional duplicate data in 120 records (.5); perform email threading to assist in review (.5). | 4.60 | 2,047.00 |
| 01/12/24 | AJP | Emails with C. Sakert regarding collection and processing of PH and Stout emails (.5); call with J. Wolfshohl regarding privilege issues and email K. Starling regarding research assignment (.4); continue reviewing PH documents for production (2.4). | 3.30 | 2,623.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | | |
|---|---|---|
| Page | | 8 |
| Inv# | | 559420 |
| Date | | 02/09/24 |
| | | 018111-0004 |
| | | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/12/24 | JWW | Phone conference with A. Power regarding discovery related to sale (.1); emails regarding open issues (.3). | 0.40 | 350.00 |
| 01/13/24 | CAS | Communications with D. Brickey at Stout regarding collection of text messages (.2); receive text messages from Brickey (.1); being processing same (.2). | 0.50 | 222.50 |
| 01/13/24 | AJP | Review Stout documents for production and finish drafting timeline for D. Brickley depo prep. | 3.00 | 2,385.00 |
| 01/15/24 | CAS | Finish processing Brickey's text messages and add same to database for A. Power to review (.3); conduct QC in anticipation of production and confirm findings with A. Power (.6); begin preparing documents for production (.6). | 1.50 | 667.50 |
| 01/15/24 | AJP | Review D. Brickley text messages and emails with C. Sakert regarding document production. | 0.30 | 238.50 |
| 01/16/24 | CCM | Correspondence with title company regarding status of closing documents. | 0.10 | 54.50 |
| 01/16/24 | CAS | Finalize production of AVR000001-002192 and prepare download link for service of production on opposing counsel. | 0.80 | 356.00 |
| 01/16/24 | AJP | Attention to emails regarding extension of Fleeger outside closing date (.1); call with J. Wolfshohl regarding status of document production (.1); emails with C. Sakert regarding document production (.1); review and revise draft of written responses and objections to requests for production (.4); serve discovery responses and production (.1); attention to emails regarding changing D. Brickley deposition time (.1); attention to emails regarding witness and exhibit list for hearing (.1); attention to emails regarding privilege dispute between lenders and Fleeger (.1). | 1.10 | 874.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 9 |
| Inv# | 559420 |
| Date | 02/09/24 |
| | 018111-0004 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/16/24 | JWW | Work on discovery (1.0); phone conferences with M. Giugliano regarding D. Brickley deposition (.5); emails regarding discovery responses (.2); emails with L. Metzger regarding closing and second amendment (.2); conference with A. Power regarding discovery (.2); emails regarding joint privilege issue with Fleeger and Beyond the Beach (.2). | 2.30 | 2,012.50 |
| 01/17/24 | AJP | Conference with J. Wolfshohl regarding D. Brickley deposition prep and email D. Brickley outline (.2); review Fleeger's emergency motion to compel discovery (.1); attention to emails regarding status of closing documents for Fleeger and Lenders' potential sales (.2); prepare documents for meeting with D. Brickley on deposition prep (.4); meeting with D. Brickley to prepare for deposition (1.5). | 2.40 | 1,908.00 |
| 01/17/24 | JWW | Review outline of timeline and prepare for meeting with D. Brickley regarding deposition (1.0); meet with D. Brickley regarding deposition preparation (2.0); hearing on various motions regarding discovery (.6); emails and phone conference regarding statement to be filed with Court regarding capital contribution (.3); work on issues related to motion to extend exclusivity (.4). | 4.30 | 3,762.50 |
| 01/18/24 | CCM | Review Fleeger title company correspondence (.2); correspondence with J. Wolfshohl and A. Power (.1). | 0.30 | 163.50 |
| 01/18/24 | AJP | Meet with D. Brickley prior to deposition (.2); review and analyze Lenders' revisions to draft second amendment and email J. Caldwell regarding same (.2); respond to C. McGee about closing documents for back-up sale to Fleegers (.1); conference with J. Wolfshohl after D. Brickley deposition regarding deposition and hearing preparation (.3). | 0.80 | 636.00 |

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

|  | |
|---|---|
| Page | 10 |
| Inv# | 559420 |
| Date | 02/09/24 |
|  | 018111-0004 |
|  | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/18/24 | JWW | Meet with D. Brickley in preparation for deposition (.5); attend deposition of R. Johnson (2.8); meet with D. Brickley regarding same (.4); defend D. Brickley deposition (3.0); further meeting with D. Brickley regarding upcoming hearing and sale issues (.3). | 7.00 | 6,125.00 |
| 01/19/24 | KLS | Prepare Witness/Exhibit List for January 22nd Evidentiary Hearing for A. Power. | 0.30 | 157.50 |
| 01/19/24 | AJP | Review and approve exhibit list and attention to related emails (.1); attention to emails regarding negotiation over revisions to draft second amendment (.2). | 0.30 | 238.50 |
| 01/19/24 | JWW | Emails and phone conferences regarding finalizing Second Amendment with Lenders (.4); conference with J. Rovira regarding same (.3); several phone conferences with D. Brickley regarding same (.3); conference with A. Power regarding Monday hearing (.1); attend Fleeger Family Trust deposition (2.0). | 3.10 | 2,712.50 |
| 01/20/24 | CCM | Review and circulate closing documents from both Fleeger counsel and credit bid counsel to Hunton team. | 0.40 | 218.00 |
| 01/22/24 | AJP | Call with J. Wolfsohl to prepare for hearing (.3); call with Hunton regarding same (.5); review and revise second amendment to Lenders' asset purchase agreement (.8); listen to D. Brickley's testimony at hearing on motion to modify sale order (1.0). | 2.60 | 2,067.00 |
| 01/22/24 | JWW | Conference with Hunton regarding PH comments to Second Amendment and related issues (.8); conference with P. Hughes regarding hearing (.2); prepare for hearing with D. Brickley (1.0); attend hearing on motion to amend sale order (5.1). | 7.10 | 6,212.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 11 |
| Inv# | 559420 |
| Date | 02/09/24 |
| | 018111-0004 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/23/24 | AJP | Call with J. Wolfshohl reviewing hearing and discussing comments to second amendment. | 0.20 | 159.00 |
| 01/23/24 | JWW | Meet with A. Power regarding hearing and next steps with closing (.2); conference with D. Brickley regarding same and related issues (.6); conference with T. Davidson regarding Second Amendment (.3); further conference with T. Davidson regarding same (.2); emails regarding revisions to Second Amendment and status of sending to Lenders (.3). | 1.60 | 1,400.00 |
| 01/24/24 | CCM | Correspondence with A. Power and J. Wolfshohl regarding status of closing documents. | 0.20 | 109.00 |
| 01/24/24 | AJP | Attention to emails regarding estimate of taxes for closing and second amendment treatment of tax claims (.2); attention to emails regarding status of open items on closing checklist for lenders' sale (.2); several calls with J. Wolfshohl regarding revisions to second amendment (.5); revise second amendment and circulate new redline (.3). | 1.20 | 954.00 |
| 01/24/24 | JWW | Phone conference with L. Metzger regarding Second Amendment and resolution of fee dispute (.6); several phone conferences with D. Brickley regarding same (.3); conferences with T. Davidson and J. Rovira regarding Second Amendment and related issues (.3); revise and circulate order on emergency motion and Second Amendment (.5); several further emails and phone conferences with L. Metzger and A. Power regarding same (.7); emails regarding further requested changes to Second Amendment (.2). | 2.60 | 2,275.00 |
| 01/25/24 | CCM | Correspondence with J. Wolfshohl and A. Power regarding status of closing docs (.2); review, revise and circulate forms of closing documents to title company for review (.4); call with title company (.3); update closing documents for executions and circulate for execution by D. Brickley (1.1). | 2.00 | 1,090.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 12 |
| Inv# | 559420 |
| Date | 02/09/24 |
| | 018111-0004 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/25/24 | AJP | Attention to emails regarding closing documents for lenders' sale. | 0.20 | 159.00 |
| 01/25/24 | JWW | Phone conference with L. Metzger regarding status of second amendment, sale order and fee dispute (.3); review proposed revisions to documents and conferences with A. Power and D. Brickley regarding same (.7); further conference with L. Metzger regarding same (.3); emails regarding tax proration and related issues for second amendment (.4). | 1.70 | 1,487.50 |
| 01/26/24 | CCM | Correspondence with title company regarding drafts of documents and signature pages (.1); correspondence with J. Wolfshohl and A. Power (.1); call with J. Wolfshohl and D. Brickley (.1); call with E. Garfias (.1); review closing documents and prepare final execution package (.5); correspondence with title company regarding their approval of the execution package (.2). | 1.10 | 599.50 |
| 01/26/24 | AJP | Review lenders' redline to second amendment and discuss with J. Wolfshohl. | 0.20 | 159.00 |
| 01/26/24 | JWW | Conference with T. Davidson regarding Second Amendment and status of comments (.4); phone conference with D. Brickley regarding same and other open matters in case (.3); further conference with T. Davidson (.1); conference with L. Metzger regarding Second Amendment and fee dispute (.3); several further emails and conference with A. Power regarding same (.6). | 1.70 | 1,487.50 |
| 01/29/24 | CCM | Correspondence with J. Wolfshohl and A. Power regarding status of closing (.1); correspondence with opposing counsel regarding closing (.2); review title company changes to closing documents and circulate comments thereon (.8); circulate closing documents to Hunton team for review (.1). | 1.20 | 654.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 13 |
| Inv# | 559420 |
| Date | 02/09/24 |
| | 018111-0004 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/29/24 | AJP | Review order modifying sale order and discuss with J. Wolfshohl (.2); attention to emails with C. McGee and D. Brickley regarding status of closing in light of sale order (.2); review original sale order language regarding amendments to agreement and emails with J. Wolfshohl regarding same (.2); conference call with Hunton regarding second amendment to lenders' agreement (.3); call with L. Metzger regarding second amendment and attention to follow up emails regarding same and closing timeline (.3); call with J. Rovira about HOA fees for purchase price adjustment (.3); follow up email and call with D. Brickley regarding same (.5); review Soukis' redline of second amendment (.1). | 2.10 | 1,669.50 |
| 01/29/24 | JWW | Emails regarding closing issues, final signature pages and status of Second Amendment (.6); review order on sale (.2); conference with A. Power regarding closing (.4); conference with Souki's counsel regarding closing and revisions to Second Amendment (.5); several follow-up calls regarding revisions to Second Amendment and next steps in closing (1.2). | 2.90 | 2,537.50 |
| 01/30/24 | CCM | Correspondence with Hunton regarding closing document review (.2); revise and circulate FIRPTA (.2); call with seller's attorneys regarding closing (.2); meeting with A. Power (.1); correspondence with opposing counsel and debtor's counsel regarding outstanding items and closing documents (1.1). | 1.80 | 981.00 |
| 01/30/24 | AJP | Several conferences with J. Wolfshohl and call with D. Brickley regarding finalizing second amendment (.9); attention to numerous emails regarding status of closing documents and timing (.6); review notice of appeal and call with L. Metzger regarding same (.2); attention to emails regarding calculation of purchase price adjustment (.3); review emergency motion for stay pending appeal and email D. Brickley regarding same (.2). | 2.20 | 1,749.00 |

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 14 |
| Inv# | 559420 |
| Date | 02/09/24 |
| | 018111-0004 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/30/24 | JWW | Phone conference with T. Davidson regarding final closing issues (.3); phone conference with L. Metzger regarding same and revisions to Second Amendment (.2); review revisions and further discussions with A. Power regarding same and closing (.5); conference with L. Metzger regarding closing issues (.3); emails and conferences with PH team regarding final closing documents, closing logistics and issues with appeal (1.1); review motion for stay pending appeal and emails with CRO regarding same (.3); conferences with CRO regarding closing issues (.5). | 3.20 | 2,800.00 |
| 01/31/24 | CCM | Correspondence with opposing counsel, debtor's counsel and title company regarding closing (1.2); correspondence with J. Wolfshohl and A. Power regarding second amendment (.3); prepare and send revised signature page packet to D. Brickley (.2); review and circulate outstanding signature pages (.2); review and approve changes to deed (.2); call with J. Wolfshohl and A. Power on outstanding items and follow up related thereto with all parties (.2); call with all parties regarding closing (.2); correspondence regarding proof of funds and calls with D. Dregne, A. Power and J. Wolfshohl related thereto (.3). | 2.80 | 1,526.00 |
| 01/31/24 | AJP | Call with J. Wolfshohl regarding strategy related to stay pending appeal (.3); legal research regarding same (.4); draft notice of sale and attention to related emails (.2); numerous calls and emails related to closing (1.3). | 2.20 | 1,749.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 15 |
| Inv# | 559420 |
| Date | 02/09/24 |
| | 018111-0004 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/31/24 | JWW | Phone conference with L. Metzger regarding motion for stay (.2); meet with A. Power regarding same and closing status (.4); conference with T. Davidson and several follow-up emails regarding same (.7); numerous communications with CRO, Lenders and PH team regarding finalizing sale and closing (1.1); closing call (.2); further emails and conferences with PH team and lenders (.8); emails with T. Davidson (.1). | 3.50 | 3,062.50 |

| | | | | |
|---|---|---|---|---|
| **Total Services** | | | **129.50** | **$99,661.50** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|--------------------------|---|-------|-------|------|--------|
| AJP | Power, Aaron J. | Partner | 39.00 | 795.00 | 31,005.00 |
| JWW | Joshua W. Wolfshohl | Partner | 62.60 | 875.00 | 54,775.00 |
| CCM | Charles C. McGee | Associate | 10.50 | 545.00 | 5,722.50 |
| KLS | Kenesha L. Starling | Associate | 5.20 | 525.00 | 2,730.00 |
| CAS | Carey A. Sakert | Paralegal | 12.20 | 445.00 | 5,429.00 |

| | | |
|---|---|---|
| Total Disbursements | | $0.00 |

| | | |
|---|---|---|
| **Invoice Total** | | **$99,661.50** |

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 559421 |
| Date | 02/09/24 |
| | 018111-0009 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Fee/Employment Applications**

---

## Invoice Summary

| | |
|---|---|
| Professional Services | $9,363.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $9,363.00 |
| **TOTAL AMOUNT DUE** | **$9,363.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 559421 |
| Date | 02/09/24 |
| | 018111-0009 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through January 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/05/24 | AJP | Work on December fee statement and attention to related emails. | 0.30 | 238.50 |
| 01/08/24 | EG | Correspondence on draft PH fifth fee statement. | 0.20 | 69.00 |
| 01/08/24 | AJP | Review final draft of December fee statement and attention to related emails. | 0.10 | 79.50 |
| 01/09/24 | EG | Attention to email on finalizing PH's fee statement. | 0.10 | 34.50 |
| 01/10/24 | EG | Correspondence on PH and Stout's fee statements (.2); finalize and electronically file Stout's fee statement (.3); download and circulate filed version (.1); coordinate service of same (.2). | 0.80 | 276.00 |
| 01/10/24 | EG | Correspondence on PH and Stout Risius's fee statements (.2); receive, review, and electronically file Stout Risius's fee statement (.2); download and circulate filed copy (.1); coordinate service of same (.2); update case file (.1). | 0.80 | 276.00 |
| 01/10/24 | AJP | Review Stout fee statement and attention to related emails. | 0.10 | 79.50 |
| 01/21/24 | AJP | Review the Court's order regarding Souki statement on payment of fees (.1); several calls with J. Wolfshohl regarding motion to amend employment orders (.4); draft motion to amend Porter Hedges and Stout employment orders and J. Wolfsholh amended declaration in support (4.2); revise motion based on comments from J. Wolfshohl and circulate (.3). | 5.00 | 3,975.00 |
| 01/21/24 | JWW | Phone conferences with A. Power and review and revise motion to amend employment application. | 0.50 | 437.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

|  |  |
|---|---|
| Page | 3 |
| Inv# | 559421 |
| Date | 02/09/24 |
|  | 018111-0009 |
|  | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/22/24 | EG | Correspondence on emergency motion to amend employment orders (.2); receive, review, finalize, and electronically file same (.4); download and circulate same (.1); coordinate service of same (.2); update file accordingly (.1); email case manager on submission of same (.1); further emails on Stout's fee statement (.1); electronically file and serve same (.2). | 1.40 | 483.00 |
| 01/22/24 | AJP | Draft D. Brickley supplemental declaration and revise J. Wolfshohl declaration (.4); review J. Wolfshohl revisions to motion to amend employment orders (.1); final review and revision to motion to amend (.3); review and approve filing of Stout first interim fee application (.1). | 0.90 | 715.50 |
| 01/23/24 | EG | Correspondence on proposed order to emergency motion requesting amended orders. | 0.10 | 34.50 |
| 01/23/24 | AJP | Review redline to proposed order on motion to amend employment orders and discuss with J. Wolfshohl. | 0.20 | 159.00 |
| 01/23/24 | JWW | Phone conference with L. Metzger regarding potential resolution to fee issues and related items (.9); conference with J. Rovira regarding same (.5); further conferences and emails regarding same (.5). | 1.90 | 1,662.50 |
| 01/24/24 | AJP | Call and emails with J. Wolfshohl regarding proposed revisions to order on motion to amend employment orders to resolve Lenders objection. | 0.30 | 238.50 |
| 01/25/24 | AJP | Attention to emails regarding lenders' comments to proposed order amending employment order. | 0.10 | 79.50 |
| 01/29/24 | AJP | Discuss status of Souki funding with J. Wolfshohl and draft second supplemental disclosure. | 0.30 | 238.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 4 |
| Inv# | 559421 |
| Date | 02/09/24 |
| | 018111-0009 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/30/24 | EG | Correspondence on second supplemental declaration of J. Wolfshohl and D. Brickley (.2); receive, finalize, and electronically file same with court (.3); download and circulate filed version (.1). | 0.60 | 207.00 |
| 01/30/24 | AJP | Draft second supplemental declaration for D. Brickley and attention to related emails. | 0.10 | 79.50 |
| **Total Services** | | | **13.80** | **$9,363.00** |

### Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AJP | Power, Aaron J. | Partner | 7.40 | 795.00 | 5,883.00 |
| JWW | Joshua W. Wolfshohl | Partner | 2.40 | 875.00 | 2,100.00 |
| EG | Eliana Garfias | Paralegal | 4.00 | 345.00 | 1,380.00 |
| Total Disbursements | | | | | $0.00 |

| **Invoice Total** | **$9,363.00** |
|---|---|

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 559422 |
| Date | 02/09/24 |
| | 018111-0011 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Financing/Cash Collateral**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $11,370.50 |
| Disbursements | 0.00 |
| | |
| Total Current Invoice | $11,370.50 |
| | |
| **TOTAL AMOUNT DUE** | **$11,370.50** |

## PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

————————————————

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 559422 |
| Date | 02/09/24 |
| | 018111-0011 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through January 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 01/02/24 | AJP | Attention to emails regarding status of funding DIP (.2); call with J. Wolfshohl and D. Brickley regarding same (.5). | 0.70 | 556.50 |
| 01/03/24 | AJP | Review email history and compile outline of dispute over DIP funding. | 0.80 | 636.00 |
| 01/04/24 | AJP | Calls with J. Wolfshohl and D. Brickley regarding dispute over DIP funding (.6); begin drafting emergency motion to compel DIP funding (2.2). | 2.80 | 2,226.00 |
| 01/04/24 | JWW | Several conferences with D. Brickley regarding sale issues and DIP funding (1.7); conference with A. Power regarding same and motion to be filed with Court (.8); several phone conferences with J. Rovira and T. Davidson regarding same (1.1); emails with Orrick regarding same issues (.4). | 4.00 | 3,500.00 |
| 01/08/24 | AJP | Conference call with D. Brickley and J. Wolfshohl regarding status of negotiations on DIP funding and preparation of budget (.8); work on budget for remainder of January and attention to related calls and emails with J. Wolfshohl (1.0). | 1.80 | 1,431.00 |
| 01/09/24 | AJP | Finalize agenda for call with DIP lenders' counsel (.1); discuss budget issues with J. Wolfshohl prior to call (.2); conference call with DIP lenders counsel regarding go-forward budget and payment of past due amounts directly by C. Souki (.8); revise budget and attention to related emails with J. Wolfshohl (.3). | 1.40 | 1,113.00 |
| 01/10/24 | AJP | Continue revising proposed budget and email and call with J. Wolfshohl regarding same. | 0.50 | 397.50 |
| 01/11/24 | AJP | Continue working on go-forward budget (.4); calls and emails with J. Wolfshohl regarding same (.4). | 0.80 | 636.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 559422 |
| Date | 02/09/24 |
| | 018111-0011 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/17/24 | AJP | Review and revise draft of statement regarding C. Souki payment of fees. | 0.10 | 79.50 |
| 01/18/24 | AJP | Review Beyond the Beach objection to C. Souki payment of fees and email comments to D. Brickley and J. Wolfshohl (.3); call from J. Rovira regarding same (.2). | 0.50 | 397.50 |
| 01/19/24 | AJP | Review Lenders' objection to Souki's payment of fees. | 0.20 | 159.00 |
| 01/22/24 | AJP | Call with J. Wolfshohl and Hunton regarding dispute over C. Souki direct payment of professional fees. | 0.30 | 238.50 |
| **Total Services** | | | **13.90** | **$11,370.50** |

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AJP | Power, Aaron J. | Partner | 9.90 | 795.00 | 7,870.50 |
| JWW | Joshua W. Wolfshohl | Partner | 4.00 | 875.00 | 3,500.00 |

| | |
|---|---|
| Total Disbursements | $0.00 |

| | |
|---|---|
| **Invoice Total** | **$11,370.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 559423 |
| Date | 02/09/24 |
| | 018111-0012 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Adversary Proceedings/Litigation**

---

**Invoice Summary**

| | |
|---|---|
| Professional Services | $280.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $280.50 |
| **TOTAL AMOUNT DUE** | **$280.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 559423 |
| Date | 02/09/24 |
| | 018111-0012 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through January 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/05/24 | MLW | Confer with District Court Clerk regarding Order Striking Designation of Record (.2); update A. Power regarding same (.1). | 0.30 | 121.50 |
| 01/16/24 | AJP | Attention to emails regarding lenders' missed deadline to file opening appellant's brief. | 0.10 | 79.50 |
| 01/17/24 | AJP | Attention to emails regarding Lenders' opening appellants' brief and timing for response brief. | 0.10 | 79.50 |
| **Total Services** | | | **0.50** | **$280.50** |

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| AJP | Power, Aaron J. | Partner | 0.20 | 795.00 | 159.00 |
| MLW | Mitzie L. Webb | Paralegal | 0.30 | 405.00 | 121.50 |

| | |
|---|---|
| Total Disbursements | $0.00 |
| **Invoice Total** | **$280.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 559424 |
| Date | 02/09/24 |
| | 018111-0014 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Plan and Disclosure Statement**

---

### Invoice Summary

| | |
|---|---:|
| Professional Services | $2,584.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $2,584.50 |
| **TOTAL AMOUNT DUE** | **$2,584.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 559424 |
| Date | 02/09/24 |
| | 018111-0014 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through January 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/09/24 | AJP | Draft second motion to extend exclusivity (1.2); email J. Wolfshohl regarding strategy related to same (.1). | 1.30 | 1,033.50 |
| 01/10/24 | AJP | Revise motion to extend exclusivity and email Hunton regarding same. | 0.30 | 238.50 |
| 01/11/24 | AJP | Call with J. Wolfshohl regarding motion to extend exclusivity. | 0.10 | 79.50 |
| 01/16/24 | AJP | Attention to emails regarding motion to extend exclusivity. | 0.10 | 79.50 |
| 01/17/24 | AJP | Revise motion to extend exclusivity and email lenders' counsel regarding same. | 0.20 | 159.00 |
| 01/19/24 | AJP | Attention to emails regarding motion to extend exclusivity and discuss with J. Wolfshohl. | 0.30 | 238.50 |
| 01/22/24 | EG | Correspondence on second motion to extend exclusivity period (.2); receive, review, finalize, and electronically file same (.4); download and circulate same (.1); coordinate service of same (.2); update file accordingly (.1). | 1.00 | 345.00 |
| 01/22/24 | AJP | Final review and revisions to motion to extend exclusivity (.2); email case manager regarding hearing on same (.1). | 0.30 | 238.50 |
| 01/31/24 | EG | Correspondence on notice of sale (.2); receive, finalize, and electronically file same with court (.2); download and circulate filed version (.1). | 0.50 | 172.50 |
| **Total Services** | | | **4.10** | **$2,584.50** |

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 559424 |
| Date | 02/09/24 |
| | 018111-0014 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AJP | Power, Aaron J. | Partner | 2.60 | 795.00 | 2,067.00 |
| EG | Eliana Garfias | Paralegal | 1.50 | 345.00 | 517.50 |

Total Disbursements $0.00

**Invoice Total** **$2,584.50**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 559425 |
| Date | 02/09/24 |
| | 018111-0018 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Hearings**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $1,321.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $1,321.50 |
| **TOTAL AMOUNT DUE** | **$1,321.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 559425 |
| Date | 02/09/24 |
| | 018111-0018 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through January 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/24 | EG | Review notice of virtual hearing and docketing of same. | 0.20 | 69.00 |
| 01/05/24 | KLS | Attend Emergency Virtual Hearing regarding Reconsideration of Order Granting Secured Parties' Emergency Motion to Modify Sale Order to Extend Closing Date. | 1.40 | 735.00 |
| 01/19/24 | EG | Correspondence on witness/exhibit list filing related to the January 22nd hearing (.2); discuss same with M. Webb (.1); receive, review, and electronically file same with court (.2); download and circulate filed version (.1); update file (.1). | 0.70 | 241.50 |
| 01/23/24 | EG | Correspondence on hearing of emergency motion. | 0.10 | 34.50 |
| 01/24/24 | EG | Draft, circulate, and electronically file notice of hearing (.3); download and circulate filed version (.1); update file accordingly and coordinate service of same (.2); follow up emails with case manager on submission of same (.1). | 0.70 | 241.50 |
| **Total Services** | | | **3.10** | **$1,321.50** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| KLS | Kenesha L. Starling | Associate | 1.40 | 525.00 | 735.00 |
| EG | Eliana Garfias | Paralegal | 1.70 | 345.00 | 586.50 |

| | | | | | |
|---|---|---|---|---|---|
| Total Disbursements | | | | | $0.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 559425 |
| Date | 02/09/24 |
| | 018111-0018 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

**Invoice Total**                                                        **$1,321.50**

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

|  |  |
|---|---|
| Page | 1 |
| Inv# | 559426 |
| Date | 02/09/24 |
|  | 018111-0020 |
|  | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Reporting**

---

**Invoice Summary**

| | |
|---|---:|
| Professional Services | $525.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $525.00 |
| **TOTAL AMOUNT DUE** | **$525.00** |

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

————————————————

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 559426 |
| Date | 02/09/24 |
| | 018111-0020 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through January 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/22/24 | EG | Correspondence on monthly operating reports (.1); receive, review, and electronically file same (.3); download and circulate filed versions (.1); update file accordingly (.1). | 0.60 | 207.00 |
| 01/22/24 | AJP | Review December MOR and emails and call with J. Caldwell regarding revisions. | 0.40 | 318.00 |
| **Total Services** | | | **1.00** | **$525.00** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AJP | Power, Aaron J. | Partner | 0.40 | 795.00 | 318.00 |
| EG | Eliana Garfias | Paralegal | 0.60 | 345.00 | 207.00 |

| | |
|---|---|
| Total Disbursements | $0.00 |
| **Invoice Total** | **$525.00** |