United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 13, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-90757 |
| STRUDEL HOLDINGS LLC, *et al.*, § | |
| Debtors. § | Jointly Administered |
| § | CHAPTER 11 |

**SECOND ORDER RELATING TO THE**
**CHARIF SOUKI STATEMENT AT DOCKET NO. 355**

    It appears the Court failed to properly articulate sound guidance in its prior Order at Docket No. 371. Some Professionals continued to receive wire transfers well after the Court entered the Order. So to avoid any further confusion, no Professional is permitted to accept any more wire transfers from Charif Souki or any third party that may relate to professional fees incurred in this case without an order from this Court. The Court will consider this matter at the February 22 hearing.

Signed: February 13, 2024

_____
Christopher Lopez
United States Bankruptcy Judge