**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| STRUDEL HOLDINGS LLC and AVR AH LLC, | § | Case No. 23-90757 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

**NOTICE OF HEARING**
[Relates to Dkt. No. 386]

**PLEASE TAKE NOTICE** that *Debtors' Emergency Motion to Amend Orders Authorizing the Retention and Employment of Porter Hedges LLP as Counsel and Stout Risius Ross, LLC as Financial Advisor for the Debtors and Debtors in Possession and Douglas J. Brickley as Chief Restructuring Officer* [Dkt. No. 386] is set for hearing on **Thursday, February 22, 2024, at 1:00 p.m. CST** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 401, Houston, Texas 77002 (the "Hearing").

Participation at the hearing is permitted in-person and by audio and video connection pursuant to the Court's Post-COVID Reopening Plan.

For participants not attending in person, audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoTo platform. Connect via the free GoTo application or click the link on Judge Lopez's home page. The meeting code is "JudgeLopez." Click the settings

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The Debtors' service address is: PO Box 4068, Aspen, CO 81612.

1

15209580

icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

The Court will use both audio and video communication. If you want to see the documents as presented to the Court and hear the proceeding you should be (i) dialed in through the audio system, and (ii) logged into the Court's video via GoTo.

All documents filed in these Chapter 11 Cases may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of this page intentionally left blank*]

15209580

Dated: February 14, 2024.

Respectfully submitted,

*/s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
Aaron J. Power (TX Bar No. 24058058)
Michael B. Dearman (TX Bar No. 24116270)
Jordan T. Stevens (TX Bar No. 24106467)
1000 Main St., 36th Floor
Houston, TX 77002
Tel: (713) 226-6000
Fax: (713) 226-6248
jwolfshohl@porterhedges.com
apower@porterhedges.com
mdearman@porterhedges.com
jstevens@porterhedges.com

*Counsel for the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice has been served by U.S. First-Class Mail to parties in the attached Service List and by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on this the 14th day of February, 2024.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

15209580