IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:<br><br>STRUDEL HOLDINGS LLC and AVR AH LLC,<br>           Debtors. | Chapter 11<br><br>Case No. 23-90757 (CML)<br><br>(Jointly Administered) |
| NINETEEN77 CAPITAL SOLUTIONS A LP; BERMUDEZ MUTUARI, LTD; and WILMINGTON TRUST NATIONAL ASSOCIATION,<br><br>       Appellants,<br><br>v.<br><br>STRUDEL HOLDINGS, LLC and AVR AH LLC,<br><br>       Appellees. | Civil Action No. 23-cv-04401 (KPE) |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Bankruptcy Procedure 8023(a), Nineteen77 Capital Solutions A LP and Bermudez Mutuari, Ltd. (together, the "Lenders"), Wilmington Trust National Association, in its capacity as Administrative Agent (the "Administrative Agent" and together with the Lenders, the "Lender Parties" or "Appellants") and Strudel Holdings LLC and AVR AH LLC (together, the "Appellees"), hereby stipulate that the above-captioned appeal is and shall be dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

1

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 3rd of April, 2024.

                                              KEITH P. ELLISON
                                              UNITED STATES DISTRICT JUDGE

April 2, 2024                                                                         Respectfully Submitted,


ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ David Litterine-Kaufman*
Richard A. Jacobsen*
Darrell S. Cafasso*
Laura Metzger*
David Litterine-Kaufman*
Nicholas A. Poli*
Harry F. Murphy*
Mark Franke*
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Email: rjacobsen@orrick.com
dcafasso@orrick.com
lmetzger@orrick.com
dlitterinekaufman@orrick.com
npoli@orrick.com
hmurphy@orrick.com
mfranke@orrick.com

Ryan Wooten
Texas Bar No. 24075308
S.D. Tex. Bar No. 1259974
609 Main Street, 40th Floor
Houston, TX 77002
Telephone: (713) 658-6617
Email: rwooten@orrick.com

James W. Burke*
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 339-8400
Email: jburke@orrick.com
*Attorneys for Appellants*
  *Nineteen77 Capital Solutions A*
  *LP and Bermudez Mutuari, Ltd.*

ALSTON & BIRD LLP

By: */s/ Sam Bragg*
Sam Bragg
Texas Bar No. 24097413
S.D. Tex. Bar. No. 3395594
2200 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: Sam.Bragg@alston.com

William Hao*
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email:William.Hao@alston.com

Chris Riley*
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: Chris.Riley@alston.com

*Attorneys for Appellant*
  *Wilmington Trust National*
  *Association*


*Admitted pro hac vice

3

PORTER HEDGES LLP

By: */s/ Joshua W. Wolfshohl*

Joshua W. Wolfshohl (TX Bar No. 24038592)
Heather K. Hatfield (TX Bar No. 24050730)
Aaron J. Power (TX Bar No. 24058058)
1000 Main St., 36th Floor
Houston, TX 77002
Tel: (713) 226-6000
Fax: (713) 226-6248
jwolfshohl@porterhedges.com
hhatfield@porterhedges.com
apower@porterhedges.com

*Attorneys for Appellees*