**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **STRUDEL HOLDINGS LLC and** | § | **Case No. 23-90757 (CML)** |
| **AVR AH LLC,** | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | |
| | § | |

**NINTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY
COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
APRIL 1, 2024 THROUGH APRIL 30, 2024**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Debtors and Debtors-In-Possession |
| **Date of Retention Order:** | September 27, 2023 (Doc. No. 164) |
| **Period for which Fees and Expenses are Incurred:** | April 1, 2024 through and including April 30, 2024 |
| **Interim Fees Incurred:** | $37,492.50 |
| **Interim Payment of Fees Requested (80%):** | $29,994.00 |
| **Interim Expenses Incurred:** | $20.20 |
| **Total Fees and Expenses Due:** | $30,014.20 |

This is the Ninth Monthly Fee Statement.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  AVR AH LLC (0148) and Strudel Holdings LLC (5426).  The Debtors' service address is: PO Box 4068, Aspen, CO 91612.

15359724v1

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Debtors and Debtors-In-Possession (the "Debtors' Counsel") submits this Ninth Monthly Fee Statement (the "Fee Statement") for the period from April 1, 2024 through April 30, 2024 (the "Application Period") in accordance with the Order Granting Debtors' Motion for an Order Under 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Docket No. 142] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $37,492.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $20.20 (the "Expenses"), for the period from April 1, 2024 through April 30, 2024. Eighty percent (80%) of the fees equals $29,994.00 and one hundred percent (100%) of the Expenses equals $20.20 for a total requested amount of $30,014.20.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoices for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $29,994.00 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $20.20 in the total amount of $30,014.20.

Dated:  May 7, 2024.
       Houston, Texas

**PORTER HEDGES LLP**

By:    */s/ Joshua W. Wolfshohl*
       Joshua W. Wolfshohl (TX Bar No. 24038592)
       Aaron J. Power (TX Bar No. 24058058)
       Michael B. Dearman (TX Bar No. 24116270)
       1000 Main St., 36th Floor
       Houston, TX 77002
       Tel: (713) 226-6000
       Fax: (713) 226-6248
       jwolfshohl@porterhedges.com
       apower@porterhedges.com
       mdearman@porterhedges.com

**COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on May 7, 2024.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

3

15359724v1

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---:|---:|
| Case Administration | .50 | 262.50 |
| Asset Disposition | 0.00 | 0.00 |
| Claims Administration and Objections | 0.00 | 0.00 |
| Asset Analysis/Recovery | 0.00 | 0.00 |
| Adversary Proceedings/Litigation | 12.20 | 9,439.50 |
| Business Operations | 0.00 | 0.00 |
| Fee/Employment Applications | .60 | 207.00 |
| Financing/Cash Collateral | 0.00 | 0.00 |
| Meetings and Communications with Creditors | 25.20 | 21,898.00 |
| Relief from Stay/Adequate Protection | 0.00 | 0.00 |
| Assumption/Rejection of Leases and Contracts | 0.00 | 0.00 |
| Hearings | 7.00 | 5,306.00 |
| Plan and Disclosure Statement | 0.00 | 0.00 |
| Reporting | 1.10 | 379.50 |
| | | |
| **TOTAL** | **46.60** | **$37,492.50** |

15359724v1

## EXHIBIT 2

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---|
| Computer Assisted Legal Research | 20.20 |
| | |
| | |
| **TOTAL** | **$ 20.20** |

## **EXHIBIT 3**

**SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF**

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Joshua W. Wolfshohl | $875.00 | 31.50 |
| Aaron J. Power | $795.00 | 7.30 |
| Lauren B. Harris | $750.00 | 3.50 |
| Mitzie L. Webb | $405.00 | .30 |
| Eliana Garfias | $345.00 | 4.0 |
| | | |
| **TOTAL** | | **46.60** |

15359724v1

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 562845 |
| Date | 05/07/24 |
| | 018111-0002 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Case Administration**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $262.50 |
| Disbursements | 20.20 |
| Total Current Invoice | $282.70 |
| **TOTAL AMOUNT DUE** | **$282.70** |

EXHIBIT 4

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 562845 |
| Date | 05/07/24 |
| | 018111-0002 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through April 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/01/24 | AJP | Attention to emails regarding missing February MOR and US Trustee compliance issues. | 0.20 | 159.00 |
| 04/09/24 | EG | Review docket update for recent filings, scheduled hearings, and upcoming deadlines. | 0.20 | 69.00 |
| 04/11/24 | EG | Correspondence with M. Dearman on wiring instructions. | 0.10 | 34.50 |
| **Total Services** | | | **0.50** | **$262.50** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|--------------------------|---|-------|-------|------|--------|
| AJP | Aaron J. Power | Partner | 0.20 | 795.00 | 159.00 |
| EG | Eliana Garfias | Paralegal | 0.30 | 345.00 | 103.50 |

**Disbursements Summary**

| Description | Value |
|-------------|-------|
| Computer Assisted Legal Research | 20.20 |
| **Total Disbursements** | **$20.20** |

| **Invoice Total** | **$282.70** |
|---|---|

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 562846 |
| Date | 05/07/24 |
| | 018111-0009 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Fee/Employment Applications**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $207.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $207.00 |
| **TOTAL AMOUNT DUE** | **$207.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 562846 |
| Date | 05/07/24 |
| | 018111-0009 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through April 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/05/24 | EG | Correspondence on eighth fee statement of Stout (.1); coordinate service of same (.1). | 0.20 | 69.00 |
| 04/08/24 | EG | Correspondence on PH's monthly fee statement (.1); review draft of same (.1); coordinate service of filed version (.2). | 0.40 | 138.00 |
| **Total Services** | | | **0.60** | **$207.00** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|--------------------------|--|-------|-------|------|--------|
| EG | Eliana Garfias | Paralegal | 0.60 | 345.00 | 207.00 |

| | |
|---|---|
| Total Disbursements | $0.00 |

| | |
|---|---|
| **Invoice Total** | **$207.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 562847 |
| Date | 05/07/24 |
| | 018111-0012 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Adversary Proceedings/Litigation**

---

**Invoice Summary**

| | |
|---|---|
| Professional Services | $9,439.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $9,439.50 |
| **TOTAL AMOUNT DUE** | **$9,439.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                    2
Inv#              562847
Date            05/07/24
                018111-0012
JOSHUA W. WOLFSHOHL

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through April 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/01/24 | AJP | Review memorandum opinion ruling in favor of defendants in adversary proceeding. | 0.40 | 318.00 |
| 04/01/24 | JWW | Review Bankruptcy Court ruling (.5); conference with A. Power and D. Brickley and emails regarding same (.3). | 0.80 | 700.00 |
| 04/15/24 | LBH | Review email from J. Wolfshohl and memorandum and order in bankruptcy proceeding to address issue of finality of the order (.2); review legal treatises and relevant case authority relating to finality of bankruptcy orders (3.0); email to J. Wolfshohl regarding same (.3). | 3.50 | 2,625.00 |
| 04/15/24 | AJP | Review several rounds of redlines to mediation order from Hunton and lenders, attention to related emails, and discuss with J. Wolfshohl (.4); conference call with Hunton and T. McConn regarding appeal (.5); review notice of appeal and attention to related emails (.1). | 1.00 | 795.00 |
| 04/15/24 | JWW | Work on mediation order and multiple conferences and emails with participating parties regarding same (1.4); emails and phone conference with M. Warner (.3); emails regarding timing of mediation and moving status hearing (.5). | 2.20 | 1,925.00 |
| 04/16/24 | AJP | Conference call with Hunton and Orrick teams regarding open issues related to mediation order and discuss same with J. Wolfshohl. | 0.80 | 636.00 |
| 04/17/24 | AJP | Review Hunton's new redline of mediation order and attention to related emails (.2); review draft of Beyond the Beach motion to enforce sale order (.5); discuss same with J. Wolfshohl (.2); numerous calls and emails regarding status of mediation order draft and proposed language for including Beyond the Beach in mediation (.7). | 1.60 | 1,272.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 562847 |
| Date | 05/07/24 |
| | 018111-0012 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/18/24 | AJP | Attention to emails regarding revisions to proposed form of mediation order (.2); review order denying Beyond the Beach motion (.1). | 0.30 | 238.50 |
| 04/21/24 | EG | Correspondence on draft and filing of mediation order (.1); receive, review, and electronically file same with court (.2); download and circulate filed version (.1); forward same to case manager (.1). | 0.50 | 172.50 |
| 04/21/24 | AJP | Revise final draft of mediation order and attention to related emails. | 0.20 | 159.00 |
| 04/22/24 | MLW | Receive and file proposed Agreed Order Appointing Judge Isgur as Mediator (.2); confer with Court Case Manager regarding same (.1). | 0.30 | 121.50 |
| 04/22/24 | AJP | Revise mediation order and attention to related emails. | 0.30 | 238.50 |
| 04/24/24 | AJP | Review discovery requests from lenders and email D. Brickley and J. Wolfshohl regarding responding to same. | 0.30 | 238.50 |
| **Total Services** | | | **12.20** | **$9,439.50** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AJP | Aaron J. Power | Partner | 4.90 | 795.00 | 3,895.50 |
| JWW | Joshua W. Wolfshohl | Partner | 3.00 | 875.00 | 2,625.00 |
| LBH | Lauren B. Harris | Partner | 3.50 | 750.00 | 2,625.00 |
| EG | Eliana Garfias | Paralegal | 0.50 | 345.00 | 172.50 |
| MLW | Mitzie L. Webb | Paralegal | 0.30 | 405.00 | 121.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

Page          4
Inv#        562847
Date       05/07/24
018111-0012
JOSHUA W. WOLFSHOHL

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

TAX ID# 74-2174193

| | |
|---|---:|
| Total Disbursements | $0.00 |
| **Invoice Total** | **$9,439.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 562848 |
| Date | 05/07/24 |
| | 018111-0013 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Meetings and Communications with Creditors**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $21,898.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $21,898.00 |
| **TOTAL AMOUNT DUE** | **$21,898.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 562848 |
| Date | 05/07/24 |
| | 018111-0013 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through April 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/02/24 | AJP | Conference call with Hunton team regarding potential case resolutions (.5); meet with J. Wolfshohl to discuss strategy for approaching lenders regarding case resolution (.4). | 0.90 | 715.50 |
| 04/02/24 | JWW | Conference with D. Brickley regarding ruling and options for case (.6); conference with A. Power regarding same (.5); conference with L. Metzger regarding same (.5); conference with T. Davidson and J. Rovira regarding same (.5); further conference with L. Metzger and emails regarding administrative claims in case (.3); emails with US Trustee regarding chapter 11 UST fees (.3); conference with A. Power regarding strategy and upcoming status conference (.5). | 3.20 | 2,800.00 |
| 04/03/24 | JWW | Conference with M. Warner regarding next steps in case (1.1); conference with T. Davidson and J. Rovira regarding next steps in case and mediation (.6); conference with L. Metzger regarding same (.9); conference and emails with D. Brickley regarding same (.9). | 3.50 | 3,062.50 |
| 04/04/24 | JWW | Phone conference with L. Metzger regarding mediation. | 0.60 | 525.00 |
| 04/05/24 | JWW | Conference with L. Metzger regarding mediation parameters (.6); phone conference with T. Davidson regarding same (.6). | 1.20 | 1,050.00 |
| 04/08/24 | JWW | Emails with Judge Isgur's chambers regarding mediation. | 0.30 | 262.50 |
| 04/09/24 | AJP | Conference with J. Wolfshohl regarding potential mediation. | 0.20 | 159.00 |
| 04/09/24 | JWW | Conference with T. Davidson and emails regarding potential mediation. | 0.60 | 525.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 562848 |
| Date | 05/07/24 |
| | 018111-0013 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/10/24 | JWW | Conference with D. Brickely regarding mediation (.2); conference with L. Metzger regarding same (.4); conference with T. Davidson and follow-up emails regarding same (.3). | 0.90 | 787.50 |
| 04/11/24 | AJP | Attention to emails regarding mediation order. | 0.30 | 238.50 |
| 04/11/24 | JWW | Conference with M. Warner regarding HOA issues and mediation. | 0.60 | 525.00 |
| 04/12/24 | AJP | Discuss mediation and settlement strategy with J. Wolfshohl (.2); review and revise draft mediation order (.2); attention to related emails (.1). | 0.50 | 397.50 |
| 04/12/24 | JWW | Work on mediation order and emails with T. Davidson and L. Metzger regarding same. | 0.80 | 700.00 |
| 04/16/24 | JWW | Work on mediation order (.4); conference with D. Brickely regarding same (.4); conference with L. Metzger regarding same (.2); conference with Orrick and Hunton regarding final issues with mediation order (.7); further call with J. Rovira regarding same (.3); emails with L. Metzger regarding status (.1); conference with J. Rovira regarding status of comments to mediation order (.3). | 2.40 | 2,100.00 |
| 04/17/24 | JWW | Work on mediation order and numerous emails and phone conferences with case parties regarding same. | 3.00 | 2,625.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 4 |
| Inv# | 562848 |
| Date | 05/07/24 |
| | 018111-0013 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/18/24 | JWW | Conference with J. Rovira regarding mediation order and Brufsky motion (.3); conference with L. Metzger regarding same (.3); conference with M. Warner regarding moving hearing (.2); multiple calls with R. Saldana regarding same (.2); conference with L. Metzger regarding mediation order issues (.2); conference with D. Brickley regarding status of mediation (.3); review order from Judge Lopez regarding Brufsky motion and conference with A. Power and L. Metzger regarding same (.8); conference with T. Davidson regarding mediation order status (.4). | 2.70 | 2,362.50 |
| 04/19/24 | JWW | Several phone conferences and emails regarding mediation order and terms. | 2.00 | 1,750.00 |
| 04/23/24 | JWW | Review mediation procedures and emails with L. Metzger and T. Davidson regarding same. | 0.20 | 175.00 |
| 04/29/24 | JWW | Emails with L. Metzger and Soukis' counsel regarding form of judgment and related issues. | 0.30 | 262.50 |
| 04/30/24 | JWW | Conference with T. Davidson regarding meeting to discuss disposition of assets (.3); conference with L. Metzger regarding same and mediation (.7). | 1.00 | 875.00 |
| **Total Services** | | | **25.20** | **$21,898.00** |

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|--------------------------|--|-------|-------|------|--------|
| AJP | Aaron J. Power | Partner | 1.90 | 795.00 | 1,510.50 |
| JWW | Joshua W. Wolfshohl | Partner | 23.30 | 875.00 | 20,387.50 |

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 5 |
| Inv# | 562848 |
| Date | 05/07/24 |
| | 018111-0013 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

Total Disbursements $0.00

**Invoice Total** **$21,898.00**

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 562849 |
| Date | 05/07/24 |
| | 018111-0018 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Hearings**

---

### Invoice Summary

| | |
|---|---:|
| Professional Services | $5,306.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $5,306.00 |
| **TOTAL AMOUNT DUE** | **$5,306.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 562849 |
| Date | 05/07/24 |
| | 018111-0018 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through April 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/02/24 | EG | Review docket entry on scheduling of status conference (.1); correspondence on noticing of same (.1); draft notice and circulate for review (.2); finalize and electronically file notice with court (.2); coordinate service of same (.2). | 0.80 | 276.00 |
| 04/08/24 | AJP | Remotely attend status conference. | 0.30 | 238.50 |
| 04/08/24 | JWW | Prepare for and attend status conference (2.2); meet with Orrick team regarding mediation and related issues (1.0); conference with M. Warner regarding same (.5). | 3.70 | 3,237.50 |
| 04/15/24 | EG | Review docket update on rescheduling of status conference (.1); correspondence on notice of same (.1); draft and circulate for final approval (.2); electronically file same with court (.1); download and coordinate service of same (.2). | 0.70 | 241.50 |
| 04/22/24 | JWW | Conference with D. Brickley in preparation for hearing (.5); work on finalizing and filing of final mediation order (.5); follow-up calls and emails with mediation parties and Judge Isgur's case manager (.5). | 1.50 | 1,312.50 |
| **Total Services** | | | **7.00** | **$5,306.00** |

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AJP | Aaron J. Power | Partner | 0.30 | 795.00 | 238.50 |
| JWW | Joshua W. Wolfshohl | Partner | 5.20 | 875.00 | 4,550.00 |
| EG | Eliana Garfias | Paralegal | 1.50 | 345.00 | 517.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 562849 |
| Date | 05/07/24 |
| | 018111-0018 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

Total Disbursements $0.00

**Invoice Total** **$5,306.00**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 562850 |
| Date | 05/07/24 |
| | 018111-0020 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Reporting**

---

## Invoice Summary

| | |
|---|---|
| Professional Services | $379.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $379.50 |
| **TOTAL AMOUNT DUE** | **$379.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 562850 |
| Date | 05/07/24 |
| | 018111-0020 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through April 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/01/24 | EG | Correspondence on February operating reports (.1); review, finalize, and electronically file same with court (.3); download and circulate filed versions (.1); update file (.1). | 0.60 | 207.00 |
| 04/22/24 | EG | Attention to email on monthly operating reports. | 0.10 | 34.50 |
| 04/24/24 | EG | Review, finalize, and electronically file monthly operating reports (.3); download and circulate filed versions (.1). | 0.40 | 138.00 |
| **Total Services** | | | **1.10** | **$379.50** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| EG | Eliana Garfias | Paralegal | 1.10 | 345.00 | 379.50 |

| | |
|---|---|
| Total Disbursements | $0.00 |

| | |
|---|---|
| **Invoice Total** | **$379.50** |