IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| STRUDEL HOLDINGS LLC and | § | Case No. 23-90757 (CML) |
| AVR AH LLC[1] | § | |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**NINTH INTERIM MONTHLY FEE STATEMENT OF STOUT RISIUS ROSS, LLC
FOR THE PERIOD APRIL 1, 2024 THROUGH APRIL 30, 2024**

| | |
|---|---|
| NAME OF APPLICANT: | Stout Risius Ross, LLC |
| ROLE IN THE CASE: | Financial Advisor and Chief Restructuring Officer to the Debtors |
| DATE OF RETENTION: | September 27, 2023 [ECF #166] |
| TIME PERIOD: | April 1, 2024 through April 30, 2024 |
| CURRENT APPLICATION: | Total Fees:  $9,014.00 |
| | Fee Payment Request (80%):   $7,211.20 |
| | Total Expenses:  $0.00 |
| | Expense Payment Request (100%):   $0.00 |
| | Aggregate Interim Payment Request: $7,211.20 |

Stout Risius Ross, LLC ("Stout"), Financial Advisor and Douglas J. Brickley, Chief Restructuring Officer for Strudel Holdings and AVR AH LLC, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), in accordance with the Order Establishing Procedures for the Interim Compensation and Reimbursement of Expenses of Professionals [ECF # 142] (the "Interim Compensation Order"), submit our ninth monthly fee statement (the

---

[1] The debtors in these chapter 11 cases (the "Bankruptcy Case(s)"), along with the last four digits of each Debtor's federal tax identification number, as applicable, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The  Debtors' service address is:  PO Box 4068, Aspen, CO 81612.

"Monthly Statement") for the period of April 1, 2024 through April 30, 2024 (the "Monthly Statement Fee Period").

1. Attached as **Exhibit A** is the summarized time by Stout professional and attached as **Exhibit B** is the itemized time records of Stout's professionals and paraprofessionals for the chapter 11 case during the Monthly Statement Fee Period.

### Fees & Expenses Sought for the Fee Application Period

2. Stout incurred fees totaling $9,014.00 for services rendered and $0.00 in expenses in representing the Debtors during the Monthly Statement Fee Period.  The full amount of fees will be sought in fee applications to be filed at (approximately) three-month intervals.

3. Pursuant to the Interim Compensation Order, Stout seeks payment of $7,211.20, which represents 80% of Stout's fees for services rendered plus 100% of the expenses incurred on behalf of the Debtors during the Monthly Statement Fee Period.

### Notice and Objections

4. Pursuant to the Interim Compensation Order, notice of this Monthly Statement has been served upon the following parties (collectively, the "Fee Parties"): (i) the Debtors; (ii) Debtors' counsel; (iii) counsel to the O'Connor Defendants; and (iv) the Office of the United States Trustee for the Southern District of Texas.

5. In the event that a Fee Party objects to this Monthly Fee Statement, the objecting Fee Party shall serve its Objection in writing to Stout and the other Fee Parties on or before the Objection Deadline.  For the avoidance of doubt, the Objection shall not be filed on the docket in

the Chapter 11 Cases. The Objection must identify with specificity the objectionable fees or expenses, including the amount of such fees or expenses, and the basis for such Objection.

6.	If no Objections are served, the Debtors will pay Stout the amount due in the ordinary course of business, subject only to applicable Orders of the Court and the approved Budgets.

**DATED**:  May 10, 2024

**STOUT RISIUS ROSS, LLC**

By: _____/s/ *Douglas J. Brickley*_____
    Douglas J. Brickley
    dbrickley@stout.com

**CHIEF RESTRUCTURING OFFICER AND FINANCIAL ADVISOR TO THE DEBTORS**

**Stout Risius Ross LLC**
**Exhibit A - Summary of Time Detail by Professional**
**Strudel Holdings LLC and AVR AH LLC     Case No. 23-90757**

| Professional | Title | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Douglas Brickley | Managing Director | $ 750.00 | 1.8 | $ 1,350.00 |
| Joshua Caldwell | Senior Manager | $ 450.00 | 4.1 | $ 1,845.00 |
| Sidharth Kandoi | Manager | $ 425.00 | 5.7 | $ 2,422.50 |
| David Jones | Analyst | $ 325.00 | 4.3 | $ 1,397.50 |
| K Gupta | Analyst | $ 285.00 | 3.5 | $ 997.50 |
| Max Salhani | Analyst | $ 285.00 | 2.9 | $ 826.50 |
| Carla Elliott | Admin | $ 125.00 | 1.4 | $ 175.00 |
| **Total** | | | **23.70** | **$ 9,014.00** |

**Stout Risius Ross LLC**
**Exhibit B - Time Detail of Task by Professional**
**Strudel Holdings LLC and AVR AH LLC        Case No. 23-90757**

| Date | Timekeeper | Description | Hours | Rates | Fees |
|---|---|---|---|---|---|
| 4/1/2024 | David Jones | Prepared schedule of the Strudel Holdings disbursements for Q4 2023 to reconcile UST Fee. | 0.4 | 325.00 | 130.00 |
| 4/1/2024 | Douglas Brickley | Reviewed UST quarterly fee reconciliation and corresponded with counsel and Stout regarding the same. | 0.3 | 750.00 | 225.00 |
| 4/1/2024 | Joshua Caldwell | UST fees reconciliation and correspondence with UST and counsel. | 0.7 | 450.00 | 315.00 |
| 4/2/2024 | David Jones | Updated schedule of the Strudel Holdings disbursements for Q4 2023 to reconcile UST Fee. | 0.2 | 325.00 | 65.00 |
| 4/4/2024 | Carla Elliott | Prepared PDF exhibits and reconciled to professional worksheets. | 0.4 | 125.00 | 50.00 |
| 4/4/2024 | Carla Elliott | Reviewed fee statement as it relates to professional call logs. Adjusted and edited professional call logs, where necessary. | 0.4 | 125.00 | 50.00 |
| 4/4/2024 | Carla Elliott | Consolidated professional fee detail to prepare first draft of eighth interim fee statement. | 0.6 | 125.00 | 75.00 |
| 4/5/2024 | Joshua Caldwell | Reviewed and finalized fee statement. | 0.8 | 450.00 | 360.00 |
| 4/5/2024 | Sidharth Kandoi | Reviewed March Fee Statement. | 0.4 | 425.00 | 170.00 |
| 4/8/2024 | Joshua Caldwell | Prepared for and attended hearing. | 0.5 | 450.00 | 225.00 |
| 4/8/2024 | Joshua Caldwell | Call with S. Kandoi (Stout) on case tasks needed. | 0.1 | 450.00 | 45.00 |
| 4/8/2024 | Sidharth Kandoi | Reviewed and collated the files for UST fee calculation. | 0.2 | 425.00 | 85.00 |
| 4/8/2024 | Sidharth Kandoi | Call with J. Caldwell (Stout) on case tasks needed. | 0.1 | 425.00 | 42.50 |
| 4/9/2024 | David Jones | Call with K. Gupta (Stout) to discuss and review UST Fee calculation. | 0.4 | 325.00 | 130.00 |
| 4/9/2024 | David Jones | Call with K. Gupta (Stout) to discuss calculation US Trustee fee based on disbursements data. | 0.2 | 325.00 | 65.00 |
| 4/9/2024 | K Gupta | Call with S. Kandoi (Stout) re: UST Fee Summary | 0.3 | 285.00 | 85.50 |
| 4/9/2024 | K Gupta | Prepared UST Fee calculation summary | 2.3 | 285.00 | 655.50 |
| 4/9/2024 | K Gupta | Call with D. Jones (Stout) to discuss calculation US Trustee fee based on disbursements data. | 0.2 | 285.00 | 57.00 |
| 4/9/2024 | K Gupta | Call with D. Jones (Stout) to discuss and review UST Fee calculation. | 0.4 | 285.00 | 114.00 |
| 4/10/2024 | Sidharth Kandoi | Reviewed and finalized UST Fee calculation. | 0.5 | 425.00 | 212.50 |
| 4/10/2024 | Sidharth Kandoi | Call with K. Gupta (Stout) re: UST Fee Summary | 0.3 | 425.00 | 127.50 |
| 4/12/2024 | K Gupta | Call with S. Kandoi (Stout) and M. Salhani (Stout) re: AP reconciliation | 0.3 | 285.00 | 85.50 |
| 4/12/2024 | Max Salhani | Continued Invoice reconciliation analysis | 0.4 | 285.00 | 114.00 |
| 4/12/2024 | Max Salhani | Call w/ S. Kandoi (Stout) and K. Gupta (Stout) to discuss reconciliation results | 0.3 | 285.00 | 85.50 |
| 4/12/2024 | Max Salhani | Call w/ K. Gupta (Stout) to review AVR Invoice reconciliation | 0.3 | 285.00 | 85.50 |
| 4/12/2024 | Max Salhani | Invoice reconciliation analysis | 1.4 | 285.00 | 399.00 |
| 4/12/2024 | Max Salhani | Call with S. Kandoi (Stout) to review AP rec. | 0.3 | 285.00 | 85.50 |
| 4/12/2024 | Sidharth Kandoi | Call with M. Salhani (Stout) to review AP rec. | 0.3 | 425.00 | 127.50 |
| 4/12/2024 | Sidharth Kandoi | Call with K. Gupta (Stout) and M. Salhani (Stout) to review AP rec. | 0.3 | 425.00 | 127.50 |
| 4/15/2024 | Joshua Caldwell | Reviewed final invoices for payment. | 0.3 | 450.00 | 135.00 |
| 4/15/2024 | Joshua Caldwell | Call with S. Kandoi (Stout) over tasks needed to complete in AVR case. | 0.1 | 450.00 | 45.00 |
| 4/15/2024 | Joshua Caldwell | Correspondence with M. Salhani (Stout) for specific invoices from unpaid invoice analysis | 0.2 | 450.00 | 90.00 |
| 4/15/2024 | Max Salhani | Correspondence with J. Caldwell (Stout) for specific invoices from unpaid invoice analysis | 0.2 | 285.00 | 57.00 |
| 4/15/2024 | Sidharth Kandoi | Correspondence with debtor team for MOR data. | 0.2 | 425.00 | 85.00 |
| 4/15/2024 | Sidharth Kandoi | Call with J. Caldwell (Stout) to review AVR Tasks. | 0.1 | 425.00 | 42.50 |
| 4/15/2024 | Sidharth Kandoi | Reviewed list of outstanding invoices for payment. | 0.7 | 425.00 | 297.50 |
| 4/17/2024 | Douglas Brickley | Reviewed Beyond the Beach objection to mediation order and discussed with Porter Hedges. | 0.4 | 750.00 | 300.00 |
| 4/18/2024 | David Jones | Prepared Monthly Operating Report for March 2024. | 1.4 | 325.00 | 455.00 |
| 4/18/2024 | David Jones | Reviewed data received for Monthly Operating Report for March 2024. | 0.4 | 325.00 | 130.00 |
| 4/19/2024 | David Jones | Finalized Monthly Operating Report packages for AVR AH and Strudel Holdings for March 2023. | 0.4 | 325.00 | 130.00 |
| 4/19/2024 | David Jones | Call with S. Kandoi (Stout) to discuss and review March Monthly Operating Report. | 0.5 | 325.00 | 162.50 |
| 4/19/2024 | David Jones | Continued to prepare monthly operating for March 2024 | 0.4 | 325.00 | 130.00 |
| 4/19/2024 | Sidharth Kandoi | Reviewed March MOR. | 0.5 | 425.00 | 212.50 |
| 4/19/2024 | Sidharth Kandoi | Call w/ D. Jones (Stout) to review the AVR-Strudel MOR for March. | 0.5 | 425.00 | 212.50 |
| 4/21/2024 | Joshua Caldwell | Reviewed MOR and sent to counsel. | 1.1 | 450.00 | 495.00 |
| 4/22/2024 | Douglas Brickley | Reviewed and approved March MOR's. | 0.3 | 750.00 | 225.00 |
| 4/23/2024 | Joshua Caldwell | Call with S. Kandoi (Stout) over UST fees. | 0.3 | 450.00 | 135.00 |
| 4/23/2024 | Sidharth Kandoi | Reviewed and finalized the UST fee rec. | 0.5 | 425.00 | 212.50 |
| 4/23/2024 | Sidharth Kandoi | Call w/ J. Caldwell (Stout) to discuss the UST fee rec. | 0.3 | 425.00 | 127.50 |
| 4/24/2024 | Douglas Brickley | Reviewed O'Connor's information request for mediation and corresponded with Porter Hedges regarding the same. | 0.8 | 750.00 | 600.00 |
| 4/29/2024 | Sidharth Kandoi | Finalized the UST Fee rec, including the third party disbursement notes. | 0.8 | 425.00 | 340.00 |