## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **STRUDEL HOLDINGS LLC and** | § | **Case No. 23-90757 (CML)** |
| **AVR AH LLC,** | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | |
| | § | |

## TENTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2024 THROUGH MAY 31, 2024

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Debtors and Debtors-In-Possession |
| **Date of Retention Order:** | September 27, 2023 (Doc. No. 164) |
| **Period for which Fees and Expenses are Incurred:** | May 1, 2024 through and including May 31, 2024 |
| **Interim Fees Incurred:** | $4,533.50 |
| **Interim Payment of Fees Requested (80%):** | $3,626.80 |
| **Interim Expenses Incurred:** | $177.80 |
| **Total Fees and Expenses Due:** | $3,804.60 |

This is the Tenth Monthly Fee Statement.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  AVR AH LLC (0148) and Strudel Holdings LLC (5426).  The Debtors' service address is: PO Box 4068, Aspen, CO 91612.

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Debtors and Debtors-In-Possession (the "Debtors' Counsel") submits this Tenth Monthly Fee Statement (the "Fee Statement") for the period from May 1, 2024 through May 31, 2024 (the "Application Period") in accordance with the Order Granting Debtors' Motion for an Order Under 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Docket No. 142] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $4,533.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $177.80 (the "Expenses"), for the period from May 1, 2024 through May 31, 2024.  Eighty percent (80%) of the fees equals $3,626.80 and one hundred percent (100%) of the Expenses equals $20.20 for a total requested amount of $3,804.60.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively.  A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoices for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $3,626.80 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $177.80 in the total amount of $3,804.60.

Dated:  June 7, 2024.
      Houston, Texas

**PORTER HEDGES LLP**

By:    */s/ Joshua W. Wolfshohl*
        Joshua W. Wolfshohl (TX Bar No. 24038592)
        Aaron J. Power (TX Bar No. 24058058)
        Michael B. Dearman (TX Bar No. 24116270)
        1000 Main St., 36th Floor
        Houston, TX 77002
        Tel: (713) 226-6000
        Fax: (713) 226-6248
        jwolfshohl@porterhedges.com
        apower@porterhedges.com
        mdearman@porterhedges.com

**COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on June 7, 2024.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

15411279v1

**EXHIBIT 1**

**SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees Requested |
|---|---:|---:|
| Case Administration | .40 | 158.00 |
| Asset Disposition | 0.00 | 0.00 |
| Claims Administration and Objections | 0.00 | 0.00 |
| Asset Analysis/Recovery | 0.00 | 0.00 |
| Adversary Proceedings/Litigation | .90 | 715.50 |
| Business Operations | 0.00 | 0.00 |
| Fee/Employment Applications | 2.50 | 862.50 |
| Financing/Cash Collateral | 0.00 | 0.00 |
| Meetings and Communications with Creditors | 3.0 | 2,625.00 |
| Relief from Stay/Adequate Protection | 0.00 | 0.00 |
| Assumption/Rejection of Leases and Contracts | 0.00 | 0.00 |
| Hearings | 0.00 | 0.00 |
| Plan and Disclosure Statement | 0.00 | 0.00 |
| Reporting | .50 | 172.50 |
|  |  |  |
| **TOTAL** | **7.30** | **$4,533.50** |

## <u>EXHIBIT 2</u>

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---|
| Computer Assisted Legal Research | 177.80 |
| | |
| | |
| **TOTAL** | **$ 177.80** |

## EXHIBIT 3

**SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF**

| Professional | Hourly Rate | Total Hours |
|---|---:|---:|
| Joshua W. Wolfshohl | $875.00 | 3.00 |
| Aaron J. Power | $795.00 | .90 |
| Carey A. Sakert | $445.00 | .20 |
| Eliana Garfias | $345.00 | 3.20 |
| | | |
| **TOTAL** | | **7.30** |

15411279v1

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 564086 |
| Date | 06/07/24 |
| | 018111-0002 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Case Administration**

---

### Invoice Summary

| | |
|---|---:|
| Professional Services | $158.00 |
| Disbursements | 177.80 |
| | |
| Total Current Invoice | $335.80 |
| | |
| **TOTAL AMOUNT DUE** | **$335.80** |

EXHIBIT 4

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 564086 |
| Date | 06/07/24 |
| | 018111-0002 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through May 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/02/24 | EG | Review docket updates for recent filings, upcoming deadlines and hearings. | 0.20 | 69.00 |
| 05/10/24 | CAS | Create FTP link for client to forward documents to A. Power. | 0.20 | 89.00 |
| **Total Services** | | | **0.40** | **$158.00** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| CAS | Carey A. Sakert | Paralegal | 0.20 | 445.00 | 89.00 |
| EG | Eliana Garfias | Paralegal | 0.20 | 345.00 | 69.00 |

**Disbursements Summary**

| Description | Value |
|---|---|
| Computer Assisted Legal Research | 177.80 |
| **Total Disbursements** | **$177.80** |

| | |
|---|---|
| **Invoice Total** | **$335.80** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 564087 |
| Date | 06/07/24 |
| | 018111-0009 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Fee/Employment Applications**

---

## Invoice Summary

| | |
|---|---:|
| Professional Services | $862.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $862.50 |
| **TOTAL AMOUNT DUE** | **$862.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 564087 |
| Date | 06/07/24 |
| | 018111-0009 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through May 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/07/24 | EG | Correspondence on draft and filing of PH's monthly fee statement (.2); receive, review, and incorporate revision to same (.2); coordinate service of same (.1). | 0.50 | 172.50 |
| 05/10/24 | EG | Correspondence on filing of Stout Risius 9th fee statement (.1); receive, review, and electronically file same with court (.2); download and circulate filed version (.1); coordinate service of same (.2); follow up emails on submission of same (.1). | 0.70 | 241.50 |
| 05/23/24 | EG | Draft PH's fee application and review PH fee statements. | 1.30 | 448.50 |
| **Total Services** | | | **2.50** | **$862.50** |

**Timekeeper Summary**

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| EG    Eliana Garfias | Paralegal | 2.50 | 345.00 | 862.50 |

| | |
|---|---|
| Total Disbursements | $0.00 |
| **Invoice Total** | **$862.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 564088 |
| Date | 06/07/24 |
| | 018111-0012 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Adversary Proceedings/Litigation**

---

### Invoice Summary

| | |
|---|---:|
| Professional Services | $715.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $715.50 |
| **TOTAL AMOUNT DUE** | **$715.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 564088 |
| Date | 06/07/24 |
| | 018111-0012 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through May 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/10/24 | AJP | Review and respond to J. Caldwell tracker of discovery requests and responsive documents. | 0.20 | 159.00 |
| 05/13/24 | AJP | Download and organize responsive documents from J. Caldwell for mediation discovery requests. | 0.20 | 159.00 |
| 05/17/24 | AJP | Discuss status of discovery responses with J. Wolfshohl. | 0.10 | 79.50 |
| 05/20/24 | AJP | Call with L. Metzger regarding HOA issue. | 0.30 | 238.50 |
| 05/30/24 | AJP | Attention to emails regarding DIP balance. | 0.10 | 79.50 |
| **Total Services** | | | **0.90** | **$715.50** |

### Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|--------------------------|---|-------|-------|------|--------|
| AJP | Aaron J. Power | Partner | 0.90 | 795.00 | 715.50 |

| | |
|---|---|
| Total Disbursements | $0.00 |

| | |
|---|---|
| **Invoice Total** | **$715.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 564089 |
| Date | 06/07/24 |
| | 018111-0013 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Meetings and Communications with Creditors**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $2,625.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $2,625.00 |
| **TOTAL AMOUNT DUE** | **$2,625.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 564089 |
| Date | 06/07/24 |
| | 018111-0013 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through May 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/01/24 | JWW | Emails and phone conference with Soukis' counsel regarding document production and mediation. | 0.50 | 437.50 |
| 05/04/24 | JWW | Conference with J. Rovira regarding mediation issues (.3); conference with L. Metzger regarding same and other open issues in case (.9). | 1.20 | 1,050.00 |
| 05/20/24 | JWW | Conference with T. Davidson regarding mediation. | 0.40 | 350.00 |
| 05/21/24 | JWW | Pre-mediation conference call with Judge Isgur. | 0.40 | 350.00 |
| 05/23/24 | JWW | Emails and phone conference with L. Metzger regarding resolution of HOA claim issues. | 0.50 | 437.50 |
| **Total Services** | | | **3.00** | **$2,625.00** |

**Timekeeper Summary**

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|--------------------------|-------|-------|------|--------|
| JWW   Joshua W. Wolfshohl | Partner | 3.00 | 875.00 | 2,625.00 |

| | |
|---|---|
| Total Disbursements | $0.00 |
| **Invoice Total** | **$2,625.00** |

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 564090 |
| Date | 06/07/24 |
| | 018111-0020 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Reporting**

---

## Invoice Summary

| | |
|---|---|
| Professional Services | $172.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $172.50 |
| **TOTAL AMOUNT DUE** | **$172.50** |

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

—————————————————

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| Page | 2 |
| Inv# | 564090 |
| Date | 06/07/24 |
| | 018111-0020 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through May 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/22/24 | EG | Email on monthly operating reports (.1); receive, review, and organize same for submission (.2); electronically file with court (.1); download and circulate filed version (.1). | 0.50 | 172.50 |
| **Total Services** | | | **0.50** | **$172.50** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|--------------------------|--|-------|-------|------|--------|
| EG | Eliana Garfias | Paralegal | 0.50 | 345.00 | 172.50 |
| Total Disbursements | | | | | $0.00 |
| **Invoice Total** | | | | | **$172.50** |