IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **STRUDEL HOLDINGS LLC and AVR AH LLC**[1] | § § § | Case No. 23-90757 (CML) |
| | § | |
| Debtors. | § § § | (Jointly Administered) |

**TENTH INTERIM MONTHLY FEE STATEMENT OF STOUT RISIUS ROSS, LLC FOR THE PERIOD MAY 1, 2024 THROUGH MAY 31, 2024**

| | |
|---|---|
| NAME OF APPLICANT: | Stout Risius Ross, LLC |
| ROLE IN THE CASE: | Financial Advisor and Chief Restructuring Officer to the Debtors |
| DATE OF RETENTION: | September 27, 2023 [ECF #166] |
| TIME PERIOD: | May 1, 2024 through May 31, 2024 |
| CURRENT APPLICATION: | Total Fees:  $15,721.50 |
| | Fee Payment Request (80%):   $12,577.20 |
| | Total Expenses:  $0.00 |
| | Expense Payment Request (100%):   $0.00 |
| | Aggregate Interim Payment Request: $12,577.20 |

Stout Risius Ross, LLC ("Stout"), Financial Advisor and Douglas J. Brickley, Chief Restructuring Officer for Strudel Holdings and AVR AH LLC, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), in accordance with the Order Establishing Procedures for the Interim Compensation and Reimbursement of Expenses of Professionals [ECF # 142] (the "Interim Compensation Order"), submit our tenth monthly fee statement (the

---

[1] The debtors in these chapter 11 cases (the "Bankruptcy Case(s)"), along with the last four digits of each Debtor's federal tax identification number, as applicable, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The Debtors' service address is:  PO Box 4068, Aspen, CO 81612.

"Monthly Statement") for the period of May 1, 2024 through May 31, 2024 (the "Monthly Statement Fee Period").

1. Attached as **Exhibit A** is the summarized time by Stout professional and attached as **Exhibit B** is the itemized time records of Stout's professionals and paraprofessionals for the chapter 11 case during the Monthly Statement Fee Period.

### Fees & Expenses Sought for the Fee Application Period

2. Stout incurred fees totaling $15,721.50 for services rendered and $0.00 in expenses in representing the Debtors during the Monthly Statement Fee Period. The full amount of fees will be sought in fee applications to be filed at (approximately) three-month intervals.

3. Pursuant to the Interim Compensation Order, Stout seeks payment of $12,577.20, which represents 80% of Stout's fees for services rendered plus 100% of the expenses incurred on behalf of the Debtors during the Monthly Statement Fee Period.

### Notice and Objections

4. Pursuant to the Interim Compensation Order, notice of this Monthly Statement has been served upon the following parties (collectively, the "Fee Parties"): (i) the Debtors; (ii) Debtors' counsel; (iii) counsel to the O'Connor Defendants; and (iv) the Office of the United States Trustee for the Southern District of Texas.

5. In the event that a Fee Party objects to this Monthly Fee Statement, the objecting Fee Party shall serve its Objection in writing to Stout and the other Fee Parties on or before the Objection Deadline. For the avoidance of doubt, the Objection shall not be filed on the docket in

the Chapter 11 Cases. The Objection must identify with specificity the objectionable fees or expenses, including the amount of such fees or expenses, and the basis for such Objection.

6. If no Objections are served, the Debtors will pay Stout the amount due in the ordinary course of business, subject only to applicable Orders of the Court and the approved Budgets.

**DATED**: July 3, 2024

**STOUT RISIUS ROSS, LLC**

By: /s/ *Douglas J. Brickley*
    Douglas J. Brickley
    dbrickley@stout.com

**CHIEF RESTRUCTURING OFFICER AND FINANCIAL ADVISOR TO THE DEBTORS**

**Stout Risius Ross LLC**
**Exhibit A - Summary of Time Detail by Professional**
**Strudel Holdings LLC and AVR AH LLC        Case No. 23-90757**

| Professional | Title | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Douglas Brickley | Managing Director | $ 750.00 | 0.3 | $ 225.00 |
| Jeffrey Granell | Director | $ 600.00 | 0.4 | $ 240.00 |
| Joshua Caldwell | Senior Manager | $ 450.00 | 5.4 | $ 2,430.00 |
| Sidharth Kandoi | Manager | $ 425.00 | 7.6 | $ 3,230.00 |
| David Jones | Analyst | $ 325.00 | 3.8 | $ 1,235.00 |
| K Gupta | Analyst | $ 285.00 | 6.9 | $ 1,966.50 |
| Max Salhani | Analyst | $ 285.00 | 7 | $ 1,995.00 |
| Katherine Xu | Analyst | $ 250.00 | 10.7 | $ 2,675.00 |
| Carla Elliott | Admin | $ 125.00 | 13.8 | $ 1,725.00 |
| **Total** | | | **55.90** | **$ 15,721.50** |

**Stout Risius Ross LLC**
**Exhibit B - Time Detail of Task by Professional**
**Strudel Holdings LLC and AVR AH LLC     Case No. 23-90757**

| Date | Timekeeper | Description | Hours | Rates | Fees |
|---|---|---|---|---|---|
| 5/2/2024 | Joshua Caldwell | Prepared for and participated in a call with S. Kandoi (Stout) over mediation discovery requests. | 0.4 | $ 450.00 | $ 180.00 |
| 5/2/2024 | Katherine Xu | Categorized received docs to meet the mediation discovery request | 2.4 | $ 250.00 | $ 600.00 |
| 5/2/2024 | Katherine Xu | Continued to categorize received docs to meet the mediation discovery request | 1.4 | $ 250.00 | $ 350.00 |
| 5/2/2024 | Katherine Xu | Prepared for and participated in a call with S. Kandoi (Stout) and M. Salhani (Stout) to discuss mediation discovery requests. | 0.3 | $ 250.00 | $ 75.00 |
| 5/2/2024 | Katherine Xu | Prepared for and participated in a call with S. Kandoi (Stout) to discuss mediation discovery requests Tracker. | 0.3 | $ 250.00 | $ 75.00 |
| 5/2/2024 | Max Salhani | Prepared for and participated in call with S. Kandoi (Stout) and K. Xu (Stout) to discuss mediation folder task | 0.3 | $ 285.00 | $ 85.50 |
| 5/2/2024 | Sidharth Kandoi | Reviewed the Mediation Discovery letter and the requested list of documents and prepared plan to collate the data. | 0.5 | $ 425.00 | $ 212.50 |
| 5/2/2024 | Sidharth Kandoi | Prepared for and participated in a call with K. Xu (Stout) to discuss mediation discovery requests Tracker. | 0.3 | $ 425.00 | $ 127.50 |
| 5/2/2024 | Sidharth Kandoi | Prepared for and participated in a call with K. Xu (Stout) and M. Salhani (Stout) to discuss mediation discovery requests. | 0.3 | $ 425.00 | $ 127.50 |
| 5/2/2024 | Sidharth Kandoi | Prepared for and participated in a call with J. Caldwell (Stout) over mediation discovery requests. | 0.4 | $ 425.00 | $ 170.00 |
| 5/3/2024 | Joshua Caldwell | Prepared for and participated in a call with S. Kandoi (Stout) in regards to mediation discovery request. | 0.1 | $ 450.00 | $ 45.00 |
| 5/3/2024 | Katherine Xu | Categorized received docs to meet the mediation discovery request | 2.2 | $ 250.00 | $ 550.00 |
| 5/3/2024 | Katherine Xu | Continued to categorize received docs to meet the mediation discovery request | 1.5 | $ 250.00 | $ 375.00 |
| 5/3/2024 | Katherine Xu | Prepared for and participated in a call with M. Salhani (Stout) to discuss mediation discovery requests. | 0.3 | $ 250.00 | $ 75.00 |
| 5/3/2024 | Katherine Xu | Prepared for and participated in a call with S. Kandoi (Stout) to discuss mediation discovery requests. | 0.2 | $ 250.00 | $ 50.00 |
| 5/3/2024 | Max Salhani | Continued to perform AVR File Reconciliation | 2 | $ 285.00 | $ 570.00 |
| 5/3/2024 | Max Salhani | Performed AVR File Reconciliation | 2.6 | $ 285.00 | $ 741.00 |
| 5/3/2024 | Max Salhani | Prepared and participated in call with K. Xu (Stout) to discuss AVR File Reconciliation | 0.3 | $ 285.00 | $ 85.50 |
| 5/3/2024 | Sidharth Kandoi | Prepared for and participated in a call with K. Xu (Stout) to review mediation discovery requests Tracker. | 0.2 | $ 425.00 | $ 85.00 |
| 5/3/2024 | Sidharth Kandoi | Prepared for and participated in a call with J. Caldwell (Stout) in regards to mediation discovery request. | 0.1 | $ 425.00 | $ 42.50 |
| 5/6/2024 | Carla Elliott | Consolidated professional fee detail to prepare first draft of ninth interim fee statement. | 1.1 | $ 125.00 | $ 137.50 |
| 5/6/2024 | Joshua Caldwell | Prepared for and participated in a call with S. Kandoi (Stout) in regards to mediation discovery request. | 0.1 | $ 450.00 | $ 45.00 |
| 5/6/2024 | Joshua Caldwell | Reviewed and corresponded with UST on UST fee calculation. | 0.2 | $ 450.00 | $ 90.00 |
| 5/6/2024 | Katherine Xu | Prepared for and participated in a call with S. Kandoi(Stout) and M. Salhani (Stout) to review mediation discovery requests Tracker. | 0.5 | $ 250.00 | $ 125.00 |
| 5/6/2024 | Katherine Xu | Finalized the mediation discovery request tracker | 1.4 | $ 250.00 | $ 350.00 |
| 5/6/2024 | Max Salhani | Final review of mediation docs requested list | 0.4 | $ 285.00 | $ 114.00 |
| 5/6/2024 | Max Salhani | Performed AVR File Reconciliation | 0.9 | $ 285.00 | $ 256.50 |
| 5/6/2024 | Max Salhani | Prepared for and participated in call w/ S. Kandoi (Stout) and K. Xu (Stout) to discuss AVR File Reconciliation results | 0.5 | $ 285.00 | $ 142.50 |
| 5/6/2024 | Sidharth Kandoi | Reviewed AVR Mediation doc request list. | 0.5 | $ 425.00 | $ 212.50 |
| 5/6/2024 | Sidharth Kandoi | Prepared for and participated in a call with K. Xu (Stout) and M. Salhani (Stout) to review mediation discovery requests. | 0.5 | $ 425.00 | $ 212.50 |
| 5/6/2024 | Sidharth Kandoi | Prepared for and participated in a call with J. Caldwell (Stout) in regards to mediation discovery request. | 0.1 | $ 425.00 | $ 42.50 |
| 5/7/2024 | Carla Elliott | Prepared PDF exhibits and reconciled to professional worksheets. | 0.6 | $ 125.00 | $ 75.00 |
| 5/7/2024 | Carla Elliott | Reviewed fee statement as it relates to professional call logs. Adjusted and edited professional call logs, where necessary. | 1.9 | $ 125.00 | $ 237.50 |
| 5/7/2024 | David Jones | Reviewed RFI and reviewed documents received that are relevant and needed for items in the Request Letter. | 1.3 | $ 325.00 | $ 422.50 |
| 5/7/2024 | Joshua Caldwell | Prepared for and participated in a call with S. Kandoi (Stout) and K. Xu (Stout) in regards to mitigation discovery request. | 0.2 | $ 450.00 | $ 90.00 |
| 5/7/2024 | Katherine Xu | Prepared for and participated in a call with S. Kandoi (Stout) and J. Caldwell (Stout) in regards to mitigation discovery request. | 0.2 | $ 250.00 | $ 50.00 |
| 5/7/2024 | Sidharth Kandoi | Reviewed the doc request tracker. | 0.3 | $ 425.00 | $ 127.50 |
| 5/7/2024 | Sidharth Kandoi | Prepared for and participated in a call with J. Caldwell (Stout) and K. Xu (Stout) in regards to mitigation discovery request. | 0.2 | $ 425.00 | $ 85.00 |
| 5/8/2024 | Carla Elliott | Prepared PDF exhibits and reconciled to professional worksheets. | 0.4 | $ 125.00 | $ 50.00 |
| 5/8/2024 | Joshua Caldwell | Reviewed mediation discovery items found and corresponded with internal project team. | 0.9 | $ 450.00 | $ 405.00 |
| 5/8/2024 | K Gupta | Reviewed monthly fee statement | 1.2 | $ 285.00 | $ 342.00 |
| 5/8/2024 | Sidharth Kandoi | Reviewed and edited the 9th Interim Fee Statement. | 0.5 | $ 425.00 | $ 212.50 |
| 5/9/2024 | Carla Elliott | Preparations of time reconciliation for April 2024 and communications with Stout team regarding updates. | 1.1 | $ 125.00 | $ 137.50 |
| 5/9/2024 | Carla Elliott | Prepared PDF exhibits and reconciled to professional worksheets. | 0.4 | $ 125.00 | $ 50.00 |
| 5/9/2024 | Carla Elliott | Prepared second draft of ninth interim fee statement to incorporate edits provided by S. Kandoi (Stout). | 2.2 | $ 125.00 | $ 275.00 |
| 5/9/2024 | Sidharth Kandoi | Reviewed and finalized the Fee statement. | 0.3 | $ 425.00 | $ 127.50 |
| 5/10/2024 | Carla Elliott | Reviewed and communicated with Accounting regarding set bill rates for Stout team throughout the life of the project. | 0.8 | $ 125.00 | $ 100.00 |
| 5/10/2024 | Carla Elliott | Final review and confirmation of time reconciliations for April 2024 with WIP and Workday. | 1.6 | $ 125.00 | $ 200.00 |
| 5/10/2024 | Carla Elliott | Final communications with M. Salhani (Stout) regarding time reconciliation for April 2024. | 1.1 | $ 125.00 | $ 137.50 |
| 5/10/2024 | Joshua Caldwell | Reviewed mediation discovery documents and sent to counsel. | 0.3 | $ 450.00 | $ 135.00 |
| 5/10/2024 | Joshua Caldwell | Final review of ninth fee statement and sent out. | 0.2 | $ 450.00 | $ 90.00 |
| 5/10/2024 | Joshua Caldwell | Provided initial review of ninth interim fee statement and supplied comments to project team. | 0.3 | $ 450.00 | $ 135.00 |
| 5/13/2024 | Sidharth Kandoi | Reviewed data for April MOR. | 0.2 | $ 425.00 | $ 85.00 |
| 5/14/2024 | Carla Elliott | Consolidated professional fee detail to prepare first draft of third interim fee application. | 2.3 | $ 125.00 | $ 287.50 |
| 5/16/2024 | Carla Elliott | Prepared for and participated in a call with J. Caldwell (Stout) and S. Kandoi (Stout) to review Fee App. | 0.3 | $ 125.00 | $ 37.50 |

**Stout Risius Ross LLC**
**Exhibit B - Time Detail of Task by Professional**
**Strudel Holdings LLC and AVR AH LLC        Case No. 23-90757**

| Date | Timekeeper | Description | Hours | Rates | Fees |
|---|---|---|---|---|---|
| 5/16/2024 | Joshua Caldwell | Prepared for and participated in a call with S. Kandoi (Stout) and C. Elliott (Stout) to review Fee App. | 0.3 | $ 450.00 | $ 135.00 |
| 5/16/2024 | Sidharth Kandoi | Prepared for and participated in a call with J. Caldwell (Stout) and C. Elliott (Stout) to review Fee App. | 0.3 | $ 425.00 | $ 127.50 |
| 5/17/2024 | David Jones | Prepared for and participated in call with K. Gupta (Stout) to discuss MOR for April 2024. | 0.7 | $ 325.00 | $ 227.50 |
| 5/17/2024 | K Gupta | Updated April monthly operating report | 0.8 | $ 285.00 | $ 228.00 |
| 5/17/2024 | K Gupta | Prepared April monthly operating report | 1.3 | $ 285.00 | $ 370.50 |
| 5/17/2024 | K Gupta | Prepared for and participated in call with D. Jones (Stout) to discuss MOR for April 2024. | 0.7 | $ 285.00 | $ 199.50 |
| 5/17/2024 | Sidharth Kandoi | Reviewed the Fee application for categorization of time entries. | 1.1 | $ 425.00 | $ 467.50 |
| 5/20/2024 | David Jones | Reviewed Strudel Holdings LLC April 2024 Monthly Operating Report package. | 0.3 | $ 325.00 | $ 97.50 |
| 5/20/2024 | David Jones | Reviewed AVR AH LLC April 2024 Monthly Operating Report package. | 0.6 | $ 325.00 | $ 195.00 |
| 5/20/2024 | David Jones | Prepared for and participated in call with K. Gupta (Stout) to review and discuss MOR for April 2024. | 0.2 | $ 325.00 | $ 65.00 |
| 5/20/2024 | David Jones | Prepared for and participated in call with K. Gupta (Stout) to review and discuss MOR for April 2024. | 0.4 | $ 325.00 | $ 130.00 |
| 5/20/2024 | Joshua Caldwell | Prepared a prorated schedule for invoice payments and sent to E. Jurrick (Ajax). | 0.2 | $ 450.00 | $ 90.00 |
| 5/20/2024 | Joshua Caldwell | Correspondence with accountant over UST fees and invoices to pay. | 0.1 | $ 450.00 | $ 45.00 |
| 5/20/2024 | Joshua Caldwell | Prepared for and participated in a call with E. Jurick (AVR) to discuss UST fees and invoice payments. | 0.2 | $ 450.00 | $ 90.00 |
| 5/20/2024 | K Gupta | Updated April monthly operating report | 0.8 | $ 285.00 | $ 228.00 |
| 5/20/2024 | K Gupta | Updated April monthly operating report | 1.5 | $ 285.00 | $ 427.50 |
| 5/20/2024 | K Gupta | Prepared for and participated in call with D. Jones (Stout) to review and discuss April Monthly Operating Report. | 0.4 | $ 285.00 | $ 114.00 |
| 5/20/2024 | K Gupta | Prepared for and participated in call with D. Jones (Stout) to review and discuss MOR for April 2024. | 0.2 | $ 285.00 | $ 57.00 |
| 5/20/2024 | Sidharth Kandoi | Reviewed April MOR workbook, MOR form and exhibits for accuracy and consistency. | 0.7 | $ 425.00 | $ 297.50 |
| 5/21/2024 | David Jones | Finalized April 2024 Monthly Operating Report package for review. | 0.3 | $ 325.00 | $ 97.50 |
| 5/21/2024 | Douglas Brickley | Reviewed April MOR for AVR and Strudel. | 0.3 | $ 750.00 | $ 225.00 |
| 5/21/2024 | Jeffrey Granell | Prepared for participate in call with J. Caldwell (Stout) regarding MOR reporting. | 0.4 | $ 600.00 | $ 240.00 |
| 5/21/2024 | Joshua Caldwell | Prepared for participate in call with J. Granell (Stout) regarding MOR reporting. | 0.4 | $ 450.00 | $ 180.00 |
| 5/21/2024 | Joshua Caldwell | Reviewed and corresponded with project team on April MOR. | 1.3 | $ 450.00 | $ 585.00 |
| 5/21/2024 | Joshua Caldwell | Prepared for and participated in a call with E. Jurrick (AVR) over Holy Cross refund and UST payments. | 0.2 | $ 450.00 | $ 90.00 |
| 5/30/2024 | Sidharth Kandoi | Reviewed 3rd Fee app. | 1.1 | $ 425.00 | $ 467.50 |