**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
|  | § |  |
| **STRUDEL HOLDINGS LLC and** | § | **Case No. 23-90757 (CML)** |
| **AVR AH LLC,** | § |  |
|  | § | **(Jointly Administered)** |
| **Debtors.[1]** | § |  |
|  | § |  |

**ELEVENTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2024 THROUGH JUNE 30, 2024**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Debtors and Debtors-In-Possession |
| **Date of Retention Order:** | September 27, 2023 (Doc. No. 164) |
| **Period for which Fees and Expenses are Incurred:** | June 1, 2024 through and including June 30, 2024 |
| **Interim Fees Incurred:** | $27,148.50 |
| **Interim Payment of Fees Requested (80%):** | $21,718.80 |
| **Interim Expenses Incurred:** | $42.60 |
| **Total Fees and Expenses Due:** | $21,761.40 |

This is the Eleventh Monthly Fee Statement.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  AVR AH LLC (0148) and Strudel Holdings LLC (5426).  The Debtors' service address is: PO Box 4068, Aspen, CO 91612.

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Debtors and Debtors-In-Possession (the "Debtors' Counsel") submits this Eleventh Monthly Fee Statement (the "Fee Statement") for the period from June 1, 2024 through June 30, 2024 (the "Application Period") in accordance with the Order Granting Debtors' Motion for an Order Under 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Docket No. 142] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $27,148.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $42.60 (the "Expenses"), for the period from June 1, 2024 through June 30, 2024.  Eighty percent (80%) of the fees equals $21,718.80 and one hundred percent (100%) of the Expenses equals $42.60 for a total requested amount of $21,761.40.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively.  A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoices for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $21,718.80 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $42.60 in the total amount of $21,761.40.

Dated:  July 15, 2024.
       Houston, Texas

**PORTER HEDGES LLP**

By:    */s/ Joshua W. Wolfshohl*
       Joshua W. Wolfshohl (TX Bar No. 24038592)
       Aaron J. Power (TX Bar No. 24058058)
       Michael B. Dearman (TX Bar No. 24116270)
       1000 Main St., 36th Floor
       Houston, TX 77002
       Tel: (713) 226-6000
       Fax: (713) 226-6248
       jwolfshohl@porterhedges.com
       apower@porterhedges.com
       mdearman@porterhedges.com

**COUNSEL FOR DEBTORS**
**AND DEBTORS IN POSSESSION**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on July 15, 2024.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

15463353v1

**EXHIBIT 1**

**SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Case Administration | 2.20 | 1,109.00 |
| Asset Disposition | 0.00 | 0.00 |
| Claims Administration and Objections | 0.00 | 0.00 |
| Asset Analysis/Recovery | 7.10 | 6,068.50 |
| Adversary Proceedings/Litigation | .90 | 490.50 |
| Business Operations | 0.00 | 0.00 |
| Fee/Employment Applications | 5.80 | 3,126.00 |
| Financing/Cash Collateral | 0.00 | 0.00 |
| Meetings and Communications with Creditors | 15.00 | 13,125.00 |
| Relief from Stay/Adequate Protection | 0.00 | 0.00 |
| Assumption/Rejection of Leases and Contracts | 0.00 | 0.00 |
| Hearings | 3.60 | 2,991.00 |
| Plan and Disclosure Statement | .30 | 238.50 |
| Reporting | 0.00 | 0.00 |
|  |  |  |
| **TOTAL** | **34.90** | **$27,148.50** |

15463353v1

## <u>EXHIBIT 2</u>

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---|
| Computer Assisted Legal Research | 42.60 |
| | |
| | |
| **TOTAL** | **$ 42.60** |

## EXHIBIT 3

**SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF**

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Joshua W. Wolfshohl | $875.00 | 23.60 |
| Aaron J. Power | $795.00 | 5.00 |
| Michael B. Dearman | $565.00 | 1.50 |
| Carey A. Sakert | $445.00 | .20 |
| Eliana Garfias | $345.00 | 4.60 |
| | | |
| **TOTAL** | | **34.90** |

6

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 565440 |
| Date | 07/15/24 |
| | 018111-0002 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Case Administration**

---

## Invoice Summary

| | |
|---|---|
| Professional Services | $1,109.00 |
| Disbursements | 42.60 |
| Total Current Invoice | $1,151.60 |
| **TOTAL AMOUNT DUE** | **$1,151.60** |

EXHIBIT 4

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 565440 |
| Date | 07/15/24 |
| | 018111-0002 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through June 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 06/21/24 | MBD | Review correspondence from J. Wolfshohl and A. Power regarding secured parties' letter (.1); draft motion and order for status conference (1.1); multiple correspondence with J. Wolfshohl and A. Power regarding secured parties letter and motion (.3). | 1.50 | 847.50 |
| 06/23/24 | EG | Continued correspondence on filing of emergency motion (.1); finalize and electronically file same with court (.2); download and circulate filed version (.1); email case manager on submission of same (.1). | 0.50 | 172.50 |
| 06/27/24 | CAS | Create FTP link for Y. McCullar to forward documents to client. | 0.20 | 89.00 |
| **Total Services** | | | **2.20** | **$1,109.00** |

### Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| MBD | Michael B. Dearman | Associate | 1.50 | 565.00 | 847.50 |
| CAS | Carey A. Sakert | Paralegal | 0.20 | 445.00 | 89.00 |
| EG | Eliana Garfias | Paralegal | 0.50 | 345.00 | 172.50 |

### Disbursements Summary

| Description | Value |
|---|---|
| Computer Assisted Legal Research | 42.60 |
| **Total Disbursements** | **$42.60** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 565440 |
| Date | 07/15/24 |

018111-0002
JOSHUA W. WOLFSHOHL

TAX ID# 74-2174193

**Invoice Total**                                                      **$1,151.60**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 565441 |
| Date | 07/15/24 |
| | 018111-0006 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Asset Analysis/Recovery**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $6,068.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $6,068.50 |
| **TOTAL AMOUNT DUE** | **$6,068.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 565441 |
| Date | 07/15/24 |
| | 018111-0006 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through June 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/13/24 | AJP | Discussions with J. Wolfshohl regarding potential sale and compromise with O'Connor parties. | 0.60 | 477.00 |
| 06/26/24 | JWW | Conference with D. Brickley regarding case status and Ajax transaction (.3); meet with Soukis regarding same (1.5); conference with L. Metzger regarding hearing and follow-up emails regarding same (.9). | 2.70 | 2,362.50 |
| 06/27/24 | AJP | Telephonically attend status conference regarding sale of non-debtor assets. | 1.00 | 795.00 |
| 06/28/24 | AJP | Discuss outcome of hearing with J. Wolfshohl and potential next steps. | 0.20 | 159.00 |
| 06/28/24 | JWW | Phone conference with L. Metzger regarding Ajax sale issues (.2); phone conference with A. Power regarding same (.2); draft outline of sale structure (.5); conference with A. Power and review comments to same (.4). | 1.30 | 1,137.50 |
| 06/29/24 | JWW | Work on sale structure and emails regarding same (.4); conference with D. Brickley regarding same (.1); conference with L. Metzger regarding same (.4); review local rules regarding stay relief and emails with A. Power regarding same (.4). | 1.30 | 1,137.50 |
| **Total Services** | | | **7.10** | **$6,068.50** |

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| AJP | Aaron J. Power | Partner | 1.80 | 795.00 | 1,431.00 |
| JWW | Joshua W. Wolfshohl | Partner | 5.30 | 875.00 | 4,637.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 565441 |
| Date | 07/15/24 |
| | 018111-0006 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

Total Disbursements                                                                 $0.00

**Invoice Total**                                                                **$6,068.50**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 565442 |
| Date | 07/15/24 |
| | 018111-0009 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Fee/Employment Applications**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $3,126.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $3,126.00 |
| **TOTAL AMOUNT DUE** | **$3,126.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 565442 |
| Date | 07/15/24 |
| | 018111-0009 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through June 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 06/05/24 | EG | Continue organizing PH's invoices and drafting fee application. | 2.30 | 793.50 |
| 06/06/24 | EG | Finalize fee application. | 0.80 | 276.00 |
| 06/07/24 | EG | Emails on notice of PH's Tenth monthly fee statement (.1); coordinate service of same (.1). | 0.20 | 69.00 |
| 06/20/24 | AJP | Review and revise draft motion ███████████. | 1.40 | 1,113.00 |
| 06/21/24 | AJP | Calls with J. Wolfshohl regarding ████████████ ███████████████████████████████████ ███ (.5); review secured lenders' letter to the Court regarding sale of real property and respond with comments to J. Wolfshohl (.3); email M. Dearman regarding request for emergency status conference (.1); revise draft motion for emergency status conference and attention to related emails (.2). | 1.10 | 874.50 |
| **Total Services** | | | **5.80** | **$3,126.00** |

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AJP | Aaron J. Power | Partner | 2.50 | 795.00 | 1,987.50 |
| EG | Eliana Garfias | Paralegal | 3.30 | 345.00 | 1,138.50 |

Total Disbursements                                                                                    $0.00

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 565442 |
| Date | 07/15/24 |

018111-0009
JOSHUA W. WOLFSHOHL

TAX ID# 74-2174193

---

**Invoice Total**                                                     **$3,126.00**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 565443 |
| Date | 07/15/24 |
| | 018111-0012 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Adversary Proceedings/Litigation**

---

**Invoice Summary**

| | |
|---|---|
| Professional Services | $490.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $490.50 |
| **TOTAL AMOUNT DUE** | **$490.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                    2
Inv#              565443
Date            07/15/24
018111-0012
JOSHUA W. WOLFSHOHL

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through June 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/05/24 | EG | Correspondence on notice of termination of mediation (.1); finalize and electronically file same with court (.3); organize file (.1). | 0.50 | 172.50 |
| 06/05/24 | AJP | Discuss outcome of mediation and potential next steps with J. Wolfshohl. | 0.30 | 238.50 |
| 06/27/24 | AJP | Review draft of objection to motion for entry of judgment and email comments to J. Wolfshohl. | 0.10 | 79.50 |
| **Total Services** | | | **0.90** | **$490.50** |

### Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|--------------------------|--|-------|-------|------|--------|
| AJP | Aaron J. Power | Partner | 0.40 | 795.00 | 318.00 |
| EG | Eliana Garfias | Paralegal | 0.50 | 345.00 | 172.50 |
| Total Disbursements | | | | | $0.00 |
| **Invoice Total** | | | | | **$490.50** |

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 565444 |
| Date | 07/15/24 |
| | 018111-0013 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Meetings and Communications with Creditors**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $13,125.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $13,125.00 |
| **TOTAL AMOUNT DUE** | **$13,125.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 565444 |
| Date | 07/15/24 |
| | 018111-0013 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through June 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/03/24 | JWW | Review power point slides from O'Conner and emails with D. Brickley and A. Power regarding mediation (.5); conference with T. Davidson regarding same (.5). | 1.00 | 875.00 |
| 06/04/24 | JWW | Attend mediation (5.0); meet with L. Metzger regarding case strategy (.5); conference with T. Davidson regarding next steps (.2). | 5.70 | 4,987.50 |
| 06/05/24 | JWW | Phone conference with M. Warner regarding resolution of HOA claims (.4); conferences with D. Brickley regarding next steps in case (.6); conference with L. Metzger regarding same (.3); draft notice of mediation termination for filing (.1). | 1.40 | 1,225.00 |
| 06/11/24 | JWW | Emails with L. Metzger regarding open issues in case (.3); conference with M. Warner regarding HOA resolution and related issues (.4). | 0.70 | 612.50 |
| 06/12/24 | JWW | Conference with L. Metzger regarding next steps in case. | 0.50 | 437.50 |
| 06/13/24 | JWW | Meet with A. Power regarding potential sale and resolution of cases (.5); conference with L. Metzger regarding same (.7); further conference with A. Power (.2). | 1.40 | 1,225.00 |
| 06/14/24 | JWW | Conference with T. Davidson regarding next steps in case (.3); conference with L. Metzger regarding same (.6). | 0.90 | 787.50 |
| 06/19/24 | JWW | Emails regarding proposed stipulation. | 0.20 | 175.00 |
| 06/20/24 | JWW | Phone conferences with L. Metzger and review and revise pleading for filing with court. | 0.80 | 700.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 565444 |
| Date | 07/15/24 |
| | 018111-0013 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 06/21/24 | JWW | Phone conference with D. Brickley regarding Ajax sale (.3); emails with L. Metzger regarding same (.2); conference call regarding same (.6); further calls and emails with D. Brickley (.4); review letter from UBS parties and forward same to D. Brickley and A. Power and conference regarding same (.5). | 2.00 | 1,750.00 |
| 06/25/24 | JWW | Review docket and emails with L. Metzger regarding hearing (.2); emails with counsel for Soukis regarding meeting to discuss Ajax and status hearing (.2). | 0.40 | 350.00 |
| **Total Services** | | | **15.00** | **$13,125.00** |

**Timekeeper Summary**

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| JWW   Joshua W. Wolfshohl | Partner | 15.00 | 875.00 | 13,125.00 |

| | |
|---|---|
| Total Disbursements | $0.00 |

| | |
|---|---|
| **Invoice Total** | **$13,125.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | | |
|---|---|---|
| Page | | 1 |
| Inv# | | 565445 |
| Date | | 07/15/24 |
| | | 018111-0014 |
| | | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Plan and Disclosure Statement**

---

## Invoice Summary

| | |
|---|---|
| Professional Services | $238.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $238.50 |
| **TOTAL AMOUNT DUE** | **$238.50** |

## PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 565445 |
| Date | 07/15/24 |
| | 018111-0014 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through June 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/28/24 | AJP | Review and revise proposal to lenders on plan structure and discuss with J. Wolfshohl. | 0.30 | 238.50 |

| **Total Services** | | | **0.30** | **$238.50** |
|---|---|---|---|---|

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|--------------------------|---|-------|-------|------|--------|
| AJP | Aaron J. Power | Partner | 0.30 | 795.00 | 238.50 |

| Total Disbursements | | | | | $0.00 |
|---|---|---|---|---|---|

| **Invoice Total** | | | | | **$238.50** |
|---|---|---|---|---|---|

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 565446 |
| Date | 07/15/24 |
| | 018111-0018 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Hearings**

---

## Invoice Summary

| | |
|---|---|
| Professional Services | $2,991.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $2,991.00 |
| **TOTAL AMOUNT DUE** | **$2,991.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

———————————————

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 565446 |
| Date | 07/15/24 |
| | 018111-0018 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through June 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/21/24 | EG | Correspondence on filing logistics of emergency motion requesting status conference. | 0.10 | 34.50 |
| 06/22/24 | EG | Further emails on filing logistics of emergency motion for status conference. | 0.20 | 69.00 |
| 06/27/24 | JWW | Prepare for hearing (.5); attend hearing and meet with L. Metzger and D. Brickley after hearing (2.4); emails with L. Metzger regarding same (.4). | 3.30 | 2,887.50 |
| **Total Services** | | | **3.60** | **$2,991.00** |

### Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JWW | Joshua W. Wolfshohl | Partner | 3.30 | 875.00 | 2,887.50 |
| EG | Eliana Garfias | Paralegal | 0.30 | 345.00 | 103.50 |

| | |
|---|---|
| Total Disbursements | $0.00 |

| | |
|---|---|
| **Invoice Total** | **$2,991.00** |