Electronic Appearance Sheet

Michael Warner, Pachulski Stang Ziehl & Jones LLP
Client(s): Beyond the Beach

Benjamin Wallen, Pachulski Stang Ziehl & Jones LLP
Client(s): Beyond the Beach

Tad  Davidson, Hunton Andrews Kurth
Client(s): Charif Souki

Michael Warner, Pachulski Stang Ziehl & Jones LLP
Client(s): Beyond the Beach

Benjamin Wallen, Pachulski Stang Ziehl & Jones LLP
Client(s): Beyond the Beach

Laura Metzger, Orrick
Client(s): Secured Parties

Tad Davidson , Hunton Andrews Kurth
Client(s): Charif Souki

William Hao, Alston & Bird LLP
Client(s): Wilmington Trust National Association

Timothy McConn, Yetter Coleman LLP
Client(s): Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their capacities as trustees of the Souki Family 2016 Trust and Proposed Special Counsel for the Debtors Strudel Holding, LLC and AVR AH, LLC and Debtors in Possession

Tad Davidson, Hunton Andrews Kurth
Client(s): Charif Souki

Michael Warner, Pachulski Stang Ziehl & Jones LLP
Client(s): Beyond the Beach

Benjamin Wallen, Pachulski Stang Ziehl & Jones LLP
Client(s): Beyond the Beach

Jordy Watson, Pro Se, None, Pro Se
Client(s): None

Michael Warner, Pachulski Stang Ziehl & Jones LLP
Client(s): Beyond the Beach

Benjamin Wallen, Pachulski Stang Ziehl & Jones LLP
Client(s): Beyond the Beach

Joseph Rovira, Hunton Andrews Kurth LLP

Electronic Appearance Sheet

Client(s): Charif Souki