**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | §   **Chapter 11** |
| | § |
| **STRUDEL HOLDINGS LLC and** | §   **Case No. 23-90757 (CML)** |
| **AVR AH LLC,** | § |
| | §   **(Jointly Administered)** |
| **Debtors.**¹ | § |
| | § |

### NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a status conference has been set on **July 30, 2024, at 10:00 a.m. (prevailing Central time)** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge in a hybrid format, with participation at the hearing being permitted in person in Judge Lopez's courtroom, 515 Rusk Street, Courtroom 401, Houston, Texas 77002 and by telephone and video conference, with the instructions below.

*Audio Communication*

Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153.

*Video Communication*

Video communication will be by use of the GoTo platform. Connect via the free GoTo application or click the link on Judge Lopez's homepage. The meeting code is "judgelopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

¹   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426).  The Debtors' service address is:  PO Box 4068, Aspen, CO 81612.

15486607

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

Dated:  July 26, 2024

Respectfully submitted,

*/s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
Aaron J. Power (TX Bar No. 24058058)
Michael B. Dearman (TX Bar No. 24116270)
Jordan T. Stevens (TX Bar No. 24106467)
1000 Main St., 36th Floor
Houston, TX 77002
Tel: (713) 226-6000
Fax: (713) 226-6248
jwolfshohl@porterhedges.com
apower@porterhedges.com
mdearman@porterhedges.com
jstevens@porterhedges.com

***Counsel for the Debtors and Debtors in Possession***

## CERTIFICATE OF SERVICE

I certify that on July 26, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

2

15486607