## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **In re:** § | **Chapter 11** |
| § | |
| **STRUDEL HOLDINGS LLC and** § | **Case No. 23-90757 (CML)** |
| **AVR AH LLC,** § | |
| § | **(Jointly Administered)** |
| **Debtors.**[1] § | |
| § | |

### NOTICE OF FILING OF REDLINE AND REVISED PROPOSED ORDER GRANTING DEBTORS' EMERGENCY MOTION TO APPROVE SETTLEMENT TERM SHEET AND DISMISSAL OF CHAPTER 11 CASES
(Relates to Doc. No. 486)

**PLEASE TAKE NOTICE** that on July 25, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Emergency Motion to Approve Settlement Term Sheet and Dismissal of Chapter 11 Cases* [Docket No. 486] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** attached hereto as **Exhibit A** is a redline of the Revised Proposed Order marked against the original form of proposed order filed with the Motion [Docket No. 486-2].

**PLEASE TAKE FURTHER NOTICE** the Revised Proposed Order resolves objections of the HOA parties.

The Debtors respectfully request that the Court enter the Revised Proposed Order in the above case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The Debtors' service address is: PO Box 4068, Aspen, CO 81612.

1

**Dated:** **July 29, 2024.**

Respectfully submitted,

*/s/ Joshua W. Wolfshohl*

**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
Aaron J. Power (TX Bar No. 24058058)
Michael B. Dearman (TX Bar No. 24116270)
Jordan T. Stevens (TX Bar No. 24106467)
1000 Main St., 36th Floor
Houston, TX 77002
Tel: (713) 226-6000
Fax: (713) 226-6248
jwolfshohl@porterhedges.com
apower@porterhedges.com
mdearman@porterhedges.com
jstevens@porterhedges.com

*Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on July 29, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

2

15491392v1