**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** § | **Chapter 11** |
| § | |
| **STRUDEL HOLDINGS LLC and** § | **Case No. 23-90757 (CML)** |
| **AVR AH LLC,** § | |
| § | **(Jointly Administered)** |
| **Debtors.**[1] § | |
| § | |

**TWELFTH AND FINAL MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS
BANKRUPTCY COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM JULY 1, 2024 THROUGH JULY 31, 2024**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Debtors and Debtors-In-Possession |
| **Date of Retention Order:** | September 27, 2023 (Doc. No. 164) |
| **Period for which Fees and Expenses are Incurred:** | July 1, 2024 through and including July 31, 2024 |
| **Interim Fees Incurred:** | $53,394.50 |
| **Interim Expenses Incurred:** | $63.90 |
| **Total Fees and Expenses Due:** | $53,458.40 |

This is the Twelfth and Final Monthly Fee Statement.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  AVR AH LLC (0148) and Strudel Holdings LLC (5426).  The Debtors' service address is: PO Box 4068, Aspen, CO 91612.

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Debtors and Debtors-In-Possession (the "Debtors' Counsel") submits this Twelfth and Final Monthly Fee Statement (the "Fee Statement") for the period from July 1, 2024 through July 31, 2024 (the "Application Period") in accordance with the Order Granting Debtors' Motion for an Order Under 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Docket No. 142] (the "Interim Compensation Order") and Order Granting Debtor's Emergency Motion to Approve Settlement Term Sheet and Dismissal of Chapter 11 Cases [Docket No. 492] (the "Settlement Order").

Porter Hedges requests compensation for professional services rendered in the amount of $53,394.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $63.90 (the "Expenses"), for the period from July 1, 2024 through July 31, 2024.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively.  A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoices for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order and Settlement Order in the amount of $53,458.40.

15505488v1

Dated:  August 6, 2024.
      Houston, Texas

**PORTER HEDGES LLP**

By:    */s/ Joshua W. Wolfshohl*
       Joshua W. Wolfshohl (TX Bar No. 24038592)
       Aaron J. Power (TX Bar No. 24058058)
       Michael B. Dearman (TX Bar No. 24116270)
       1000 Main St., 36th Floor
       Houston, TX 77002
       Tel: (713) 226-6000
       Fax: (713) 226-6248
       jwolfshohl@porterhedges.com
       apower@porterhedges.com
       mdearman@porterhedges.com

**COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on August 6, 2024.

*/s/ Joshua W. Wolfshohl*
    Joshua W. Wolfshohl

3

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Case Administration | .90 | 443.50 |
| Asset Disposition | .20 | 159.00 |
| Claims Administration and Objections | 0.00 | 0.00 |
| Asset Analysis/Recovery | 57.70 | 46,986.50 |
| Adversary Proceedings/Litigation | 0.00 | 0.00 |
| Business Operations | 0.00 | 0.00 |
| Fee/Employment Applications | .60 | 207.00 |
| Financing/Cash Collateral | 0.00 | 0.00 |
| Meetings and Communications with Creditors | 4.00 | 3,500.00 |
| Relief from Stay/Adequate Protection | 0.00 | 0.00 |
| Assumption/Rejection of Leases and Contracts | 0.00 | 0.00 |
| Hearings | 4.10 | 1,642.50 |
| Plan and Disclosure Statement | .40 | 318.00 |
| Reporting | .40 | 138.00 |
| | | |
| **TOTAL** | **68.30** | **$53,394.50** |

## EXHIBIT 2

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---|
| Computer Assisted Legal Research | 63.90 |
| | |
| **TOTAL** | **$ 63.90** |

**EXHIBIT 3**

**SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF**

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Joshua W. Wolfshohl | $875.00 | 54.50 |
| Aaron J. Power | $795.00 | 1.40 |
| Michael B. Dearman | $565.00 | .40 |
| Mitzie L. Webb | $405.00 | 3.80 |
| Eliana Garfias | $345.00 | 8.20 |
| | | |
| **TOTAL** | | **68.30** |

15505488v1

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 566298 |
| Date | 08/06/24 |
| | 018111-0002 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Case Administration**

---

## Invoice Summary

| | |
|---|---|
| Professional Services | $443.50 |
| Disbursements | 63.90 |
| Total Current Invoice | $507.40 |
| **TOTAL AMOUNT DUE** | **$507.40** |

Exhibit 4

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 566298 |
| Date | 08/06/24 |
| | 018111-0002 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through July 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/18/24 | MBD | Review and revise emergency 9019 motion and correspond with J. Wolfshohl and A. Power regarding same. | 0.40 | 226.00 |
| 07/18/24 | EG | Correspondence on emergency motion to approve term sheet. | 0.20 | 69.00 |
| 07/19/24 | EG | Follow up emails on emergency motion. | 0.20 | 69.00 |
| 07/22/24 | AJP | Review June monthly operating reports and email E. Garfias regarding filing. | 0.10 | 79.50 |
| **Total Services** | | | **0.90** | **$443.50** |

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|--------------------------|---|-------|-------|------|--------|
| AJP | Aaron J. Power | Partner | 0.10 | 795.00 | 79.50 |
| MBD | Michael B. Dearman | Associate | 0.40 | 565.00 | 226.00 |
| EG | Eliana Garfias | Paralegal | 0.40 | 345.00 | 138.00 |

## Disbursements Summary

| Description | Value |
|-------------|-------|
| Computer Assisted Legal Research | 63.90 |
| **Total Disbursements** | **$63.90** |

| | |
|---|---|
| **Invoice Total** | **$507.40** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 566297 |
| Date | 08/06/24 |
| | 018111-0004 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Asset Disposition**

---

## Invoice Summary

| | |
|---|---|
| Professional Services | $159.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $159.00 |
| **TOTAL AMOUNT DUE** | **$159.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 566297 |
| Date | 08/06/24 |
| | 018111-0004 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through July 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/07/24 | AJP | Review Ajax resolutions and attention to related emails with J. Wolfshohl. | 0.20 | 159.00 |

| | | | | |
|---|---|---|---|---|
| **Total Services** | | | **0.20** | **$159.00** |

## Timekeeper Summary

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| AJP   Aaron J. Power | Partner | 0.20 | 795.00 | 159.00 |

| | |
|---|---|
| Total Disbursements | $0.00 |

| | |
|---|---|
| **Invoice Total** | **$159.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 566296 |
| Date | 08/06/24 |
| | 018111-0006 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Asset Analysis/Recovery**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $46,986.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $46,986.50 |
| **TOTAL AMOUNT DUE** | **$46,986.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 566296 |
| Date | 08/06/24 |
| | 018111-0006 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through July 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/01/24 | JWW | Emails and phone conference with L. Metzger regarding potential sale/chapter 11 plan. | 0.50 | 437.50 |
| 07/06/24 | JWW | Review resolutions and documents related to Ajax. | 0.70 | 612.50 |
| 07/07/24 | JWW | Emails with A. Power and D. Brickley regarding Ajax issues (.3); further revise resolutions and circulate same (.3); review proposed LLC amendments (.3); emails regarding chapter 11 plan term sheet (.2). | 1.10 | 962.50 |
| 07/08/24 | JWW | Emails and phone conferences with D. Brickley regarding replacement manager and chapter 11 terms (.6); emails with L. Metzger regarding same (.3). | 0.90 | 787.50 |
| 07/09/24 | AJP | Conference with J. Wolfshohl on status of sales of non-debtor property and next steps. | 0.20 | 159.00 |
| 07/10/24 | JWW | Work on issues related to Ajax resolutions and communicate with D. Brickley and L. Metzger regarding same (.7); review plan terms and emails and phone conference with A. Power regarding same (.5). | 1.20 | 1,050.00 |
| 07/12/24 | JWW | Emails with T. Davidson regarding settlement proposal (.1); emails with L. Metzger regarding same (.1); emails with D. Brickley regarding same and open issues with plan terms (.2). | 0.40 | 350.00 |
| 07/15/24 | JWW | Emails and phone conference with L. Metzger regarding status of counter-proposal to Soukis (.5); emails and conference with D. Brickley regarding same (.5); review counter-proposal (.1). | 1.10 | 962.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page     3
Inv#     566296
Date     08/06/24
018111-0006
JOSHUA W. WOLFSHOHL

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/16/24 | JWW | Work on term sheet (1.0); conference with L. Metzger regarding status of settlement discussions and request for information from M. Ticsay (.3); conference with D. Brickley regarding same (.3); further conference with L. Metzger regarding same (.5); emails regarding term sheet and related issues (.3). | 2.40 | 2,100.00 |
| 07/18/24 | AJP | Review and revise draft motion to approve settlement term sheet. | 0.50 | 397.50 |
| 07/18/24 | JWW | Phone conference with D. Brickley regarding settlement (.5); several emails and phone conferences regarding same (1.0); conferences with M. Ticsay regarding settlement terms (.7); phone conferences with L. Metzger and T. Davidson regarding term sheet issues (.8); phone conference with L. Metzger regarding term sheet (.2); review term sheet draft (.4); draft motion to approve settlement and order (1.5); emails regarding same (.2); work on settlement issues (.4). | 5.70 | 4,987.50 |
| 07/19/24 | JWW | Conference with T. Davidson regarding sale and term sheet (.2); review term sheet revisions (.3) conference with L. Metzger regarding same and hearing (.6); phone conference with T. Davidson regarding hearing (.2): work on emergency motion to approve term sheet and emails regarding same (.9); attend hearing (.5); phone conference with L. Metzger regarding status of term sheet (.3); conference with J. Rovira regarding same (.2); conference with L. Metzger and M. Ticsay regarding final term sheet issues (.8); several further emails and phone conferences regarding same (.7); further revise and circulate draft motion (.4); conference with A. Power regarding status (.2). | 5.30 | 4,637.50 |
| 07/20/24 | JWW | Several emails regarding settlement issues. | 1.00 | 875.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 4 |
| Inv# | 566296 |
| Date | 08/06/24 |
| | 018111-0006 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/21/24 | JWW | Emails and phone conferences regarding final term sheet and M. Warner issues. | 1.00 | 875.00 |
| 07/22/24 | JWW | Review and revise motion and order on term sheet (.5); emails and phone conference with L. Metzger regarding HOA settlement, term sheet and related issues (.4); conference with T. Davidson and emails regarding open issues (.5); review and revise term sheet (.3); emails regarding open issues (.3). | 2.00 | 1,750.00 |
| 07/23/24 | EG | Correspondence on finalizing and filing logistics of emergency motion (term sheet) (.2); receive, review, and finalize same for submission (.7); follow up emails on status of filing (.1). | 1.00 | 345.00 |
| 07/23/24 | JWW | Several phone conferences regarding finalizing settlement (.8); work on motion and various documents related to settlement and finalize motion for filing (1.5). | 2.30 | 2,012.50 |
| 07/24/24 | EG | Discussion with M. Webb on emergency motion (.1); incorporate revisions and circulate drafts (.3); monitor emails for status of filing (.6). | 1.00 | 345.00 |
| 07/24/24 | JWW | Work on issues related to closing and numerous emails and phone calls regarding same (3.0); work on revisions to retraction letter (.2); conference with D. Brickley regarding issues for closing and settlement (.3). | 3.50 | 3,062.50 |
| 07/25/24 | EG | Follow up emails on finalizing and filing logistics of emergency motion (.3); incorporate revisions as requested and finalize (.4); circulate drafts for final approval (.1); monitor emails for status of filing (1.0); further revise and finalize for submission (.2); electronically file same with court (.2); download and circulate filed version (.1); email case manager on submission of same (.1); update file (.1). | 2.50 | 862.50 |
| 07/25/24 | JWW | Work on settlement and motion (1.3); several emails and phone calls regarding same (1.2). | 2.50 | 2,187.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

———————————————

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 5 |
| Inv# | 566296 |
| Date | 08/06/24 |
| | 018111-0006 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/26/24 | JWW | Conference with M. Warner regarding objection to term sheet (.3); phone conference with T. Davidson regarding same (.2); further call with M. Warner (.5); review revisions to order and emails with L. Metzger and T. Davidson regarding same (.3); follow-up call regarding same (.5); phone conference with M. Warner (.3); phone conference with T. Davidson (.2); review settlement and revise order (.8); phone conference with M. Warner regarding same (.2); several emails and phone conferences regarding finalizing order (1.1). | 4.40 | 3,850.00 |
| 07/27/24 | JWW | Review comments from L. Metzger to various documents (.3); emails regarding same (.1); phone conference with M. Warner (.2); phone conference with L. Metzger(.2); follow-up calls with M. Warner and L. Metzger regarding open revisions to documents (.4); review direction letter and emails with E. Garfias regarding same (.2). | 1.40 | 1,225.00 |
| 07/28/24 | JWW | Work on settlement. | 2.50 | 2,187.50 |
| 07/29/24 | EG | Correspondence on revised proposed order in support of emergency motion (.2); discussion with J. Wolfshohl and M. Webb on same (.2); receive, review, and draft redlines along with notice of same (.6); circulate same for approval (.1); incorporate additional revisions (.2); monitor emails for status of filing (.5); finalize and electronically file notice of redline along with revised proposed order (.1); download and circulate filed version to PH team (.1). | 2.00 | 690.00 |
| 07/29/24 | JWW | Work on settlement and finalizing same. | 6.20 | 5,425.00 |
| 07/30/24 | JWW | Phone conference with M. Warner regarding hearing (.3); prepare for hearing and meet with D. Brickley before hearing (1.5); hearing on settlement and meetings with other parties regarding same (1.8); work on modifying and finalizing order and emails regarding same (.8). | 4.40 | 3,850.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 6 |
| Inv# | 566296 |
| Date | 08/06/24 |
| | 018111-0006 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

**Total Services**                                              57.70        **$46,986.50**

**Timekeeper Summary**

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| AJP Aaron J. Power | Partner | 0.70 | 795.00 | 556.50 |
| JWW Joshua W. Wolfshohl | Partner | 50.50 | 875.00 | 44,187.50 |
| EG Eliana Garfias | Paralegal | 6.50 | 345.00 | 2,242.50 |

Total Disbursements                                                              $0.00

**Invoice Total**                                                          **$46,986.50**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 566295 |
| Date | 08/06/24 |
| | 018111-0009 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Fee/Employment Applications**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $207.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $207.00 |
| **TOTAL AMOUNT DUE** | **$207.00** |

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

|  |  |
|---|---|
| Page | 2 |
| Inv# | 566295 |
| Date | 08/06/24 |
|  | 018111-0009 |
|  | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through July 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/03/24 | EG | Correspondence on Stout Risius's monthly fee statement (.1); coordinate service of same (.2). | 0.30 | 103.50 |
| 07/15/24 | EG | Correspondence on filed monthly fee statement (.1); coordinate service of same (.2). | 0.30 | 103.50 |
| **Total Services** | | | **0.60** | **$207.00** |

**Timekeeper Summary**

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| EG  Eliana Garfias | Paralegal | 0.60 | 345.00 | 207.00 |

Total Disbursements $0.00

**Invoice Total** **$207.00**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 566294 |
| Date | 08/06/24 |
| | 018111-0013 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Meetings and Communications with Creditors**

---

## Invoice Summary

| | |
|---|---|
| Professional Services | $3,500.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $3,500.00 |
| **TOTAL AMOUNT DUE** | **$3,500.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 566294 |
| Date | 08/06/24 |
| | 018111-0013 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through July 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/09/24 | JWW | Emails with D. Brickley regarding next steps with manager (.2); emails and phone conference with L. Metzger regarding potential plan structure and related issues (.7); follow-up with A. Power (.1). | 1.00 | 875.00 |
| 07/11/24 | JWW | Review M. Ticsay regarding settlement proposal and several emails regarding same (.5); meet with A. Power regarding settlement and plan terms (.2); conference with L. Metzger regarding same (.3). | 1.00 | 875.00 |
| 07/17/24 | JWW | Phone conference with T. Davidson regarding settlement (.3); phone conference with L. Metzger regarding same (.3); email follow-up regarding same (.2); phone conference with D. Brickley regarding status of sale and settlement (.3); review settlement proposal (.3); phone conference with T. Davidson regarding same (.1); phone conference with L. Metzger regarding same (.2); review further settlement proposal (.1); emails with D. Brickley regarding same and hearing on 7-19 (.2). | 2.00 | 1,750.00 |
| **Total Services** | | | **4.00** | **$3,500.00** |

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|--------------------------|---|-------|-------|------|--------|
| JWW | Joshua W. Wolfshohl | Partner | 4.00 | 875.00 | 3,500.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                    3
Inv#              566294
Date            08/06/24
018111-0013
JOSHUA W. WOLFSHOHL

TAX ID# 74-2174193

Total Disbursements                                              $0.00

**Invoice Total**                                          **$3,500.00**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 566293 |
| Date | 08/06/24 |
| | 018111-0014 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Plan and Disclosure Statement**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $318.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $318.00 |
| **TOTAL AMOUNT DUE** | **$318.00** |

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 566293 |
| Date | 08/06/24 |
| | 018111-0014 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through July 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/10/24 | AJP | Review plan proposal from secured parties and emails with J. Wolfshohl regarding same. | 0.20 | 159.00 |
| 07/16/24 | AJP | Review draft plan term sheet and send comments to J. Wolfshohl. | 0.20 | 159.00 |
| **Total Services** | | | **0.40** | **$318.00** |

### Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AJP | Aaron J. Power | Partner | 0.40 | 795.00 | 318.00 |

Total Disbursements | $0.00

**Invoice Total** | **$318.00**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

| | |
|---|---|
| Page | 1 |
| Inv# | 566292 |
| Date | 08/06/24 |
| | 018111-0018 |
| | JOSHUA W. WOLFSHOHL |

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Hearings**

---

## Invoice Summary

| | |
|---|---|
| Professional Services | $1,642.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $1,642.50 |
| **TOTAL AMOUNT DUE** | **$1,642.50** |

## PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 566292 |
| Date | 08/06/24 |
| | 018111-0018 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through July 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/25/24 | MLW | Confer with Court Case Manager regarding Court's request for a status conference (.3); email exchanges and calls with J. Wolfshohl regarding same (.6). | 0.90 | 364.50 |
| 07/26/24 | EG | Correspondence on witness/exhibit list to hearing on emergency motion (.1); draft and circulate same (.2). | 0.30 | 103.50 |
| 07/26/24 | MLW | Confer with Court Case Manager regarding noticing Status Conference for July 30th (.3); confer with J. Wolfshohl regarding same (.4); draft and file Notice of Status Conference with copy to Court Case Manager (.3). | 1.00 | 405.00 |
| 07/29/24 | MLW | Confer with J. Wolfshohl and E. Garfias regarding filing of Notice of Redline (.6); confer with Court Case Manager regarding same (.3); deliver unredacted copy of Term Sheet per Court's request (.3). | 1.20 | 486.00 |
| 07/30/24 | MLW | Confer with J. Wolfshohl regarding finalizing/filing revised proposed Order per Court's request during hearing (.3); receive/finalize and file with copy to Court Case Manager (.3); confer with Court Case Manager updating filing of revised proposed Order complete (.1). | 0.70 | 283.50 |
| **Total Services** | | | **4.10** | **$1,642.50** |

### Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| EG | Eliana Garfias | Paralegal | 0.30 | 345.00 | 103.50 |
| MLW | Mitzie L. Webb | Paralegal | 3.80 | 405.00 | 1,539.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

Page     3
Inv#     566292
Date     08/06/24
018111-0018
JOSHUA W. WOLFSHOHL

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

TAX ID# 74-2174193

Total Disbursements     $0.00

**Invoice Total**     **$1,642.50**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 566291 |
| Date | 08/06/24 |
| | 018111-0020 |
| | JOSHUA W. WOLFSHOHL |

AVR AH LLC AND STRUDEL HOLDINGS LLC
CORPORATE RECOVERY SERVICES
ATTN: DOUG BRICKLEY

TAX ID# 74-2174193

**Reporting**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $138.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $138.00 |
| **TOTAL AMOUNT DUE** | **$138.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 566291 |
| Date | 08/06/24 |
| | 018111-0020 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through July 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/23/24 | EG | Finalize and electronically file monthly operating reports. | 0.40 | 138.00 |
| **Total Services** | | | **0.40** | **$138.00** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|--------------------------|---|-------|-------|------|--------|
| EG | Eliana Garfias | Paralegal | 0.40 | 345.00 | 138.00 |
| Total Disbursements | | | | | $0.00 |
| **Invoice Total** | | | | | **$138.00** |