UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>STRUDEL HOLDINGS LLC and<br>AVR AH LLC,<br><br>Debtors.[1] | § Chapter 11<br>§<br>§ Case No. 23-90757 (CML)<br>§<br>§ (Jointly Administered)<br>§ |

### NOTICE OF CONDITIONS SATISFIED FOR DISMISSAL OF CHAPTER 11 CASES
(Relates to Doc. Nos. 486 & 492)

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") file this notice pursuant to the *Order Granting Debtors' Emergency Motion to Approve Settlement Term Sheet and Dismissal of Chapter 11 Cases* [Docket No. 492] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that all of the conditions to the Settlement Effective Date and all of the conditions set forth in paragraph 5 of the Order have been satisfied.

**PLEASE TAKE FURTHER NOTICE** that attached hereto is the proposed *Order Dismissing Chapter 11 Cases* [Docket No. 492, Exhibit 3].

The Debtors respectfully request that the Court enter the proposed *Order Dismissing Chapter 11 Cases*.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The Debtors' service address is: PO Box 4068, Aspen, CO 81612.

3059866

**Dated: August 15, 2024.**

Respectfully submitted,

*/s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
Aaron J. Power (TX Bar No. 24058058)
Michael B. Dearman (TX Bar No. 24116270)
Jordan T. Stevens (TX Bar No. 24106467)
1000 Main St., 36th Floor
Houston, TX 77002
Tel: (713) 226-6000
Fax: (713) 226-6248
jwolfshohl@porterhedges.com
apower@porterhedges.com
mdearman@porterhedges.com
jstevens@porterhedges.com

*Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on August 15, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl